**INDEX OF EXHIBITS**

Exhibit 1:   Declaration of Dr. Marc Stern

Exhibit 2:   Declaration of Dr. Jaime Meyer

Exhibit 3:   Declaration of Elizabeth Y. Chiao

Exhibit 4:   Declaration of Dr. Jonathan Golob

Exhibit 5:   Declaration of Dr. Carlos Franco Parades

Exhibit 6:   CDC Interim Guidance on Management of Coronavirus Disease 2019

Exhibit 7:   Letter from NYC Council Member Brad Lander

Exhibit 8:   Letter from John Hopkins Faculty to Governor Hogan

Exhibit 9:   Declaration of Dr. Monat Mishori

Exhibit 10:  Declaration of Robert B. Greifinger

Exhibit 11:  Michigan Executive Order 2020-29

Exhibit 12:  Letter from ACLU of Michigan to Chief Judges, March 31, 2020

Exhibit 13:  Letter from ACLU of Michigan to Sheriffs, March 31, 2020

Exhibit 14:  Declaration of Dr. Adam Lauring

Exhibit 15:  Order, *Malam v. Adducci*, No. 20-cv-10829 (E.D. Mich. April 6, 2020)