# **Exhibit 8**

March 25, 2020

Hon. Larry Hogan
Governor of Maryland
Annapolis, MD

Dear Governor Hogan:

We are writing as faculty members of the Johns Hopkins Bloomberg School of Public Health, School of Nursing and School of Medicine to express our urgent concern about the spread of COVID-19 in Maryland's prisons, jails, and juvenile detention centers. As you know, COVID-19 is highly contagious, difficult to prevent except through social distancing, and especially dangerous to individuals over age 60 or with a chronic disease. Moreover, recent data suggest that the virus can remain on surfaces for up to 72 hours, thus rendering social distancing less effective in circumstances where the virus is present.

Jails, prisons, detention facilities and other closed settings have long been known to be associated with high transmission probabilities for infectious diseases, including tuberculosis, multi-drug resistant tuberculosis, influenza, MRSA (methicillin resistant staph aureus), and viral hepatitis. Several deaths were reported in the US in immigration detention facilities associated with ARDS (acute respiratory distress syndrome) following influenza A, including a 16 year old immigrant child who died of untreated ARDS in custody in May 2019. ARDS is the life-threatening complication of COVID-19 disease and has a 30% mortality given ideal care. A correctional officer in New York has also died of the disease.

The close quarters of jails and prisons, the inability to employ effective social distancing measures, and the many high-contact surfaces within facilities, make transmission of COVID-19 more likely. Soap and hand sanitizers are not freely available in some facilities. Hand sanitizers like Purell, are banned in many facilities, because they contain alcohol. Further, for incarcerated individuals who are infected or very sick, the ability properly to treat them and save their lives is very limited. Testing kits are in short supply, and prisons and jails have limited options for proper respiratory isolation.

A number of features of these facilities can heighten risks for exposure, acquisition, transmission, and clinical complications of COVID-19 and other infectious diseases. These include physical/mechanical risks such as overcrowding, population density in close confinement, insufficient ventilation, shared toilets, showers, and eating environments and limited availability of hygiene and personal protective equipment such as masks and gloves in some facilities. The high rate of turnover and population mixing of staff and detainees also increases likelihoods of exposure. This has led to prison outbreaks of COVID-19 in multiple detention facilities in China, associated with introduction into facilities by staff.

These populations are also at additional risk, due to high rates of chronic health conditions; substance use; mental health issues; and, particularly in prisons, aging and chronically ill populations who may be vulnerable to more severe illnesses after COVID-19 infection, and to death. Given that Maryland prisons, jails, and juvenile detention centers incarcerate high

numbers of marginalized populations and African Americans will be disproportionately affected by these risks.

Prison, jail, and detention center staff may bring the virus into the facility and are also at risk of acquisition from infected incarcerated individuals. Once infected, staff may also transmit the virus back into the communities and to their families. As jail, prison, and detention center health care staff themselves get sick with COVID-19, workforce shortages will make it even more difficult to adequately address all the health care needs in facilities.

Every effort should be made to reduce exposure in jails and other detention facilities, and we appreciate the efforts thus far of administrators toward this goal. To ensure that there are no impediments for inmates to come forward when sick, health care must be available to inmates without co-pays. But there should also be efforts to reduce the state prison population as well. It may be extremely difficult, however, to achieve and sustain prevention of transmission in these closed settings and given the design feature of the facilities. Moreover, lockdowns and use of solitary confinement should not be used as a public health measure, both because they have limited effectiveness and because they are a severe infringement of the rights of incarcerated people. It is therefore an urgent priority in this time of national public health emergency to reduce the number of persons in detention as quickly as possible.

Treatment needs of infected incarcerated individuals also need to be met, including expanded arrangements with local hospitals. It is essential that these facilities, which are public institutions, be transparent about their plans for addressing COVID-19. Such transparency will help public health officials and families of incarcerated people know what facilities are doing, and it also can help jurisdictions across the state share information and best practices. Other counties across the country have shared their action plans with the public and Maryland should follow these examples.

We therefore urge you to take the following steps:

1. Require correctional facility administrators to make their plans for prevention and management of COVID-19 in their institutions publicly available, as the San Francisco Sheriff's Department has done. Protocols should be in line with national CDC guidance. Frequently updated recommendations and model protocols are available from the National Commission on Correctional Health Care (https://www.ncchc.org/blog/covid-19-coronavirus-what-you-need-to-know-in-corrections)
2. Ensure that intake screening protocols are updated to include COVID-specific questions.
3. Ensure the availability of sufficient soap and hand sanitizer for incarcerated individuals without charge; restrictions on alcohol (in hand sanitizers) should be suspended.
4. Implement other precautions to limit transmission within prisons and jails without relying on widespread use of lockdowns and solitary confinement. Additional precautions jointly issued by the Vera Institute of Justice and Community Oriented

<div style="padding-left: 2em;">Correctional Health Services are available at https://cochs.org/files/covid-19/covid-19-jails-prison-immigration.pdf</div>

5. Consider pre-trial detention only in genuine cases of security concerns. Persons held for non-payment of fees and fines, or because of insufficient funds to pay bail, or parole or probation violations, should be prioritized for release. No one in these categories should be sent to jail
6. Expedite consideration of all older incarcerated individuals and those with chronic conditions predisposing to severe COVID-19 disease (heart disease, lung disease, diabetes, immune-compromise) for parole or other form of release from prison, with alternative forms of supervision and with supports in the community once released. Clemency power and expanded authority in Maryland law for administrative parole should be employed.
7. Invest in increased resources for discharge planning and re-entry transitions to facilitate prison release of people under these revised policies.
8. Arrange for COVID-19 testing of incarcerated individuals and correctional facility workers who become ill.
9. Cease any collection of fees or co-pays or medical care.
10. Seek a Medicaid 1135 waiver to enable hospitals to provide an appropriate level of care to incarcerated individuals who are sick. See https://cochs.org/files/medicaid/COVID-19-Justicie-Involved-1135-Waiver.pdf

This pandemic is shedding a bright light on the extent of the connection between all members of society: jails, prisons and other detention facilities are not separate, but are fully integrated with our community. As public health experts, we believe these steps are essential to support the health of incarcerated individuals, who are some of the most vulnerable people in our society; the vital personnel who work in prisons and jail; and all people in the state of Maryland. Our compassion for and treatment of these populations impact us all.

Thank you very much.

*This letter represents the views of the following signatories, and do not necessarily reflect the views of The Johns Hopkins University*

Sincerely,

Patricia Davidson, Dean
Johns Hopkins School of Nursing

Joshua Sharfstein, Vice Dean for Public Health Practice and Community Engagement
Johns Hopkins Bloomberg School of Public Health

David Celentano, Chair
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

David Peters, Chair
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Colleen Barry, Chair
Department of Health Policy & Management
Johns Hopkins Bloomberg School of Public Health

Rajiv Rimal, Chair
Department of Health, Behavior and Society
Johns Hopkins Bloomberg School of Public Health

Marsha Wills-Karp, Chair
Department of Environmental Health and Engineering
Johns Hopkins Bloomberg School of Public Health

Karen Bandeen-Roche, Hurley Dorrier Professor & Chair
Department of Biostatistics
Johns Hopkins Bloomberg School of Public Health

M. Daniele Fallin, Chair
Department of Mental Health
Johns Hopkins Bloomberg School of Public Health

Jeffrey Kahn, Andreas C. Dracopoulos Director
Johns Hopkins Berman Institute of Bioethics.

Leonard Rubenstein, Senior Scientist
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Carolyn Sufrin, Assistant Professor
Department of Gynecology and Obstetrics
Johns Hopkins School of Medicine

Susan Sherman, Professor
Department of Health, Behavior and Society
Johns Hopkins Bloomberg School of Public Health

Chris Beyrer, Desmond Tutu Professor of Public Health and Human Rights
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Gabriel Eber, Senior Associate
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

cc: Robert Greene, Secretary of Department of Public Safety and Correctional Services
David Blumberg, Chair, Maryland Parole Commission
Sam Abed, Secretary, Department of Juvenile Services

For additional signature please see below

Carl Latkin, Professor
Department of Health, Behavior and Society
Johns Hopkins School of Public Health

Stefan Baral, Associate Professor
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Amal Wanigatunga, Assistant Scientist
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Curtis Meinert, Professor Emertius
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Alden L. Gross, Associate Professor
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Josef Coresh, Professor
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Li-Ching Lee, Senior Scientist
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Yusra Shawar, Assistant Scientist
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Alan Regenberg, Associate Faculty
Johns Hopkins Berman Institute of Bioethics

Amelia Buttress, Assistant Scientist
Department of Health, Behavior, and Society
Johns Hopkins Bloomberg School of Public Health

Sean Allen, Assistant Scientist
Department of Health, Behavior, and Society
Johns Hopkins Bloomberg School of Public Health

Jennifer L. Glick, Assistant Scientist
Department of Health, Behavior, and Society
Johns Hopkins Bloomberg School of Public Health

Stella Babalola, Associate Professor
Department of Health, Behavior, and Society
Johns Hopkins Bloomberg School of Public Health

Safia Jiwani, Research Associate
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Seema Subedi, Research Associate
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Caleb Alexander, Practicing General Internist
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Heather McKay, Assistant Scientist
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Renee M. Johnson, Associate Professor
Department of Mental Health
Johns Hopkins Bloomberg School of Public Health

Corinne Joshu, Associate Professor
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Allison McFall, Research Associate
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Antonio J. Trujillo, Associate Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Courtland Robinson, Associate Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Maria Merritt, Associate Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Andrew Azman, Assistant Scientist
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Katherine Smith, Professor
Department of Health, Behavior, and Society
Johns Hopkins Bloomberg School of Public Health

Carol Underwood, Assistant Professor
Department of Health, Behavior, and Society
Johns Hopkins Bloomberg School of Public Health

Graham Mooney, Associate Professor
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health
Johns Hopkins School of Medicine

Margaret E. Ensminger, Professor
Department of Health, Behavior, and Society
Johns Hopkins Bloomberg School of Public Health

Angela KC, Associate Faculty
Johns Hopkins Center for Global Health
Johns Hopkins Bloomberg School of Public Health

Linnea Zimmerman, Assistant Professor
Department of Population, Family, and Reproductive Health
Johns Hopkins Bloomberg School of Public Health

David Dowdy, Associate Professor
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Andrea Wirtz, Assistant Scientist
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Lorraine T. Dean, Assistant Professor
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Moyses Szklo, Professor
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Colleen Hanrahan, Assistant Scientist
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Sarah Murray, Assistant Professor
Department of Mental Health
Johns Hopkins Bloomberg School of Public Health

Nancy Glass, Professor
Johns Hopkins School of Nursing

Hannah Tappis, Associate Faculty
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Tener Goodwin Veenema, Professor
Johns Hopkins School of Nursing

Ju Nyeong Park, Assistant Scientist
Department of Health, Behavior, and Society
Johns Hopkins Bloomberg School of Public Health

Zoé Hendrickson, Assistant Scientist
Department of Health, Behavior, and Society
Johns Hopkins Bloomberg School of Public Health

Janet Holbrook, Professor
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Elizabeth Hazel, Assistant Scientist
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Kawsar Talaat, Assistant Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Henry Perry, Senior Scientist
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Alain Labrique, Associate Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Jean H. Humphrey, Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Joanne Katz, Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Cyrus Engineer, Associate Chair
Academic Programs
Johns Hopkins Bloomberg School of Public Health

Priyanka Agrawal, Research Associate
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Daniela C. Rodriguez, Associate Scientist
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Talata Sawadogo-Lewis, Research Associate
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Lara Ho, Associate Faculty
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Sara Benjamin-Neelon, Associate Professor
Department of Health, Behavior, and Society
Johns Hopkins Bloomberg School of Public Health

Rupali J. Limaye, Associate Scientist
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Shaun Truelove, Assistant Scientist
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Matthew Fentress, Associate Faculty
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Caroline Moreau, Associate Professor
Department of Population, Family, and Reproductive Health
Johns Hopkins Bloomberg School of Public Health

Pamela Surkan, Associate Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Svea Closser, Associate Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Melissa A. Marx, Assistant Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Susan Rifkin, Senior Associate
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Jean C. Sack, Associate Faculty
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Ummekulsoom Lalani, Research Associate
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Jessica Atwell, Assistant Scientist
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Swetha Manochar, Associate Faculty
Department of International Health
Johns Hopkins Bloomberg School of Public Health

S. Wilson Beckham, Assistant Scientist
Department of Health, Behavior, and Society
Johns Hopkins Bloomberg School of Public Health

Amita Gupta, Professor
Johns Hopkins School of Medicine

Henry Kalter, Associate Faculty
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Allison Jeffery, Associate Faculty
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Janice Bowie, Professor
Department of Health, Behavior, and Society
Johns Hopkins Bloomberg School of Public Health

Yunhee Kang, Assisant Scientist
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Gulam Kibria, Associate Faculty
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Lori Heise, Professor
Department of Population, Family, and Reproductive Health
Johns Hopkins Bloomberg School of Public Health

Rebecca Heidkamp, Assistant Scientist
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Justin Mayhew, Research Associate
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Jennifer Lee, Research Associate
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Cesar Ugarte-Gil, Associate Faculty
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Sabriya Linton, Assistant Professor
Department of Mental Health
Johns Hopkins Bloomberg School of Public Health

Amber Mehmood, Assistant Scientist
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Peter Winch, Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Dustin Gibson, Assistant Scientist
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Melissa Davey-Rothwell, Associate Scientist
Department of Health, Behavior, and Society
Johns Hopkins Bloomberg School of Public Health

Kathleen Norton, Administrative Director
Johns Hopkins Center for American Indian Health

Tamar Mendelson, Professor
Department of Mental Health
Johns Hopkins Bloomberg School of Public Health

Candelaria Vergara Coggiano, Assistant Scientist
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Anna Durbin, Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Johannes Thrul, Assistant Professor

Kristin Mmari, Associate Professor

Ashley Sheffel, Assistant Scientist

Department of Mental Health
Johns Hopkins Bloomberg School of Public Health

Hanna Pickard, Bloomberg Distinguished Professor
Department of Philosophy
Berman Institute of Bioethics

Judith Bass, Associate Professor
Department of Mental Health
Johns Hopkins Bloomberg School of Public Health

Alan Scott, Professor
Department of Molecular Microbiology and Immunology
Johns Hopkins Bloomberg School of Public Health

Donatella Massai, Senior Researcher
Department of International Health
Johns Hopkins Bloomberg School of Public Health

David A Sack, Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Hilary Bok, Associate Professor, Philosophy
Berman Institute of Bioethics
Krieger School of Arts and Sciences

Alexa Edmier, Associate Faculty
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Michelle Kaufman, Assistant Professor
Department of Health, Behavior and Society
Johns Hopkins Bloomberg School of Public Health

Sara Bennett, Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Hojoon Sohn, Assistant Scientist
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Li Liu, Associate Professor
Department of Population, Family and Reproductive Health
Johns Hopkins Bloomberg School of Public Health

Terrinieka Powell, Associate Professor
Department of Population, Family and Reproductive Health
Johns Hopkins Bloomberg School of Public Health

Keri Althoff, Associate Professor
Department of Epidemiology
Johns Hopkins School of Public Health

Department of Population, Family, and Reproductive Health
Johns Hopkins Bloomberg School of Public Health

William Robert Brieger, Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Halida Akhter, Senior Associate
Department of International Health
Johns Hopkins Bloomberg School of Public Health

John Jackson, Assistant Professor
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Robin McKenzie, Associate Professor of Medicine
Johns Hopkins University School of Medicine

Harsha Rajashekharaiah, Research Associate
Department of International Health, Center for Humanitarian Health
Johns Hopkins Bloomberg School of Public Health

Kate Wright, Research Associate
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Rebecca Fix, Assistant Scientist
Department of Mental Health
Johns Hopkins Bloomberg School of Public Health

Alene Kennedy-Hendricks, Assistant Scientist
Department of Health Policy and Management
Johns Hopkins Bloomberg School of Public Health

Adam Koon, Assistant Scientist
Department of Mental Health
Johns Hopkins Bloomberg School of Public Health

Vidhi Maniar, Research Associate
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Melinda Munos, Assistant Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Sarah Dalglish, Associate Professor
Department of International Health
Johns Hopkins School of Public Health

Kathleen Page, Associate Professor
Johns Hopkins School of Medicine

Department of International Health
Johns Hopkins Bloomberg School of Public Health

Kristen Hurley, Associate Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Nicholas Reed, Assistant Professor
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Hima Patel, Research Associate
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Michelle Colder Carras, Associate Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Ann Yelmokas McDermott, Associate Scientist
Department of International Health
Johns Hopkins School of Public Health

Cui Yang, Assistant Professor
Department of Health, Behavior and Society
Johns Hopkins Bloomberg School of Public Health

Smisha Agarwal, Assistant Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Stephen Tamplin, Associate Scientist
Department of Health, Behavior, and Society
Johns Hopkins Bloomberg School of Public He

Nancy Kass, Vice-Provost and Professor of Bioethics and Public Health
Johns Hopkins University and Bloomberg School of Public Health

Keith West, Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Alain Koffi, Assistant Scientist
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Ghassan Hamra, Assistant Professor
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Elizabeth Stuart, Professor
Departments of Mental Health, Biostatistics, and Health Policy and Management
Johns Hopkins Bloomberg School of Public Health

Beth McGinty, Associate Professor
Department of Health, Policy and Management
Johns Hopkins Bloomberg School of Public Health

Alex McCourt, Assistant Scientist
Department of Health Policy & Management
Johns Hopkins Bloomberg School of Public Health

Lilly Engineer, Assistant Professor
Department of Health Policy and Management
Johns Hopkins School of Medicine and Bloomberg School of Public Health

Jennifer Wolff, Professor
Department of Health Policy and Management
Johns Hopkins Bloomberg School of Public Health

Sachini Bandara, Assistant Scientist
Department of Health Policy and Management
Johns Hopkins Bloomberg School of Public Health

Daniel Webster, Bloomberg Professor of American Health
Department of Health Policy and Management
Johns Hopkins Bloomberg School of Public Health

Emily Gurley, Associate Scientist
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Michael Rosenblum, Associate Professor
Department of Biostatistics
Johns Hopkins Bloomberg School of Public Health

Neha Shah, Research Associate
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Krystal Lee, Research Associate
Department of Health, Behavior and Society
Johns Hopkins Bloomberg School of Public Health

William W Eaton, Professor
Department of Mental Health
Johns Hopkins Bloomberg School of Public Health

Sheppard G. Kellam, Professor Emeritus
Department of Mental Health
Johns Hopkins Bloomberg School of Public Health

Corinne Keet, Associate Professor
Johns Hopkins School of Medicine
Johns Hopkins Bloomberg School of Public Health

Avonne Connor, Assistant Professor
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Shruti Mehta, Professor
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Eric Bass, Professor of Medicine
Johns Hopkins University School of Medicine

Elizabeth Skinner, Senior Scientist
Department of Health Policy and Management
Johns Hopkins Bloomberg School of Public Health

Joanne Rosen, Senior Lecturer
Department of Health Policy and Management
Johns Hopkins Bloomberg School of Public Health

Hossein Zare, Assistant Scientist
Department of Health Policy and Management
Johns Hopkins Bloomberg School of Public Health

Danielle German, Associate Professor
Department of Health, Behavior and Society
Johns Hopkins Bloomberg School of Public Health

Jonathan Golub, Professor
Department of Medicine, Epidemiology, and International Health
Johns Hopkins Bloomberg School of Public Health

Haneefa Saleem, Assistant Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Trang Nguyen, Assistant Scientist
Department of Mental Health
Johns Hopkins Bloomberg School of Public Health

Elizabeth Letourneau, Professor
Department of Mental Health
Johns Hopkins Bloomberg School of Public Health

Diana Yeung, Research Associate
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Sarah Polk, Assistant Professor
Centro SOL, Johns Hopkins School of Medicine

Rachel Chan Seay, Assistant Professor
Department of Gynecology and Obstetrics
Johns Hopkins School of Medicine

Gail Geller, Professor
Department of Medicine
Johns Hopkins University School of Medicine
Berman Institute of Bioethics

Yeeli Mui, Assistant Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Karin Tobin, Associate Professor
Department of Health, Behavior and Society
Johns Hopkins Bloomberg School of Public Health

Philip Anglewicz, Associate Professor
Department of Population, Family and Reproductive Health
Johns Hopkins Bloomberg School of Public Health

Tricia Aung, Research Associate
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Mark Van Natta, Associate Scientist
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Cassandra Crifasi, Assistant Professor
Center for Gun Policy and Research
Department of Health Policy and Management
Johns Hopkins Bloomberg School of Public Health

Subhra Chakraborty, Associate Scientist
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Amy Knowlton, Professor
Department of Health, Behavior and Society
Johns Hopkins Bloomberg School of Public Health

Ingo Ruczinski, Professor
Department of Biostatistics
Johns Hopkins Bloomberg School of Public Health

Chiara Altare, Assistant Scientist
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Jia Ahmad, Research Associate
Department of Health Policy and Management
Johns Hopkins Bloomberg School of Public Health

Kathleen Page, Associate Professor
Johns Hopkins School of Medicine

Amanda Latimore, Assistant Scientist
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Noel Mueller, Assistant Professor
Department of Epidemiology
Johns Hopkins School of Public Health

Michele Decker, Associate Professor
Department of Population, Family and Reproductive Health
Johns Hopkins Bloomberg School of Public Health

Becky Genberg, Assistant Professor
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Cecilia Tomori, Director of Global Public Health and Community Health
Johns Hopkins School of Nursing

Anne Burke, Associate Professor
Department of Gynecology and Obstetrics
Johns Hopkins School of Medicine

Anthony D. So, Professor of the Practice
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Baldeep Dhaliwal, Research Associate
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Shea Littlepage, Research Associate
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Julie Denison, Associate Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health

Joseph Carrese, Professor
Johns Hopkins School of Medicine

Julie Evans, Research Associate
Department of Health, Behavior and Society
Johns Hopkins Bloomberg School of Public Health

Sheree Schwartz, Assistant Scientist
Department of Epidemiology
Johns Hopkins School of Public Health

Timothy Shields, Associate Scientist
Department of Epidemiology
Johns Hopkins Bloomberg School of Public Health

Paul Spiegel, Professor
Department of International Health
Johns Hopkins Bloomberg School of Public Health