UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMAAL CAMERON, et al

    Plaintiffs,

v.

                      Case No. 20-10949
                      Honorable Linda V. Parker

MICHAEL BOUCHARD, et al

    Defendants.
_____/

**NOTICE TO APPEAR FOR TELEPHONIC STATUS CONFERENCE**

**YOU ARE NOTIFIED TO APPEAR BY TELEPHONE ON April 20, 2020 at 11:00 AM** for Telephonic Status Conference.  **Counsel shall call the Court's toll-free conference line at 1-888-808-6929 and use Access Code 8141695.**

                      s/ Linda V. Parker
                      LINDA V. PARKER
                      U.S. DISTRICT JUDGE

Dated: April 17, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 17, 2020, by electronic and/or U.S. First Class mail.

                      s/ R. Loury
                      Case Manager