# **<u>Appendix C</u>**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MALACHI CHAMBERS,<br>    An individual,<br>               Petitioner-Plaintiff,<br><br>v.<br><br>SHERIFF MICHAL BOUCHARD,<br>In his official capacity and, OAKLAND<br>COUNTY, a county in the State of Michigan,<br><br>               Respondents - Defendants. | Case No.<br>2:20−cv−10916−DPH−PTM |

## Declaration of Malachi Chambers

I, Malachi Chambers, hereby declare:

I make this declaration based upon my own personal knowledge and if called to testify I could and would do so competently,

1. I am 24 years old, am African American, and currently reside at the Oakland County Jail.

2. I am aware of an inspection of the jail which took place because of Covid-19.

3. During inspection we were advised to stay apart from one another for social distancing.

4. After the inspection social distancing was not practiced and inmates sit close together whenever we eat meals at the tables provided.

5. During the inspection I was given a mask.

6. I am not given a new mask every day and have received a total of three masks.

7. The guards wore the mask the day of inspection but not all guards wore the mask after the inspection.

8. During the inspection inmates were threated to be made to stay all day in their bunk if they did not wear a mask, or, be sent to the main jail if they did not wear masks.

9. There is no hand sanitizer provided to those living in the jail.

10. The commissary is closed preventing those living in the jail to purchase sanitizer, soap, deodorant or food.

11. I have no laundry soap and there are no laundry facilities.

12. The same soap I use to clean myself is also the only soap to clean my clothes.

13. I have one change of clothes and wash my clothes in the same sink where other inmates wash, brush their teeth and shave.

14. Since I have entered Oakland County Jail I have gained approximately 50 pounds and am overweight.

>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 26, 2020

/s/ * Malachi Chambers
Malachi Chambers
*consent for signing given telephonically

Due to the Covid-19 crisis, it was not possible to obtain a written signature on the above declaration. I am an attorney admitted to the Eastern District of Michigan. On April 26, 2020 I personally spoke with Malachi Chambers

and read this declaration to him over the phone.  Malachi Chambers told me that the information in the above declaration is true and gave me verbal consent to sign on his behalf.

I declare under penalty of perjury, pursuant to 28 USC 1746, that the foregoing is true and correct.

    Dated: April 26, 2020

                                  <u>/s/ Douglas K. MacLean</u>

                                  Douglas K. MacLean