# EXHIBIT A

| User ID: | Saman Marzban | | Oakland County Sheriff's Office<br>Inmate Housing History<br>Current Listing | | | | Date: | 04/18/2020 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Time: | 2:13 PM |
| | | | | | | | Page: | 1 of 1 |
| | | | Inmate Id: | 0214344 | | | | |
| | | | Booking Id: | 20200123019 | | | | |
| | | | Name: | CAMERON, MICHAEL AMOS | | | | |

| Date: | Classification By: | Class Type: | Interview Result: | | Override: | | Override Reason: | Facility: | Assigned Cell: |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2/12/2020 | Scott Klinebriel | REVIEW | ME4 | 4 | | | Manual Classification | ENEX | ENEX-W2-106-001 |
| 2/6/2020 | ▓▓▓ | REVIEW | | | ME4 | 4 | Manual Classification | ENEX | |
| 2/4/2020 | ▓▓▓ | REVIEW | ME4 | 4 | | | Manual Classification | ENEX | |
| 1/27/2020 | ▓▓▓ | REVIEW | ME4 | 4 | | | Manual Classification | ANEX | |
| 1/27/2020 | ▓▓▓ | REVIEW | ME4 | 4 | | | | OCJL | |
| 1/24/2020 | ▓▓▓ | REVIEW | ME3 | 3 | | | Manual Classification | OCJL | |
| 1/23/2020 | ▓▓▓ | INTAKE | | | NEW | N | Manual Classification | OCJL | |