UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMAAL CAMERON; RICHARD BRIGGS;
RAJ LEE; MICHAEL CAMERON; MATTHEW
SAUNDERS, individually and on behalf of all
others similarly situated,

     Plaintiffs,

           v.

MICHAEL BOUCHARD, in his official capacity
as Sheriff of Oakland County; CURTIS D.
CHILDS, in his official capacity as Commander of
Corrective Services; OAKLAND COUNTY,
MICHIGAN,

     Defendants.

Case No. 20-cv-10949

Hon. Linda V. Parker

**Declaration of Dr. Carlos Franco-Paredes – Oakland County Jail**

**Declaration of Dr. Carlos Franco-Paredes – Oakland County Jail**

**FORMAL ASSESSMENT**

**Executive Summary:** My overarching recommendation is an urgent reduction in the inmate population of the Oakland County Jail ("Jail") and increased screening of COVID-19 infection among the staff and inmates. Although leadership and staff at the Jail have instituted some interventions to mitigate the impact of COVID-19 and improve the safety of the inmate population, these interventions are insufficient to interrupt the transmission of COVID-19 infection, unless social distancing is also meaningfully implemented. However implementing social distancing inside the Jail is impossible at current jail population levels. Therefore, reducing the inmate population to allow for effective social distancing is the only way to protect medically vulnerable inmates. Medically vulnerable inmates are at a substantial risk of contracting, spreading and becoming seriously ill or dying from COVID-19 in any carceral setting, but particularly in this Jail where there is an active outbreak of the virus. Inmates at high-risk of severe disease and death from COVID-19 infection need to be identified, and released unless they can be confined in conditions that provide for 24-7 social distancing.

Additionally, I recommend further measures in this report that the Jail should immediately implement to more effectively mitigate the serious risk of harm posed by this virus.

**COVID-19 in the State of Michigan, Oakland County, and the Oakland County Jail**

The State of Michigan has 37,203 confirmed cases of COVID-19 with 3,274 deaths.  After Wayne County, Oakland County is the second county with the highest number of cases (6881) and the second with the highest number of deaths (612). There is an active outbreak of cases of Covid-19.  On April 3, it was reported that the Oakland County jail had 6 cases, and by April 11 they had 23 cases.  The jail would not provide me with information on the number of current confirmed cases.  I therefore asked counsel for Plaintiffs, who informed me that the Jail has acknowledged in litigation documents that there have been at least 36 confirmed cases.

1

**Oakland County Jail Observations**

1. **Social Distancing:**

   a. **Main Jail building**:  In the main Jail building, which holds most of the inmate population, it would be impossible to accomplish proper social distancing at anything near the current population.  CDC guidelines state that social distancing *"strategies will need to be tailored to the individual space in the facility and the needs of the population and staff. Not all strategies will be feasible in all facilities."* However, nothing in the CDC guidelines says that it is safe to fail to provide inmates with the ability to observe full social distancing.  During an outbreak such as the one occurring in the Jail, a reduction in the inmate population is urgently needed to accommodate further social distancing, particularly in the main building. Transferring inmates to other locations would not be sufficient. The entire main building does not provide sufficient opportunities for social distancing, and although the annex is somewhat less crowded, transferring inmates there may only shift the worst of the social distancing problem from the main building where there is an active outbreak, to the annex.  Moving inmates to the annex would also run a risk of bringing the outbreak into the annex. Insufficient social distancing is especially severe in the receiving unit of the main building and in the holding pods. (See picture from 2nd floor main jail – Cell B1c from outer catwalk, attached further in this report.)  In these holding pods, there is severe overcrowding and toilet hygiene is insufficient to adequately prevent spread of the infection. There is also close contact between receiving units and holding blocks such that if new inmates arrive who are infected, they may potentially infect those who are being housed in the holding blocks.

   b. **Annex**:  Adequate social distancing also remains a concern in the Annex, but not as significant as in the main building. Additionally, the shared bathrooms and social space in the East Annex pose a serious problem, because facilities are shared by a large number of people, thus making social distancing unfeasible and raising the likelihood that an infection will spread via the shared facilities.

   c. **East Annex**: Adequate social distancing also remains a concern in the East Annex, but not as significant as in the main building.  Additionally, the shared bathrooms and social space in the East Annex pose a serious

problem, because facilities are shared by many people, thus making social distancing unfeasible and raising the likelihood that an infection will spread via the shared facilities.

2. **Medical care:** The Oakland County correctional staff did not answer my questions about the medical care being provided to inmates with COVID-19, including protocols as to what happens to inmates who develop severe disease and protocols for transfer to a local hospital for treatment. They would not discuss the number of confirmed cases, how cases are confirmed, or how patients are selected for testing. As a result, I did not receive sufficient information to properly assess whether the facility is providing adequate medical care to inmates at the Jail. Significantly, my inspection did not reveal any additional measures being taken to protect medically vulnerable inmates, who appeared to be mixed in with the general population.

3. **Cleanliness:** In the Annex, trustees are responsible for cleaning bathrooms once every shift change of security officers. Most inmates, however, reported that cleaning is left entirely to the inmates and is voluntary. Additionally, the Jail's cleaning measures are not enough to prevent the spread of COVID-19 in shared bathroom facilities. Toilets and showers need to be cleaned after every use in order to provide proper protections and the Jail has not taken measures to allow for the necessary cleaning.  Toilets are a particularly serious transmission concern because they have no lids, and because fecal matter can disperse with each flush and presents a particularly efficient pathway of transmission. During my inspection, I observed that all staff and inmates had masks on. The three jail buildings had sufficient cleaning supplies and disinfection products, but I was not able to discern whether inmates have sufficient access to them. Some inmates, particularly in the holding area of the main Jail building, reported not receiving sufficient quantities of soap. The Jail staff did not provide me with any information on how often personal hygiene supplies are made available to inmates or how often disinfectant supplies are replaced. One of the female inmates that I interviewed in the Annex reported to me that she was required to clean and disinfect cells previously occupied by female inmates that were newly admitted to the jail.  She had cleaning products, but did not have the type of specialized mask that could prevent her from becoming infected if asked to clean an infected cell.  She was not informed of the infectious status of any of the female inmates housed in the cells she was required to clean. In addition, inmates in the Annex regularly need to pass by the cells where transient inmates are housed. This means that many inmates in the Annex are potentially exposed to infection from new intakes.

3

4. **Mitigation Efforts:** During my inspection, I observed that the Jail has been implementing some mitigating interventions according to CDC guidelines including halting all group activities, staggering pod time and limiting the number of people on the pod at any given time; providing inmates with masks, isolating some sick inmates; performing limited testing of sick inmates; making cleaning supplies readily available; and providing education materials regarding COVID-19 to inmates. I was not able to discern how long most of these measures have been in place, and whether inmates had recently been moved. I observed COVID-19 materials posted on the walls in all three Jail buildings, but I was unable to confirm how long these materials had been posted on the walls. It appeared to me that many of these materials were recently posted given how clean the pages were.

## COVID-19 in Correctional Facilities:

As recent evidence indicates from custodial settings in other States such as in Ohio, and from Sterling prison in Colorado, even a small outbreak of COVID-19 cases reflects just the tip of the iceberg of a larger outbreak with a larger number of undetected cases in those with no symptoms or mild symptoms. The number of people who are asymptomatic or exhibiting mild symptoms may represent up to 80% of those with coronavirus infection that are responsible for transmitting more than 44% of the cases.

For example, in Sterling Correctional Facility, when the Department of Corrections performed prevalence testing after only a few confirmed cases of COVID-19 among symptomatic inmates, they identified another 138 infected inmates. For this pandemic, the use of temperature screens and assessment of symptoms, which is what the Jail is relying upon for most screenings, is insufficient when instituted in correctional facilities; and furthermore, it may actually foster further transmission by providing a false sense of security. In fact, in physician forums, there is an urgent call to ask CDC to update their recommendations as well as move towards universal testing in correctional facilities.

This unprecedented pandemic calls for unprecedented measures in every setting but particularly in congregate settings. No one living inside the Jail or outside in the larger community is safe until there is interruption of coronavirus transmission.

## Recommendations

In response to the COVID-19 outbreak, the leadership and the staff at the Jail have instituted some interventions to mitigate the impact of COVID-19 and improve the

safety of the inmate population, but I was unable to discern how long these interventions have been in place. It was not possible to discern whether the desirable measures that I witnessed, such as providing disinfectant and masks have been ongoing for a significant period of time. After conducting my inspection of the Jail, where I had the opportunity to speak with inmates and observe the dynamics of the different buildings (main, annex, and east annex), it is my opinion that additional interventions are necessary to protect inmate, staff, and ultimately strengthen community safety and address the following three major issues:

1. **Diffusing Density**
   - Evidence of mass outbreaks from other jail and prison settings validates that even when excellent infection control practices are in place, if they are coupled with incomplete or inconsistent adherence to social distancing, these practices will be insufficient to **contain** the occurrence of new cases. Especially in settings such as Oakland County, where there is ongoing sustained transmission of COVID-19 within the broader community.

   - Social distancing requires inmates maintaining a distance of at least six feet from each other at all times. Additionally, disinfection of key areas (telephones and toilets), mask use, and regular handwashing must be meticulously followed. These protocols are necessary to prevent spread of COVID-19 among otherwise healthy people. These protocols are especially imperative for high-risk individuals. Without these protocols, high-risk individuals face a substantial risk of serious illness or death from this infection.

   - To the extent that inmates at risk of severe disease or death cannot be released, medically vulnerable individuals should be housed in single-person cells to mitigate the risk of serious illness or death to this population. All current inmates and new inmates should be immediately screened to determine if they meet the criteria for high risk noted in Table 1 of this report.

2. **Testing for COVID-19 is Critical**
   - It is my opinion based on increasing evidence and recent publications that expanding testing capabilities will improve isolation and quarantine strategies at the Jail. There are some ongoing efforts at the Jail to test inmates. However, I was not able to discern how inmates are selected for testing, and Jail staff refused to answer any questions

about this subject. Temperature checks are insufficient; expanding testing to identify asymptomatic inmates with COVID-19 infection is a necessary, but not sufficient, measure to combat this epidemic inside the Jail.  For example, in custodial settings in Ohio, the rate of asymptomatic and symptomatic infection in an enclosed jail environment could reach up to 70% (with more than 20% asymptomatic infection). A similar ratio of symptomatic to asymptomatic ratio was identified and reported at Sterling Prison in Colorado.

- Priorities for testing:
    - Test newly admitted inmates for novel coronavirus infection even if asymptomatic to reduce the risk of new introductions into the Jail. There is no other way to effectively screen asymptomatic people at intake.

    - Any inmate at the Jail with one or more symptoms consistent with COVID-19 should undergo a clinical assessment including testing for the presence of the novel coronavirus SARS-CoV-2 in nasopharynx.  It should never be assumed that in inmate who reports illness and some symptoms is not infected simply because the inmate does not exhibits *all* of the symptoms or any particular symptom (such as a high temperature).

    - Ideally, all Jail inmates and staff should be tested, to guide isolation and quarantine practices.  Alternatively, prevalence testing is reasonable.

## 3. Prevention of exposure to the novel coronavirus
- Institute directives for all inmates in all units to use disinfectant and clean telephones after each use.
- Institute directives for all inmates in all units to use disinfectant prior to and after the use of toilettes.
- Enforce guidance on bed positions:
    - For single beds positioned next to each other (side-to side): provide at least 6 feet of space and ensure that inmates' are positioned head to toe while sleeping.
    - For bunkbeds that are positioned next to each other or across from one another: Position beds at least 6 feet apart. Ensure the inmate's laying position is head to toe on each separate bunk

bed, so positioning allows for the least transmission risk as possible. This includes laying position that is head to toe with adjacent bunks.

- Enforce social distancing practices of all inmates in all units during med-line or meal-line
- Inmates exhibiting COVID-19 symptoms should not be required to clean their own cell and no inmate should clean up after other inmates.
- Professional janitorial services should be brought in to disinfect the male medical isolation unit or any unit, which may become quarantined in the near future.
- Under no circumstances should inmates in the two annex buildings be moved into the already crowded main jail building.  Transfers of this nature increase the severity of the lack of social distancing in the main building and put the transferred inmates at greatly increased risk of infection.

Table 1. Risk factors for developing severe disease and death

| Age groups at high risk of developing severe disease and dying without underlying medical conditions | ≥50 years (1% CFR)* 60-69 years (3.6% CFR) 70-79 years (8% CFR) |
|---|---|
| High risk groups of dying with underlying medical conditions regardless of their age | -Cardiovascular disease (congestive heart failure, history of myocardial infarction, history of cardiac surgery) -Systemic Arterial Hypertension (High Blood Pressure) Chronic respiratory disease (asthma, chronic obstructive pulmonary disease including chronic bronchitis or emphysema, or other pulmonary diseases) -Diabetes mellitus |

| | |
|---|---|
| | -Cancer |
| | -Chronic Liver Disease |
| | -Chronic Kidney Disease |
| | -Autoimmune Diseases |
| | -Severe Psychiatric Illness ** |
| | -History of transplantation |
| | -Immune suppression (HIV/AIDS, glucocorticoids, other immunosuppressant drugs, history of smoking) |
| | -Pregnancy |

*CFR= Case Fatality Rate is an indicator used during outbreaks to identify the number of individuals who succumb out of those who become infected  ** In South Korea, 20% of deaths occurred in what they defined as Psychiatric Illness (J Korean Med Sci 2020; 35(10): e112).

# Photo Redacted

Social distancing (6 feet) is also impossible in the receiving male and female areas as shown in image below in Main Jail Receving - Cells R3, R4, R5

Photo Redacted

**CONCLUSIONS**

The leadership and staff at Oakland County Jail have in place some interventions as per CDC recommendations for COVID-19.

However, as I have observed in other correctional facilities, adhering to some CDC recommendations to contain and mitigate a COVID-19 outbreak without implementing all of them and, critically, without the ability to achieve social distancing is insufficient to stop its spread.  This epidemiological situation is not unique to Oakland County jail; it applies to all correctional facilities as witnessed by the growing number of outbreaks within correctional facilities with increasing

number of cases and deaths. This is a severe pandemic caused by a highly transmissible virus in crowded settings.

Therefore, the single most important intervention in controlling a COVID-19 outbreak at Oakland County Jail is continuing to reduce population density to achieve meaning social distancing. In this context, unless more inmates are released from jail, protecting the medically vulnerable at high risk of developing severe disease and dying from COVID-19, is certainly almost impossible with current interventions.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge.

Date: April 27, 2020

_____

Carlos Franco-Paredes, MD, MPH, DTMH (Gorgas)

Associate Professor of Medicine

**DOCUMENTS REVIEWED FOR THIS DECLARATION**

**Declarations:**

1. Captain Curtis Childs Affidavit.
2. Vicky-Lyn Warren Affidavit.
3. Sergeant Ryan Terry
4. Daily Inmate Population Report for 4/17/2020 by the Oakland County Sheriff's Office.
5. Inspection Order by Honorable Linda V. Parker.

**Scientific References and Relevant Newspaper Publications:**

1. Walmsley R. World Prison Population List. 11th ed. London, UK: International Centre for Prison Studies, Kings College; 2016. Available at: https://www.prisonstudies.org/sites/default/files/resources/downloads/world_prison_population_list_11th_edition_0.pdf. Accessed: April 27, 2020.
2. Herivel T, Wright P. Prison profiteers. Who makes money from mass incarceration? The New Press, New York, NY, U.S.A. 2007New York Lawyers for the Public Interest. Detained and denied healthcare access in immigration detention.
3. Kinner SA, Young JT. Understanding and improving the health of people who experience incarceration: An overview and synthesis.  Epidemiol Rev 2018; 40: 4-11.

4.  Prison Policy Initiative. Available at:
    https://www.prisonpolicy.org/reports/pie2020.html. Accessed: April 11,
    2020.
5.  Harding DJ, Morenoff JD, Nguyen AP, Bushway SD, Binswanger IA. A
    natural experiment study of the effects of imprisonment on violence in the
    community. Nat Hum Behav 2019; 3(7): 671-77.
6.  Harding DJ. Do prisons makes us safer. Sci Am 2019. Available at:
    https://www.scientificamerican.com/article/do-prisons-make-us-safer/.
    Accessed: April 12, 2020.
7.  Case A, Deaton A. Rising morbidity and mortality in midlife among white
    non-Hispanic Americans in the 21st century. Proc Natl Acad Sci USA 2015;
    112 (49): 15078-83.
8.  Berger ZD, Goldberg DS. Caught in the web – U.S. immigration and
    compound disadvantage. N Engl J Med 2019; 381(11): 993-995Harding DJ,
    Morenoff JD, Nguyen AP, Bushway SD. Short-and long-term effect of
    imprisonment on future felony convictions and prison admissions. Proc Natl
    Acad Sci 2017; 114 (42): 11103-11108.
9.  Harding DJ, Morenoff JD, Herbert CW. Home is hard to find: neighborhood,
    institutions and the residential trajectories of returning prisoners. Ann Am
    Acad Pol Soc Sci 2013; 647(1): 214-236.
10. CDC-Interim Clinical Guidance for Management of Patients with Confirmed
    Coronavirus Disease (COVID-19) Available at:
    https://www.cdc.gov/coronavirus/2019-ncov/hcp/clinical-guidance-
    management-patients.html). Accessed: April 12, 2020.
11. Johns Hopkins University. Coronavirus Resource Center Available at:
    https://coronavirus.jhu.edu/map.html. Accessed: April 12, 2020.
12. The New York Times. Coronavirus in the U.S.: Latest map and case count –
    The New York Times. Available at:
    https://www.nytimes.com/interactive/2020/us/coronavirus-us-
    cases.html?referringSource=articleShare. Accessed: April 27, 2020.
13. Fauci AS. Infectious diseases: considerations for the 21st century. Clin Infect
    Dis 2001; 32: 675-85.
14. Finnie TJR, Copley VR, Hall IM, Leach S. An analysis of influenza
    outbreaks in institutions and enclosed societies. Epidemiol Infect 2014; 14:
    107-113.
15. Chao W-C, Liu P-Y, Wu C-L. Control of an H1N1 outbreak in a
    correctional facility in central Taiwan. J Microbiol Immunol Infect 2017; 50:
    175-182.
16. Dolan K, Wirtz AL, Moazen B, Ndeffo-Mbah M, Galvani A, Kinner SA,
    Courtney R, McKee M, Amon JJ, Maher L, Hellard M, Beyrer C, Altice FL.

13

Global burden of HIV, viral hepatitis, and tuberculosis in prisoners and detainees. Lancet 2016; 388 (10049): 1089-1102.

17. Prisons and custodial settings are part of a comprehensive response to COVID-19. Lancet Public Health 2020; 5(4): e188-e189.

18. CDC. Interim guidance on management of coronavirus disease 2019 (COVID-19) in correctional and detention facilities. Available at: https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/guidance-correctional-detention.html. Accessed: April 12, 2020.

19. Van Doremalen N, Bushmaker T, Morris DH, Holbrook MG, Gamble A, Williamson BN, Tamin A, Harcourt JL, Thornburg NJ, Gerber SI, Lloyd-Smith JO, de Wit E, Munster VJ. Aerosol and surface stability of SARS-CoV-2 as compared with SARS-CoV-1. N Engl J Med 2020; Mar 17. doi: 10.1056/NEJMc2004973.

20. Mizumoto K, Chowell G. Transmission potential of the novel coronavirus (COVID-19) onboard the diamond Princess Cruises Ship, 2020. Infect Dis Modelling 2020; 5: 264-270.

21. Mizumoto K, Kagaya K, Zarebski A, Chowell G. Estimating the asymptomatic proportion of coronavirus disease 2019 (COVID-19) cases on board the diamond Princess cruise ship, Yokohama, Japan, 2020. Euro Surveill 2020; 25 (10). doi: 10.2807/1560-7917.ES.2020.25.10.2000180.

22. Sanche S, Lin YT, Xu C, Romero-Severson E, Hengartner N, Ke R. High contagiousness and rapid spread of severe acute respiratory syndrome coronavirus 2. Emerg Infect Dis. 2020 Jul https://doi.org/10.3201/eid2607.200282.

23. Swerdlow DL, Finelli L. Preparation for possible sustained transmission of 2019 Novel Coronavirus. Lessons from previous pandemics. JAMA 2020; 323(12): 1129-30.

24. Patrozou E, Mermel LA. Does influenza transmission occur from asymptomatic infection or prior to symptom onset? Public Health Rep 2009; 124: 193-96.

25. Thompson R. Pandemic potential of 2019-nCoV.Lancet Infect Dis 2020; 20 March 20; doi.org/10.1016/S1473-3099 (20)30068-2.

26. Li R, Pei S, Chen B, Song , Zhang T, Shaman J. Substantial undocumented infection facilitates the rapid dissemination of novel coronavirus (SARS-CoV2). Science 10.1126/scienceabb3221 (2020).

27. World Prisons Brief. COVID-19 in prisons:  a major public health risk. https://www.prisonstudies.org/news/covid-19-prisons-%E2%80%93-major-public-health-risk. Accessed: April 27, 2020.

28. Federal Bureau of Prisons. Available at:  https://www.bop.gov/coronavirus/. Accessed: April 27, 2020.

29. New York Times. Chicago's jail is top U.S. hot spot as virus spreads behind bars. April 8, 2020. Available at: https://www.nytimes.com/2020/04/08/us/coronavirus-cook-county-jail-chicago.html. Accessed: April 27, 2020.

30. Cabral J, Cuevas AG. Health inequities among Latinos/Hispanics: documentation status as a determinant of health. J Racial Ethnic Health Disp 2020; Feb 5. doi: 10.1007/s40615-020-00710-0.

31. Gransky M, Keller A, Venters H. Death rates among detained immigrants in the United States. In J Environ Res Public health 2015; 12, 14414-14419.

32. Farmer PE, Nizeye B, Stulac S, Keshavjee S. Structural violence and clinical medicine. PLoS Med 2006; 3(10); e449.

33. The Guardian. Data form US south shows African Americans hit hardest by COVID-19. https://www.theguardian.com/world/2020/apr/08/black-americans-coronavirus-us-south-data. Accessed: April 27, 2020.

34. MMWR. COVID-19 in a Long-Term Care Facility — King County, Washington, February 27–March 9, 2020; March 27, 2020: 69(12): 339-342.

35. The United States Department of Justice. Aging in Prison. National Institute of Corrections. Available at: https://nicic.gov/aging-prison. Accessed: April 24, 2020.

36. Williams BA, Stern MF, Mellow j, Safer M, Greifinger RB. Aging in correctional custoy: setting a policy agenda for older prisoner health care. Am J Public Health 2012; 102(8): 1475-1481.

37. Ghandi RT, Lynch JB, Del Rio C. Mild or moderate Covid-19. N Engl J Med 2020; April 24. DOI: 10.1056/NEJMcp2009249.

38. Gandhi M, Yokoe DS, Havlir DV. Asymptomatic transmission, the Achilles' Heel of current strategies to control Covid-19. N Engl J Med 2020. April 24. DOI: 10.1056/NEJMe2009758.

39. Arons MM, Hatfield KM, Reddy SC, et al. Presymptomatic SARS-CoV-2 infections and transmission in a skilled nursing facility. N Engl J Med 2020. DOI: 10.1056/NEJMoa2008457.

40. Sharsftein JM, Becker SJ, Mello MM. Diagnostic testing for the novel coronavirus. JAMA 2020; 323(15): 1437-38.

41. He X, Lau EHY, Wu P, et al. Temporal dynamics in viral shedding and transmissibility of COVID-19. Nature Med 2020; DOI: 10.1038/s41591-020-0869-5.

42. Chen Y, Chen L, Deng Q, et al. The presence of SARS-CoV-2 RNA in feces of COVID-19 patients. J Med Virol. 2020 Apr 3. doi: 10.1002/jmv.25825.

43. Coronavirus Michigan Data. Available at: https://www.michigan.gov/coronavirus/0,9753,7-406-98163_98173---,00.html. Accessed: April 26, 2020.

1

# EXHIBIT A.

**PERSONAL INFORMATION**
Carlos Franco-Paredes, M.D., M.P.H.

**CURRENT PROFESSIONAL POSITION AND ACTIVITIES:**

- Associate Professor of Medicine, Division of Infectious Diseases, University of Colorado Denver School of Medicine, Anschutz Medical Campus and Infectious Diseases (July 2018 - ongoing).
- Fellowship Program Director, Division of Infectious Diseases, University of Colorado Denver School of Medicine, Anschutz Medical Campus (March 2019- ongoing).

**EDUCATION**

1989 -1995        M.D. - La Salle University School of Medicine, Mexico City, Mexico

1996-1999   Internship and Residency in Internal Medicine, Emory University School of Medicine Affiliated Hospitals, Atlanta, GA

1999-2002   Fellowship in Infectious Diseases, Emory University School of Medicine Affiliated Hospitals, Atlanta, GA

1999-2002   Fellow in AIDS International Training and Research Program, NIH Fogarty Institute, Rollins School of Public Health, Emory University, Atlanta, GA

1999 - 2002        Masters Degree in Public Health (M.P.H.) Rollins School of Public Health, Emory University, Atlanta, GA, Global Health Track

2001-2002   Chief Medical Resident, Grady Memorial Hospital, Emory University

                       School of Medicine, Atlanta, GA

2006        Diploma Course in Tropical Medicine, Gorgas. University of Alabama, Birmingham and Universidad Cayetano Heredia, Lima Peru

**CERTIFICATIONS**

1999-Present          Diplomat in Internal Medicine American Board of
                      Internal Medicine (Recertification 11/2010-11/2020)

2001-present          Diplomat in Infectious Diseases, American Board of
                      Internal Medicine, Infectious Diseases Subspecialty
                      (Recertification 04/2011-04/2021)

2005-present          Travel Medicine Certification by the International
                      Society of Travel Medicine

2007-present          Tropical Medicine Certification by the American Society
                      of Tropical Medicine – Diploma in Tropical Medicine and
                      Hygiene (DTMH - Gorgas)

**EMPLOYMENT HISTORY:**

- 2002 - 2004 - Advisor to the Director of the National Center for Child and
  Adolescent Health and of the National Immunization Council (NIP), Ministry of Health Mexico; my activities included critical review of current national health plans on vaccination, infectious diseases, soil-transmitted helminthic control programs; meningococcal disease outbreaks in the jail system, an outbreak of imported measles in 2003-2004 and bioterrorism and influenza pandemic preparedness.  I represented the NIP at meetings of the Global Health Security Action Group preparation of National preparedness and response plans for Mexico

- 2005 – 2011- Co-Director Travel Well Clinic, Emory University Emory Midtown Hospital
- 2004- 8/2009 -Assistant Professor of Medicine Department of Medicine, Division of Infectious Diseases Emory University School of Medicine, Atlanta GA
- 3/2008-10/2009 Consultant WHO, HQ, Geneva, Influenza Vaccine
- 9/2009- 3/2011 Associate Professor of Medicine Department of Medicine, Division of Infectious Diseases Emory University School of Medicine, Atlanta GA
- 1/2007 – 3/2011 Assistant Professor of Public Health Hubert Department of Global Health Rollins School of Public Health, Emory University, Atlanta GA

- 4/2011 –5/2013 - Associate Professor of Public Health in Global Health
  Hubert Department of Global Health
  Rollins School of Public Health, Emory University, Atlanta GA
- 2010 - WHO HQ Consultant for a 4-month-period on the Deployment of H1N1 influenza vaccine in the African Region, Jan to March 2010, Switzerland Geneva, WHO HQ 2010 sponsored by John Snow Inc. USAID, Washington, D.C.
- 2014-2015 - Consultant International Association of Immunization Managers, Regional Meeting of the Middle Eastern and North African Countries and Sub Saharan Africa, held in Durban South Africa, Sept 2014; and as rapporteur of the Inaugural Conference, 3-4 March 2015, Istanbul, Turkey.
- 3/2011- 5/2017 - Phoebe Physician Group –Infectious Diseases Clinician Phoebe Putney Memorial Hospital, Albany, GA.
- 5/2015 - 9/2015 - Consultant Surveillance of Enteric Fever in Asia (Pakistan, Indonesia, Bangladesh, Nepal, India) March 2015-October 2015.
- June 19, 2017-June 31, 2018–Visiting Associate Professor of Medicine, Division of Infectious Diseases, University of Colorado Denver, Anschutz Medical Campus
- June 2004- present - Adjunct Professor of Pediatrics, Division of Clinical Research, Hospital Infantil de México, Federico Gómez, México City, México. Investigador Nacional Nivel II, Sistema Nacional de Investigadores (12/2019); SNI III Sistema Nacional de Investigadores (1/2020-); Investigador Clínico Nivel E, Sistema Nacional de Hospitales

## HONORS AND AWARDS

1995  Top Graduating Student, La Salle School of Medicine

1997  Award for Academic Excellence in Internal Medicine, EUSM

1999  Alpha Omega Alpha (AOA) House staff Officer, EUSM

2002  Pillar of Excellence Award. Fulton County Department of Health and Wellness Communicable Disease Prevention Branch, Atlanta GA

2002    Emory University Humanitarian Award for extraordinary service in Leadership Betterment of the Human Condition the Emory University Rollins School of Public Health

2002    Winner of the Essay Contest on the Health of Developing Countries:

    Causes and Effects in Relation to Economics or Law, sponsored by the Center for International Development at Harvard University and the World Health Organization Commission on Macroeconomics Health with the essay "*Infectious Diseases, Non-zero Sum Thinking and the Developing World*"

2002    *"James W. Alley"* Award for Outstanding Service to Disadvantaged Populations, Rollins School of Public Health of Emory University May 2002. Received during Commencement Ceremony Graduation to obtain the Degree of Masters in Public Health

2006    Golden Apple Award for Excellence in Teaching, Emory University, SOM

2006    Best Conference Award Conference, "*Juha Kokko*" Best Conference    Department of Medicine, EUSM

2007    "*Jack Shulman*" Award Infectious Disease fellowship, Excellence in Teaching Award, Division of Infectious Diseases, EUSM

2007    Emerging Threats in Public Health: Pandemic Influenza CD-ROM, APHA's Public Health Education and Health Promotion Section, Annual Public Health Materials Contest award

2009    National Center for Preparedness, Detection, and Control of Infectious Diseases. Honor Award Certificate for an exemplary partnership in clinical and epidemiologic monitoring of illness related to international travel. NCPDCID Recognition Awards Ceremony, April 2009. CDC, Atlanta, GA

2012    The ISTM Awards Committee, directed by Prof. Herbert DuPont, selected the article "Rethinking typhoid fever vaccines" in the Journal of Travel Medicine (Best Review Article)

2012      Best Clinical Teacher. Albany Family Medicine Residency Program

2018 Outstanding Educator Award – Infectious Diseases Fellowship, Division of Infectious Diseases, University of Colorado, Anschutz Medical Center, Aurora Colorado

## EDITORSHIP AND EDITORIAL BOARDS

2007-Present      Deputy/Associate Editor PLoS Neglected Tropical Disease

Public Library of Science

2017-2018      Deputy Editor, Annals of Clinical Microbiology and Antimicrobials

BMC

2007-2019   Core Faculty International AIDS Society-USA -Travel and Tropical Medicine/HIV/AIDS

## INTERNATIONAL COMMITTEES

2018- Member of the Examination Committee of the International Society of Travel Medicine. Developing Examination Questions and Proctoring the Certificate in Traveler's Health Examination

Proctor Certificate of Traveler's Health Examination (CTH) as part of the International Society of Travel Medicine– 12th Asia-Pacific Travel Health Conference, Thailand 21-24 March 2019

Proctor Certificate of Traveler's Health Examination (CTH), Atlanta, GA, September, 2019

## PUBLICATIONS

## BOOKS

**Franco-Paredes C**, Santos-Preciado JI. Neglected Tropical Diseases in Latin America and the Caribbean, Springer-Verlag, 2015. ISBN-13: 978-3709114216 ISBN-10: 3709114217

**Franco-Paredes C**. Core Concepts in Clinical Infectious Diseases, Academic Press, Elsevier, March 2016. ISBN: 978-0-12-804423-0

**RESEARCH ORIGINAL ARTICLES (clinical, basic science, other) in refereed journals:**

**1.** Del Rio C, **Franco-Paredes C**, Duffus W, Barragan M, Hicks G. Routinely Recommending HIV Testing at a Large Urban Urgent-Care Clinic – Atlanta, GA. *MMWR Morbid Mortal Wkly Rep* 2001; 50:538-541.

**2.** Del Rio C, Barragán M, **Franco-Paredes C**. *Pneumocystis carinii* Pneumonia. *N Engl J Med* 2004; 351:1262-1263.

**3.** Barragan M, Hicks G, Williams M, **Franco-Paredes C**, Duffus W, Del Rio C. Health Literacy is Associated with HIV Test Acceptance. *J Gen Intern Med* 2005; 20:422-425.

**4.** Rodriguez-Morales A, Arria M, Rojas-Mirabal J, Borges E, Benitez J, Herrera M, Villalobos C, Maldonado A, Rubio N, **Franco-Paredes C**. Lepidopterism Due to the Exposure of the Moth *Hylesia metabus* in Northeastern Venezuela. *Am J Trop Med Hyg* 2005; 73:991-993.

**5.** Rodriguez-Morales A, Sánchez E, Arria M, Vargas M, Piccolo C, Colina R, **Franco-Paredes C**. White Blood Cell Counts in *Plasmodium vivax*. *J Infect Dis* 2005; 192:1675-1676.

**6. Franco-Paredes C**, Nicolls D, Dismukes R, Kozarsky P. Persistent Tropical Infectious Diseases among Sudanese Refugees Living in the US. *Am J Trop Med Hyg* 2005; 73: 1.

**7.** Osorio-Pinzon J, Moncada L, **Franco-Paredes C**. Role of Ivermectin in the Treatment of Severe Orbital **Myiasis Due to *Cochliomyia hominivorax*. *Clin Infect Dis* 2006; 3: e57-9.**

**8.** Rodriguez-Morales A, **Franco-Paredes C**. Impact of *Plasmodium vivax* Malaria during Pregnancy in Northeastern Venezuela. *Am J Trop Med Hyg* 2006; 74:273-277.

**9.** Rodriguez-Morales A, Nestor P, Arria M, **Franco-Paredes C**. Impact of Imported Malaria on the Burden of Malaria in Northeastern Venezuela. *J Travel Med* 2006; 13:15-20.

**10.** Rodríguez-Morales A, Sánchez E, Vargas M, Piccolo C, Colina R, Arria M, **Franco-Paredes C.** Is anemia in *Plasmodium vivax* More Severe and More Frequent than in *Plasmodium falciparum? Am J Med* 2006; 119:e9-10.

**11.** Hicks G, Barragan M, **Franco-Paredes C**, Williams MV, del Rio C. Health Literacy is a Predictor of HIV Knowledge. *Fam Med J* 2006; 10:717-723.

**12.** Cardenas R, Sandoval C, Rodriguez-Morales A, **Franco-Paredes C**. Impact of Climate Variability in the Occurrence of Leishmaniasis in Northeastern Colombia. *Am J Trop Med Hyg* 2006; 75:273-7.

**13. Franco-Paredes C**, Nicolls D, Dismukes R, Wilson M, Jones D, Workowski K, Kozarsky P.  Persistent and Untreated Tropical Infectious Diseases among Sudanese Refugees in the US.  *Am J Trop Med Hyg* 2007; 77:633-635.

**14.** Rodríguez-Morales AJ, Sanchez E, Arria M, Vargas M, Piccolo C, Colina R, **Franco-Paredes C**.  Hemoglobin and haematocrit: The Threefold Conversion is also Non Valid for Assessing Anaemia in *Plasmodium vivax* Malaria-endemic Settings.  *Malaria J* 2007; 6:166.

**15. Franco-Paredes C**, Jones D, Rodriguez-Morales AJ, Santos-Preciado JI. Improving the Health of Neglected Populations in Latin America.  *BMC Public Health* 2007; 7.

**16.** Kelly C, Hernández I, **Franco-Paredes C**, Del Rio C.  The Clinical and Epidemiologic Characteristics of Foreign-born Latinos with HIV/AIDS at an Urban HIV Clinic.  *AIDS Reader* 2007; 17:73-88.

**17.** Hotez PJ, Bottazzi ME, **Franco-Paredes C**, Ault SK, Roses-Periago M.  The Neglected Tropical Diseases of Latin America and the Caribbean: Estimated Disease Burden and Distribution and a Roadmap for Control and Elimination. *PLoS Negl Trop Dis* 2008; 2:e300.

**18.** Tellez I, Barragan M, Nelson K, Del Rio C, **Franco-Paredes C**.  *Pneumocystis jiroveci* (PCP) in the Inner City: A Persistent and Deadly Pathogen.  *Am J Med Sci* 2008; 335:192-197.

**19.** Rodriguez-Morales AJ, Olinda, **Franco-Paredes C**.  Cutaneous Leishmaniasis Imported from Colombia to Northcentral Venezuela: Implications for Travel Advice. *Trav Med Infect Dis* 2008; 6(6): 376-9.

**20.** Jacob J, Kozarsky P, Dismukes R, Bynoe V, Margoles L, Leonard M, Tellez I, **Franco-Paredes C**.  Five-Year Experience with Type 1 and Type 2 Reactions in Hansen's Disease at a US Travel Clinic.  *Am J Trop Med Hygiene* 2008; 79:452-454.

**21.** Delgado O, Silva S, Coraspe V, Ribas MA, Rodriguez-Morales AJ, Navarro P, **Franco-Paredes C**.  Epidemiology of Cutaneous Leishmaniasis in Children and Adolescents in Venezuela.  *Trop Biomed.* 2008; 25(3):178-83.

**22. Franco-Paredes C**, Lammoglia L, Hernandez I, Santos-Preciado JI. Epidemiology and Outcomes of Bacterial Meningitis in Mexican Children: 10-Years' Experience (1993-2003). *Int J Infect Dis* 2008; 12:380-386.

**23.** Pedroza A, Huerta GJ, Garcia ML, Rojas A, Lopez I, Peñagos M, **Franco-Paredes C**, Deroche C, Mascareñas C.  The Safety and Immunogenicity of Influenza Vaccine in Children with Asthma in Mexico.  *Int J Infect Dis* 2009; 13(4): 469-75.

**24.** Museru O, **Franco-Paredes C**. Epidemiology and Outcomes of Hepatitis B Virus Infection among Refugees Seen at U.S. Travel Medicine Clinic: 2005-2008. *Travel Med Infect Dis* 2009; 7: 171-179.

**25.** Rodriguez-Morales AJ, Olinda M, **Franco-Paredes C**. Imported Cases of Malaria Admitted to Two Hospitals of Margarita Island, Venezuela: 1998-2005. *Travel Med Infect Dis* 2009: (1): 48-45.

**26.** Kelley CF, Checkley W, Mannino DM, **Franco-Paredes C**, Del Rio C, Holguin F. Trends in Hospitalizations for AIDS-associated *Pneumocystis jiroveci* Pneumonia in the United States (1986-2005). *Chest* 2009; 136(1): 190-7.

**27.** Carranza M, Newton O, **Franco-Paredes C**, Villasenor A.  Clinical Outcomes of Mexican Children with Febrile Acute Upper Respiratory Infection: No Impact of Antibiotic Therapy. *Int J Infect Dis* 2010; 14(9): e759-63.

**28.** Museru O, Vargas M, Kinyua M, Alexander KT, **Franco-Paredes C,** Oladele A. Hepatitis B Virus Infection among Refugees Resettled in the U.S.: High Prevalence and Challenges in Access to Health Care. ***J Immigrant Minor Health 2010;***

**29.** Moro P, Thompson B, Santos-Preciado JI, Weniger B, Chen R, **Franco-Paredes C**. Needlestick injuries in Mexico City sanitation workers. *Revista Panamericana de Salud Pública/Pan American Journal of Public Health* 2010; 27 (6): 467-8.

**30.** Barragan M, Holtz M, **Franco-Paredes C**, Leonard M. The Untimely Misfortune of Tuberculosis Diagnosis at time of Death. *Infect Dis Clin Pract* 2010; 18(6):1-7.

**31.** Hochberg N, Armstrong W, Wang W, Sheth A, Moro R, Montgomery S, Steuer F, Lennox J, **Franco-Paredes C**.  High Prevalence of Persistent Parasitic Infections in Foreign-born HIV-infected Persons in the United States. *PLoS Neglect Dis* 2011; 5(4): e1034.

**32.** Larocque RC, Rao SR, Lee J, Ansdell V, Yates JA, Schwartz BS, Knouse M, Cahill J, Hagmann S, Vinetz J, Connor BA, Goad JA, Oladele A, Alvarez S, Stauffer W, Walker P, Kozarsky P, **Franco-Paredes C**, Dismukes R, Rosen J, Hynes NA, Jacquerioz F, McLellan S, Hale D, Sofarelli T, Schoenfeld D, Marano N, Brunette G, Jentes ES, Yanni E, Sotir MJ, Ryan ET; the Global TravEpiNet Consortium. Global TravEpiNet: A National Consortium of Clinics Providing Care to International Travelers--Analysis of Demographic Characteristics, Travel Destinations, and Pretravel Healthcare of High-Risk US International Travelers, 2009-2011. *Clin Infect Dis*. 2012; 54(4):455-462.

**33**. Espinosa-Padilla SE, Murata C, Estrada-Parra S, Santos-Argumendo L, Mascarenas C, **Franco-Paredes C**, Espinosa-Rosales FJ. Immunogenicity of a 23-valent pneumococcal polysaccharide vaccine among Mexican children. *Arch Med Res* 2012;

**34.** Harris JR, Lockhart SR, Sondermeyer G, Vugia DJ, Crist MB, D'Angelo MT, Sellers B, **Franco-Paredes C**, Makvandi M, Smelser C, Greene J, Stanek D, Signs

K, Nett RJ, Chiller T, Park BJ. *Cryptococcus gattii* infections in multiple states outside the US Pacific Northwest. *Emerg Infect Dis*. 2013; 19 (10):1620-6.

**35. Franco-Paredes C**. Aerobic actinomycetes that masquerade as pulmonary tuberculosis. Bol Med Hosp Infant Mex 2014; 71(1): 36-40.

**36.** Chastain DB, Ngando I, Bland CM, **Franco-Paredes C**, and Hawkins WA. Effect of the 2014 Clinical and Laboratory Standard Institute urine-specific breakpoints on cefazolin susceptibility rates at a community teaching hospital. *Ann Clin Microbiol Antimicrob* 2017; 16(1): 43.

**37**. Kashef Hamadani BH, **Franco-Paredes C**, MCollister B, Shapiro L, Beckham JD, Henao-Martinez AF. Cryptococcosis and cryptococcal meningitis- new predictors and clinical outcomes at a United States Academic Medical Center. *Mycoses* 2017; doi: 10.1111/myc.12742.

**38**. Chastain DB, **Franco-Paredes C**, Wheeler SE, Olubajo B, Hawkins A. Evaluating Guideline Adherence regarding Empirical Vancomycin use in patients with neutropenic fever. *Int J Infect Dis* 2018; Feb 22. pii: S1201-9712(18)30052-3. doi: 10.1016/j.ijid.2018.02.016. PMID: 29477362

**39**. Parra-Henao G, Amioka E, **Franco-Paredes C**, Colborn KL, Henao-Martinez AF. Heart failure symptoms and ecological factors as predictors of Chagas disease among indigenous communities in the Sierra Nevada de Santa Marta, Colombia. *J Card Fail* 2018; Mar 26. pii: S1071-9164(18)30119-2. doi: 10.1016/j.cardfail.2018.03.007.

**40.** Vela Duarte D, Henao-Martinez AF, Nyberg E, Castellanos P, **Franco-Paredes C**, Chastain DB, Lacunar Stroke in Cryptococcal Meningitis: Clinical and Radiographic Features. *J Stroke and Cerebrovascular Disease* 2019;

**41**. Chastain DB, Henao-Martinez AF, **Franco-Paredes C**. A clinical pharmacist survey of prophylactic strategies used to prevent adverse events of lipid-associated formulations of amphotericin B. *Infect Dis* 2019;

**42**. Henao-Martínez AF, Chadalawada S, Villamil-Gomez WE, DeSanto K, Rassi A Jr, **Franco-Paredes C**. Duration and determinants of Chagas latency: an etiology and risk systematic review protocol. *JBI Database System Rev Implement Rep*. 2019 Jul 22. doi: 10.11124/JBISRIR-D-18-00018.

## CONSENSUS STATEMENTS

Pritchett MA, Oberg CL, Belanger A, De Cardenas J, Cheng G, Cumbo Nacheli G, **Franco-Paredes C,** Singh J, Toth J, Zgoda M, Folch E. Society for Advanced Bronchoscopy Consensus Statement and Guidelines for bronchoscopy and airway management amid the COVID-19 pandemic. *J Thorac Dis* 2020; http:/dx.doi.org/10.21037/jtd.2020.04.32

**RESEARCH ORIGINAL ARTICLES AS COLLABORATOR (clinical, basic science, other) in refereed journals:**

**43.** Benator D, Bhattacharya M, Bozeman L, Burman W, Cantazaro A, Chaisson R, Gordin F, Horsburgh CR, Horton J, Khan A, Lahart C, Metchock B, Pachucki C, Stanton L, Vernon A, Villarino ME, Wang YC, Weiner M, Weis S; **Tuberculosis Trials Consortium**.  Rifapentine and Isoniazid Once a Week versus Rifampicin and Isoniazid twice a week for Treatment of Drug-susceptible Pulmonary Tuberculosis in HIV-Negative Patients: a Randomised Clinical Trial. *Lancet* 2002; 360:528-34.

**44.** Weiner M, Burman W, Vernon A, Benator D, Peloquin CA, Khan A, Weis S, King B, Shah N, Hodge T; **Tuberculosis Trials Consortium**.  Low INH Concentrations and Outcome of Tuberculosis Treatment with Once-weekly INH and Rifapentine.  *Am J Rev Crit Care Med* 2003; 167:1341-1347.

**45**. Jasmer RM, Bozeman L, Schwartzman K, Cave MD, Saukkonen JJ, Metchock B, Khan A, Burman WJ; **Tuberculosis Trials Consortium**.  **Recurrent Tuberculosis in the United States and Canada: Relapse or Reinfection?**  *Am J Respir Crit Care Med* 2004; **170:1360**-1366.

Mendelson M, Davis XM, Jensenius M, Keystone JS, von Sonnenburg F, Hale DC, Burchard GD, Field V, Vincent P, Freedman DO; **GeoSentinel Surveillance Network**. Health risks in travelers to South Africa: the GeoSentinel experience and implications for the 2010 FIFA World Cup. *Am J Trop Med Hyg*. 2010; 82(6): 991-5.

**46.** Hagmann S, Neugebauer R, Schwartz E, Perret C, Castelli F, Barnett ED, Stauffer WM; GeoSentinel Surveillance Network. Illness in children after international travel: analysis from the **GeoSentinel Surveillance Network**. *Pediatrics*. 2010; 1 25(5): e1072-80.

**47.** Schlagenhauf P, Chen LH, Wilson ME, Freedman DO, Tcheng D, Schwartz E, Pandey P, Weber R, Nadal D, Berger C, von Sonnenburg F, Keystone J, Leder K; **GeoSentinel Surveillance Network**. Sex and gender differences in travel-associated disease. *Clin Infect Dis*. 2010; 50 (6): 826-32.

**48.** Jensenius M, Davis X, von Sonnenburg F, Schwartz E, Keystone JS, Leder K, Lopéz-Véléz R, Caumes E, Cramer JP, Chen L, Parola P; **GeoSentinel Surveillance Network**. Multicener GeoSentinel analysis of rickettsial diseases in international travelers, 1996-2008. *Emerg Infect Dis*. 2009; 15(11):1791-8.

**49.** Chen LH, Wilson ME, Davis X, Loutan L, Schwartz E, Keystone J, Hale D, Lim PL, McCarthy A, Gkrania-Klotsas E, Schlagenhauf P; **GeoSentinel Surveillance Network**. *Emerg Infect Dis*. 2009; 15(11): 1773-82.

**50.** Nicolls DJ, Weld LH, Schwartz E, Reed C, von Sonnenburg F, Freedman DO, Kozarsky PE; **GeoSentinel Surveillance Network**. Characteristics of

schistosomiasis in travelers reported to the GeoSentinel Surveillance Network 1997-2008. *Am J Trop Med Hyg 2008*; 79(5): 729-34.

**51.** Greenwood Z, Black J, Weld L, O'Brien D, Leder K, Von Sonnenburg F, Pandey P, Schwartz E, Connor BA, Brown G, Freedman DO, Torresi J; **GeoSentinel Surveillance Network.** Gastrointestinal infection among international travelers globally. *J Travel Med* 2008; 1 5(4):221-8.

**52.** Davis XM, MacDonald S, Borwein S, Freedman DO, Kozarsky PE, von Sonnenburg F, Keystone JS, Lim PL, Marano N; **GeoSentinel Surveillance Network**. Health risks in travelers to China: the GeoSentinel experience and implications for the 2008 Beijing Olympics. *Am J Trop Med Hyg* 2008; 79(1): 4-8.

**53.** Boggild AK, Castelli F, Gautret P, Torresi J, von Sonnenburg F, Barnett ED, Greenaway CA, Lim PL, Schwartz E, Wilder-Smith A, Wilson ME; **GeoSentinel Surveillance Network**. Vaccine preventable diseases in returned international travelers: results from the GeoSentinel Surveillance Network. *Vaccine* 2010; 28(46):7389-95.

**54.** Esposito DH, Han PV, Kozarsky PE, Walker PF, Gkrania-Klotsas E, Barnett ED, Libman M, McCarthy AE, Field V, Connor BA, Schwartz E, MacDonald S, Sotir MJ; **GeoSentinel Surveillance Network**. Characteristics and spectrum of disease among ill returned travelers from pre- and post-earthquake Haiti: The GeoSentinel experience. *Am J Trop Med Hyg* 2012 Jan; 86(1):23-8.

**55.** Boggild AK, Castelli F, Gautret P, Torresi J, von Sonnenburg F, Barnett ED, Greenaway CA, Lim PL, Schwartz E, Wilder-Smith A, Wilson ME; **GeoSentinel Surveillance Network**. Latitudinal patterns of travel among returned travelers with influenza: results from the GeoSentinel Surveillance Network, 1997-2007. *J Travel Med* 2012; 19(1):4-8. doi: 10.1111/j.1708-8305.2011.00579.x.

**REVIEW, EDITORIALS, CASE SERIES, CASE REPORT ARTICLES:**

**56. Franco-Paredes C**, Jurado R.  Ankylosing Spondylitis Fibrocavitary Lung Disease.  *Clin Infect Dis* 2001; 32:1062.

**57. Franco-Paredes C,** Evans J, Jurado R. Diabetes Insipidus due to *Streptococcus pneumoniae* Meningitis.  *Arch Intern Med* 2001; 161; 1114-15.

**58. Franco-Paredes C,** Blumberg H.  Tuberculosis Psoas Abscess caused by *Mycobacterium tuberculosis* and *Staphylococcus aureus*: Case Report and Review. *Am J Med Sci* 2001; 321:415-17.

**59.** Jurado R, **Franco-Paredes C**.  Aspiration Pneumonia: A Misnomer.  *Clin Infect Dis* 2001;33:1612-3.

**60.** Del Rio Carlos, **Franco-Paredes C**.  Bioterrorism: A New Public Health Problem.  *Sal Publ Mex* 2001; 43:585-88.

**61. Franco-Paredes** C, Blumberg H.  New Concepts in the Diagnosis of Latent Tuberculosis Infection.  *Consultant* 2001; 41:1105-1121.

**62. Franco-Paredes** C, Bellehemeur T, Sanghi P, et al.  Aseptic Meningitis and Retrobulbar Optic Neuritis Caused By VZV Preceding the Onset of PORN in a Patient with AIDS.  *AIDS* 2002; 16:1045-1049.

**63. Franco-Paredes** C, Mehrabi D, Calle J, Jurado R.  Night Sweats Revisited. *Infect Dis Clin Pract* 2002; 11:291-293.

**64. Franco-Paredes** C, Jurado R, Del Rio C.  The Clinical Utility of the Urine Gram Stain. *Infect Dis Clin Pract* 2002; 11:561-563.

**65. Franco-Paredes** C, Agudelo C.  Editorial Response:  The Ever Expanding Clinical Spectrum of Tuberculosis.  *J Clin Rheumatol* 2002;8:1-2.

**66. Franco-Paredes** C, Rebolledo P, Folch E, Hernandez I, Del Rio C.  Diffuse CD8 Lymphocytosis Syndrome in HIV-infected Patients.  *AIDS Reader* 2002; 12:408-13.

**67. Franco-Paredes** C.  Human Immunodeficiency Virus Infection as a Risk Factor for Tuberculosis Infection and Clinical Disease.  *Infect Med* 2002; 19:475-479.

**68. Franco-Paredes** C, Leonard M, Jurado R, Blumberg H.  Tuberculosis of the Pancreas. Report of two cases and Review of the Literature.  *Am J Med Sci* 2002; 323(1): 54-58.

**69.** DiazGranados C, **Franco-Paredes** C, Steinberg J.  A Long Suffering Patient with New Abdominal Pain.  *Clin Infect Dis* 2002; 34(9):1213-1214; 1267-1268.

**70. Franco-Paredes** C, Martin K. Extranodal Rosai-Dorfman Manifested in the Meninges.  *Southern Med J* 2002; 95(9): 1101-1104.

**71. Franco-Paredes** C, Workowski K, Harris M. Infective Endocarditis-Endarteritis Complicating Coarctation of the Aorta.  *Am J Med* 2002; 112(7):590-92.

**72.** Folch E, Hernandez I, Barragan M, **Franco-Paredes** C.  Infectious Disease, Non-Zero Sum Thinking and the Developing World.  *Am J Med Sci* 2003; 326:66-72.

**73. Franco-Paredes** C, Santos Preciado JI.  Parasitology Resources on the World Wide Web: A Powerful Tool for Infectious Diseases Practitioners.  *Clin Infect Dis* 2003; 37:694-701.

**74. Franco-Paredes** C, Tellez I, Santos-Preciado JI.  *Monkeypox* Virus Infection Appears in the Americas.  *Salud Publ Mex* 2003; 45:428-430.

**75. Franco-Paredes** C, Del Rio C, Nava Frías M, Rangel Frausto S, Téllez I, Santos Preciado JI.  Confronting Bioterrorism: Epidemiologic, Clinical, and Preventive Aspects of Smallpox.  *Sal Publ Mex* 2003; 45:298-309.

**76. Franco-Paredes** C, Kuri-Morales P, Alvarez-Lucas C, Zavala E, Betancourt M, Nava-Frias M, Santos-Preciado JI.  Severe Acute Respiratory Syndrome: A Global View of the Epidemic. *Sal Publ Mex* 2003; 45:211-220.

**77.** Huneycut D, Folch E, **Franco-Paredes** C. Atypical Manifestations of Infections in Patients with Familial Dysautonomia. *Am J Med* 2003; 115(6): 505-506.

**78. Franco-Paredes** C, Sanghi P. Progressive Multifocal Leukoencephalopathy. *Infect Med* 2003; 20(8):376.

**79. Franco-Paredes** C, Guarner J, McCall C, Mehrabi D, Del Rio C. Clinical and Pathological Recognition of Leprosy. *Am J Med* 2003; 114(3):246-7.

**80. Franco-Paredes** C, Lammoglia L, Santos Preciado JI.  Historical Perspective of Smallpox in Mexico: Origins, Elimination, and Risk of Reintroduction due to Bioterrorism.  *Gac Med Mex* 2004; 141:321-328.

**81.** Santos-Preciado JI, **Franco-Paredes** C.  Influenza Vaccine in Childhood: a Preventive Strategy of National Priority. *Salud Publ Mex* 2004; 46:498-500.

**82.** Almeida L, **Franco-Paredes** C, Pérez LF, Santos JI.  Meningococcal Disease: Preventive and Clinical Aspects.  *Salud Publ Mex* 2004; 46(5):438-50.

**83. Franco-Paredes** C, Téllez I, Del Rio C.  The Inverse Relationship between Decreased Infectious Diseases and Increased Inflammatory Disease Occurrence. *Arch Med Res* 2004; 35:258-26.

**84.** Arria M, Rodríguez-Morales A, **Franco-Paredes** C.  Galeria Eco-epidemiológica de la Cuenca Amazónica.  *Rev Peru Salud Publ* 2005; 22:236-240.

**85. Franco-Paredes** C, Lammoglia L, Santos-Preciado JI.  The Spanish Royal Philanthropic Expedition to Bring Smallpox Vaccination to the New World and Asia in the 19th Century. *Clin Infect Dis* 2005; 41:1285-1289.

**86.** Diaz-Borjon A, Lim S, **Franco-Paredes** C. Multifocal Septic Arthritis: An Unusual   Complication of Invasive *Streptococcus pyogenes* Infection. *Am J Med* 2005. 118(8): 924-925.

**87. Franco-Paredes C**, Rodríguez A. Lepromatous Leprosy. *Infect Med* 2005

88. Santos-Preciado JI, **Franco-Paredes C**. Tratamiento Acortado Estrictamente Supervisado (TAES o DOTS) Para Tuberculosis en Poblaciones Con Niveles Moderados de Farmacorresistencia: Perspectiva del Impacto Internacional. *Rev Inv Clin* 2005; 57:488-490.

**89.** Rodríguez-Morales A, Sánchez E, Vargas M, Piccolo C, Colina R, Arria M, **Franco-Paredes C**. Severe Thrombocytopenia, Reply to Spinello et al. *Clin Infect Dis* 2005; 41:1211-1212.

**90. Franco-Paredes C**, Dismukes R, Nicolls D, Kozarsky P. Reply to Newton et al. *Clin Infect Dis* 2005;41:1688-1689.

**91.** Rodríguez-Morales A, Sánchez E, Vargas M, Piccolo C, Colina R, Arria M, **Franco-Paredes C**. Occurrence of Thrombocytopenia in *Plasmodium vivax* malaria. *Clin Infect Dis* 2005;41:130-131.

**92. Franco-Paredes C**, Rodríguez-Morales A, Santos-Preciado JI. Bioterrorism: Preparing for the Unexpected. *Rev Inv Clin* 2005; 57: 57(5):695-705.

**93. Franco-Paredes C**, Tellez I, Del Rio C, Santos-Preciado JI. Pandemic Influenza: Impact of Avian Influenza. *Salud Publ Mex* 2005; 2: 47(2):107-9.

**94. Franco-Paredes C**, Dismukes R, Nicolls D, Kozarsky D. Neurotoxicity Associated To Misdiagnosis of Malaria. *Clin Infect Dis* 2005; 40:1710-1711.

**95.** Rodríguez-Morales A, Benitez J, **Franco-Paredes C**. *Plasmodium vivax* Malaria Imported from a rural Area Near Caracas Venezuela? *J Trav Med* 2006; 13:325-326.

**96. Franco-Paredes C,** Tellez I, Del Rio C. Rapid HIV Testing. *Current HIV/AIDS Reports* 2006; 3:169-75.

**97. Franco-Paredes C,** Hidron A, Steinberg JP. Photo Quiz: An 82-year-old Female from Guyana with Fever and Back pain. Chyluria due to *Wuchereria bancrofti* Infection. *Clin Infect Dis* 2006; 42 (9): 1297; 1340-1341.

**98. Franco-Paredes C**, Kozarsky P, Nicolls D, Dismukes R. Pelvic Echinococcosis in a Northern Iraqi Refugee. *J Trav Med* 2006. 13 (2): 119-122.

**99. Franco-Paredes C**, Santos-Preciado JI. Prevention of Malaria in Travelers. *Lancet Infect Dis* 2006; 6:139-149.

**100. Franco-Paredes C**, Santos-Preciado JI. Reply to Christenson. *Clin Infect Dis* 2006; 42: 731-732.

**101. Franco-Paredes C**, Diaz-Borjon A, Barragán L, Senger M, Leonard M.  The Ever Expanding Association between Tuberculosis and Rheumatologic Diseases. *Am J Med* 2006; 119:470-477.

**102**. **Franco-Paredes C**, Rouphael N, Del Rio C, Santos-Preciado JI.  Vaccination Strategies to Prevent Tuberculosis in the New Millennium: From BCG to New Vaccine Candidates.  *Int J Infect Dis* 2006; 10:93-102.

**103.** Tellez I, Calderon O, **Franco-Paredes C**, Del Rio C.  West Nile Virus: A Reality in Mexico.  *Gac Med Mex* 2006; 142:493-9.

**104. Franco-Paredes C,** Santos-Preciado JI.  Reply to Christenson. *Clin Infect Dis* 2006; 42:731-732.

105. Kieny MP, Costa A, Carrasco P, Perichov Y, **Franco-Paredes C**, Santos-Preciado JI, et al. A Global Pandemic Influenza Vaccine Action Plan.  *Vaccine* 2006; 24:6367-6370.

**106. Franco-Paredes C**, Anna Von, Alicia Hidron, Alfonso J. Rodríguez-Morales, Ildefonso Tellez, Maribel Barragán, Danielle Jones, Cesar G. Náquira, Jorge Mendez.  Chagas Disease: An Impediment in Achieving the Millennium Development Goals in Latin America.  *BMC Int Health Hum Rights* 2007; 7:7.

**107.** Von A, Zaragoza E, Jones D, Rodriguez-Morales A, **Franco-Paredes C**.  New Insights into Chagas Disease: A Neglected Disease in Latin America.  *J Infect Developing  Countries* 2007; 1:99-111.

**108.** Tellez I, **Franco-Paredes C**, Caliendo A, Del Rio C.  Rapid HIV Test: A Primer for Clinicians.  *Infect Med* 2007; 24:381-385.

**109. Franco-Paredes C**, Rouphael N, Rodríguez-Morales A, Folch E, Mendez N, Hurst JW.  Cardiac Manifestations of Parasitic Diseases Part 1.  General Aspects and Immunopathogenesis.  *Clin Cardiol* 2007; 30:195-199.

**110. Franco-Paredes C**, Rouphael N, Rodríguez-Morales A, Folch E, Mendez N, Hurst JW. Cardiac Manifestations of Parasitic Diseases Part 2. Myocardial Manifestations of Parasitic Diseases. *Clin Cardiol* 2007; 30:218-222.

**111. Franco-Paredes C**, Rouphael N, Rodríguez-Morales A, Folch E, Mendez N, Hurst JW. Cardiac Manifestations of Parasitic Diseases Part 3.  Pericardial Manifestations of Parasitic Diseases and Other Cardiopulmonary Manifestations. *Clin Cardiol* 2007; 30:277-280.

**112.** Rouphael N, Talati N, **Franco-Paredes C**. A Painful Thorn in the Foot: Eumycetoma. *Am J Med Sci* 2007; 334:142-144.

**113.** Zimmer S, **Franco-Paredes C**. Efficacy of Nitazoxanide in the Treatment of *Cyclospora cayetanensis* in a Patient Allergic to Sulfas. *Clin Infect Dis* 2007; 44(3):466-7.

**114.** Kaplan R, Rebolledo P, Gonzalez E, **Franco-Paredes C**. An Unexpected Visitor: *Mycobacterium kansasii* Cutaneous Infection. *Am J Med* 2007; 120(5):415-6.

**115.** Seybold U, Blumberg H, Talati N, **Franco-Paredes C**. Hematogenous Osteomyelitis Mimicking Osteosarcoma due to Community Associated Methicillin-Resistant *Staphylococcus aureus*. *Infect* 2007; 35(3): 190-3.

**116.** Liff D, Kraft C, Pohlel K, Sperling L, Chen E, **Franco-Paredes C**. *Nocardia Nova* Aortitis Following Coronary Artery Bypass Surgery. *J Am Soc Echo* 2007; 20(5):537:e7-8.

**117**. Rodriguez-Morales AJ, **Franco-Paredes C**. Paracoccidiodomycosis (South American Blastomycosis) of the Larynx Mimicking Carcinoma. *Am J Med Sci* 2008; 335:149-150.

**118. Franco-Paredes C**.  Filariasis due *Loa loa* is also a cause of Angioedema. *Am J Med* 2008; 121(10): e29.

**119**. Rodriguez-Morales A, Benitez J, Tellez I, **Franco-Paredes C**.  Chagas Disease Screening among Latin American Immigrants in Non-endemic Settings. *Travel Medicine and Infectious Disease* 2008; 6:162-3.

**120.** Talati N, Rouphael N, Kuppali K, **Franco-Paredes C**.  Spectrum of Central Nervous System Manifestations due to Rapidly Growing *Mycobacteria*. *Lancet Infect Dis* 2008; 8:390-8.

**121.** Rifakis P, Rodríguez-Morales A, **Franco-Paredes C**.  Atypical *Plasmodium vivax* Malaria in a Traveler: Bilateral hydronephrosis, Severe Thrombocytopenia, and Hypotension. *J Trav Med* 2008; 15(2): 119-21.

**122**. Osorio-Pinzon J, Carvajal C, Sussman O, Buitrago R, **Franco-Paredes C**. Acute liver failure due to dengue virus infection.  *Int J Infect Dis* 2008; 12: 444-445.

**123**. Jacob J, **Franco-Paredes C**.  The Stigmatization of leprosy in India and its Impact on future approaches to elimination and control.  *PloS Neglected Tropical Diseases* 2008; 30:e113.

**124.** Difrancesco L, Mora L, Doss M, Small J, Williams M, **Franco-Paredes C**. Short of Breath: Not short of diagnosis.  *J Hosp Med* 2009; 4(1):60-7.

**125.** Whitaker JA, Edupuganti S, Del Rio C, **Franco-Paredes C**.  Rethinking Typhoid Fever Vaccines: Implications for travelers and those living in endemic areas.  *J Travel Med* 2009, 16(1): 46-52.

**126. Franco-Paredes C**, Hidron A, Lesesne J, Tellez I, Del Rio C.  HIV-AIDS: Pretravel recommendations and health-related risks.  *Topics in HIV* 2009; 17(1): 2-11.

**127. Franco-Paredes C**, Jacob JT, Stryjewska B, Yoder L. Two patients with leprosy and the sudden appearance of Inflammation in the skin and new sensory loss. *PLoS Negl Trop Dis* 2009; 3(9): e425.

**128. Franco-Paredes C**, Hidron A, Jacob J, Nicolls D, Kuhar D, Caliendo A. Transplantation and Tropical Infectious Diseases.  *Int J Infect Dis* 2009; 14(3): e189-96.

**129.** Parker S, Vogenthaler N, **Franco-Paredes C**. *Leishmania tropica* Cutaneous and Presumptive Concomitant Viscerotropic Leishmaniasis with Prolonged Incubation. *Arch Dermatol* 2009; 145(9): 1023-6.

**130.** DiazGranados C, **Franco-Paredes C**. HIV and Chagas Disease Co-Infection: An Evolving Epidemiologic and Clinical Association. *Lancet Infect Dis* 2009; 9:324-330.

**131.** Hidron A, **Franco-Paredes C**, Drenkard C. A rare opportunistic infection in a woman with systemic lupus erythematous and multiple skin lesions.  *Lupus* 2009; 18 (12): 1100-3.

**132. Franco-Paredes C,** Kozarsky P. The Bottom Line. *Am J Med* 2009; 122(12): 1067-8.

**133. Franco-Paredes C**, Bottazzi ME, Hotez PJ. The Unfinished Agenda of Chagas Disease Control in the Era of Globalization. *PLoS Negl Trop Dis.* 2009 Jul 7; 3(7): e470.

**134. Franco-Paredes C,** Carrasco P, Del Rio C, Santos Preciado JI. Respuesta al Brote de Influenza A H1N1. *Salud Publ Mex* 2009; 51 (3): 183-186.

**135. Franco-Paredes C.** An Unusual Clinical Presentation of Posttraumatic Stress Disorder in a Sudanese Refugee. *Journal of Immigrant and Minority Health* 2009; 12(2): 267-9.

**136.** Kempker R**,** DiFrancesco L, Gorgojo A, **Franco-Paredes C**. Xantogranulomathous pyelonephritis caused by Community-Associated MRSA. *Cases Journal* 2009; 2: 7437.

**137. Franco-Paredes C**, Carrasco P, Santos-Preciado JI. The First Influenza Pandemic in the New Millennium: Lessons Learned Hitherto for Current Control Efforts and Overall Pandemic Preparedness. *Journal of Immune Based Therapies and Vaccines* 2009, 7:2.

**138.** Livorsi D, Qureshi S, Howard M, **Franco-Paredes C**. Brainstem Encephalitis: An Unusual Presentation of Herpes Simplex Virus Infection. *J Neurol* 2010; 257(9): 1432-7.

**139.** Del Rio C, **Franco-Paredes C**. The Perennial threat of influenza viruses: The Mexican Experience during the Influenza A (H1N1) 2009 Pandemic. *Arch Med Res* 2010; 40(8):641-2.

**140.** Santos-Preciado JI, **Franco-Paredes C**, Hernandez-Ramos MI, Tellez I, Del Rio C, Roberto Tapia-Conyer R. What have we learned from the Novel Influenza A (H1N1) Influenza Pandemic in 2009 for strengthening Pandemic Influenza Preparedness? *Arch Med Res* 2010; 40(8): 673-6.

**141. Franco-Paredes C**, Hernandez-Ramos MI, Del Rio C, Alexander KT, Tapia-Conyer R, Santos-Preciado JI. H1N1 Influenza Pandemics: Comparing the Events of 2009 in Mexico with those of 1976, and 1918-1919. *Arch Med Res* 2010; 40(8): 6730-6.

**142.** Graham A, Furlong S, Owusu K, Margoles L, **Franco-Paredes C.** Clinical Management of Leprosy Reactions. *Infect Dis Clin Pract* 2010; 18: 234-7.

**143.** Hidron A, Vogenthaler N, Santos-Preciado JI, Rodriguez-Morales AJ, **Franco-Paredes C,** Rassi A. Cardiac Involvement with Parasitic Diseases. *Clin Microb Rev* 2010; 23 (2): 1-27.

**144. Franco-Paredes C**, Zeuli J, Hernandez-Ramos I, Santos-Preciado JI. Preserving Idealism in Global Health. *Global Health Prom* 2010; 17(4): 57-60.

**145. Franco-Paredes C.** Reconstructing the Past of Poliovirus Eradication. *Lancet Infect Dis* 2010; 10(10): 660-1.

**146. Franco-Paredes C,** Ko AI, Aksoy S, Hotez PJ. A New Clinical Section in PLoS Neglected Tropical Diseases: NTD Photo Quiz. *PLoS Neglect Trop Dis* 2010; 4(9): e760.

**147.** Tellez I, **Franco-Paredes** C. Actinomycetoma. *PLoS Neglect Trop Dis* 2010; 4(9): e772.

**148. Franco-Paredes C**, Hernandez I, Santos-Preciado JI. Equidad en inmunizaciones en las poblaciones más vulnerables en Mesoamérica: Plan Regional del Sistema Mesoamericano de Salud Pública. *Salud Publ. Mex* 2011; 53 Suppl 3:S323-32.

**149.** Santos-Preciado JI, Rodriguez MH, **Franco-Paredes C**. Equidad en Salud en America Latina: De la Oficina Panamericana de Salud Pública a la Iniciativa de Salud Pública. *Salud Publ. Mex* 2011; 53 Suppl 3:S289-94.

**150.** Rassi A Jr., Rassi A, **Franco-Paredes C.** A Latin-American woman with palpitations, a right bundle branch block, and an apical aneurysm. *PLoS Neglect Trop Dis* 2011; 5(2):e852. doi: 10.1371/journal.pntd.0000852.

**151.** Gupta D, Green J, **Franco-Paredes C**, Lerakis S. Challenges in the Clinical Management of Blood-Culture Negative Endocarditis: the case of *Bartonella*

*henselae* infection. *Am J Med* 2011; 124(3):e1-2. doi: 10.1016/j.amjmed.2010.09.022.

**152. Franco-Paredes C.**  Health Equity is not only Healthcare Delivery. *Lancet* 2011; 377: 1238.

**153. Franco-Paredes C,** Santos-Preciado JI. Freedom, Justice, and the Neglected Tropical Diseases. *PLoS Neglect Trop Dis* 2011; 5(8):e1235.

**154.** Sellers B, Hall P, Cine-Gowdie S, Hays AL, Patel K, Lockhart SR, **Franco-Paredes C**. *Cryptococcus gattii:* An Emerging Fungal Pathogen in the Southeastern United States. *Am J Med Sci*. 2012; 343(6):510-1. doi: 10.1097/MAJ.0b013e3182464bc7.

**155. Franco-Paredes C**. Poliovirus eradication.  *Lancet Infect Dis* 2012; 12(6):432-3. doi: 10.1016/S1473-3099(12)70102-0.

**156. Franco-Paredes C**, Ray S. Causes of persistent of acid-fast positive smears in patients with pulmonary tuberculosis. *Am J Med 2012*; 125(12):e3-4. doi: 10.1016/j.amjmed.2012.03.002.

**157. Franco-Paredes C**. Causes of persistent of acid-fast positive smears in patients with pulmonary tuberculosis. *Am J Med* 2013; 126(7):e17. doi: 10.1016/j.amjmed.2013.03.001.

**158. Franco-Paredes C.** Illness and Death in the Universe. *Perm J*. 2013; 17(4):90-1.

**159.** Hare A, **Franco-Paredes C.** Ocular Larva Migrans: A Severe Manifestation of an Unseen Epidemic. *Curr Trop Med Rep* 2014; 1: 69-73.

**160. Franco-Paredes C**. Recovering our Human Story. *J Cosmology and Philosophy* 2014;12: 210-213.

**161.** Powell DR, Patel S, **Franco-Paredes C**. Varicella-Zoster virus vasculopathy: The growing association between herpes zoster virus and strokes. *Am J Med Sci* 2014; 350(3):243-5.

**162. Franco-Paredes C**. The growing threat of leishmaniasis in travelers. *Trav Med Infect Dis* 2014; 12(6 Pt A):559-60. doi: 10.1016/j.tmaid.2014.10.020.

**163. Franco-Paredes C**, Sellers B, Hayes A, Chane T, Patel K, Lockhart S, Marr K. Management of *Cryptococcus gattii* meningoencephalitis. *Lancet Infect Dis* 2014; 15(3):348-55.

**164.** White C, **Franco-Paredes C.** Leprosy in the 21st Century. *Clin Microb Rev* 2014; 28(1): 80-94.

**165.** Carrasco P, **Franco-Paredes C**, Andrus J, Waller K, Maassen A, Symenouh E, Hafalia G. Inaugural conference of the International Association of Immunization Managers (IAIM), Istanbul Turkey, 3-4 March 2015; *Vaccine* 2015; 33(33):4047-50.

**166. Franco-Paredes C**, Rodriguez-Morales AJ. Unsolved matters in leprosy: a descriptive review and call for further research. *Ann Clin Microbiol Antimicrob* 2016; 15(1):33.

**167.** Rodriguez-Morales AJ, Banderia AC, **Franco-Paredes C**. The expanding spectrum of modes of transmission of Zika virus: a global concern. *Ann Clin Microbiol Antimicrob* 2016; 15:13. doi: **10.1186/s12941-016-0128-2.**

**168.** Khan MI, Katrinak C, Freeman A, **Franco-Paredes C**. Enteric Fever and Invasive Nontyphidal Salmonellosis – 9th International Conference on typhoid and Invasive NTS Disease, Bali, Indonesia, April 30-May 3, 2015. *Emerg Infect Dis 2016*; 22(4): doi: 10.3201/eid2204.151463.

**169. Franco-Paredes C,** Khan MI, Santos-Preciado JI, Gonzalez-Diaz E, Rodriguez-Morales AJ, Gotuzzo E. Enteric Fever: A Slow Reponse to An Old Plague. *PLoS Negl Trop Dis* 2016; 10(5):e0004597. doi: 10.1371/journal.pntd.0004597.

**170.** Rodriguez-Morales AJ, Villamil-Gomez WE, **Franco-Paredes C**. The arboviral burden of disease caused by co-circulation and co-infection of dengue, chikungunya and Zika in the Americas. *Trav Med Infect* Dis 2016; 14(3):177-9. doi: 10.1016/j.tmaid.2016.05.004.

**171.** Alvarado-Socarras JL, Ocampo-Gonzalez M, Vargas Soler JA, Rodriguez-Morales AJ, **Franco-Paredes C**. Congenital and neonatal Chikungunya in Colombia. *J Pediatric Infect Dis Soc*. 2016;5(3): e17-20.

**172. Franco-Paredes C**, Chastain DB, Ezigbo C, Callins KR. Reducing transmission of HIV in the Southeastern U.S. *Lancet HIV* 2017; 4(3):e101-e102.

**173. Franco-Paredes C**, Chastain D, Marcos LA, Rodriguez-Morales AJ. Cryptococcal meningoencephalitis in AIDS: When to start antiretroviral therapy? *Ann Clin Microbiol Antimicrob* 2017; 16:9.

**174.** Khan MI, **Franco-Paredes C**, Ochiai RL, Mogasale V, Sushant S. Barriers to typhoid fever vaccine access in endemic countries. *Research and Reports in Tropical Medicine*; 2017; 8:37-44.

**175. Franco-Paredes C**, Chastain D, Taylor P, Stocking S, Sellers B. Boar hunting and brucellosis caused by *Brucella suis*. *Trav Med Infect Dis* 2017; S1477-8939(17): 30037-6.

**176.** Chastain DB, Henao-Martinez AF, **Franco-Paredes C**. Cryptococcal Antigen Negative Cryptococcal Meningoencephalitis. *Diagn Microbiol Infect Dis* 2017; 89(2): 143-145.

**177.** Chastain DB, Henao-Martinez A, **Franco-Paredes C**. Opportunistic invasive fungal infections in HIV/AIDS: Cryptococcosis, Histoplasmosis, Coccidioidomycosis and Talaromycosis. *Current Infect Dis Rep* 2017; 19(10): 36.

**178.** Chastain DB, Kayla Stover, **Franco-Paredes C**. Adressing Antiretroviral Therapy-Associated Drug-Drug Interactions in Patients Requiring Treatment for

Opportunistic Infections in Low-Income and Resource-Limited Settings. *J Clin Pharmacol* 2017; 57(11):1387-1399.

**179. Franco-Paredes C**. The Harmony of Disequilibrium. *Permanente J*. 2017; 22. doi: 10.712/TPP/17-067.

**180. Franco-Paredes C**, Henao-Martinez A, Chastain DB. A 27-year-old male with blurry vision, oral and nasal mucosal lesions, and a skin rash. *Clin Infect Dis* 2018;

**181.** Henao-Martinez AF, Olague N, **Franco-Paredes C**. Spontaneous *Mycobacterium bolletii* skin abscesses —an under recognized zoonosis from raw bovine milk. *Trav Med Infect Dis* 2018 Jan 29. pii: S1477-8939(18)30003-6. doi: 10.1016/j.tmaid.2018.01.003. PMID: 29477362.

**182. Franco-Paredes C**, Henao-Martinez AF, Mathur S, Villamil-Gomez W. A Man Who Harvest Peanuts with Verrucous Lesions in his Right Index Finger. *Am J Med Sci* 2018; Mar; 355(3):e7. doi: 10.1016/j.amjms.2017.11.010. Epub 2017 Nov 22. No abstract available. PMID: 2954993

**183.** Henao-Martinez AF, **Franco-Paredes C**, Palestine A, Montoya G. Symptomatic acute toxoplasmosis in returning travelers. *Open Forum Infect Dis* 2018;5(4):ofy058. doi: 10.1093/ofid/ofy058. eCollection 2018 Apr. PMID: 29644250.

**184.** Steele GM, **Franco-Paredes C**, Chastain DB. Non-infectious causes of fever in adults. *Nurse Pract* 2018Apr 19; 43(4):38-44. doi: 10.1097/01.NPR.0000531067.65817.7d.

**185.** Henao-Martinez AF, Chastain DB, **Franco-Paredes C**, Treatment of cryptococcosis in non-HIV immunocompromised patients. *Curr Opin Infect Dis* 2018; PMID 29738314.

**186.** Chastain DB, Sam JI, Steele GM, Lowder LO, **Franco-Paredes C**. Expanding Spectrum of *Toxoplasmosis gondii*: Thymoma and Toxoplasmic encephalitis. *Open Forum Infect Dis* 2018; Jul 7;5(7):ofy163. doi: 10.1093/ofid/ofy163. eCollection 2018 Jul..

**187.** Bruner KT, Chastain DB, Henao-Martinez AF, **Franco-Paredes C**. *Cryptococcus gattii* complex infections in HIV-infected patients, Southeastern United States. *Emerg Infect Dis* 2018; 24(11): 1998-2002.

**189.** José A. Suárez, Lolimar Carreño, Alberto E. Paniz-Mondolfi, Francisco J. Marco-Canosa, Héctor Freilij, Jorge A. Riera, Alejandro Risquez, Andrea G. Rodriguez-Morales, Evimar Hernández-Rincón, Jorge Alvarado-Socarras, Gustavo Contreras, Maritza Cabrera, Rosa M. Navas, Fredi Díaz-Quijano, Tamara Rosales, Rosa A. Barbella-Aponte, Wilmer E. Villamil-Gómez, Marietta Díaz, Yenddy Carrero, Anishmenia Pineda, Nereida Valero-Cedeño, Cesar Cuadra-Sánchez, Yohama Caraballo-Arias, Belkis J. Menoni-Blanco, Giovanni Provenza, Jesús E. Robles, María Triolo-Mieses, Eduardo Savio-Larriera, Sergio Cimerman, Ricardo

J. Bello, **Carlos Franco-Paredes**, Juliana Buitrago, Marlen Martinez-Gutierrez, Julio Maquera-Afaray, Marco A. Solarte-Portilla, Sebastián Hernández-Botero, Krisell Contreras, Jaime A. Cardona-Ospina, D. Katterine Bonilla-Aldana, Alfonso J. Rodriguez-Morales. Infectious Diseases, Social, Economic and Political Crises, Anthropogenic Disasters and Beyond: Venezuela 2019-Implications for public health and travel medicine. *Rev Panam Enf Inf* 2018; 1(2):73-93.

**190.** Gharamati A, Rao A, Pecen PE, Henao-Martinez AF, **Franco-Paredes C**, Montoya JG. Acute Disseminated Toxoplasmosis with Encephalitis. *Open Forum Infect Dis* 2018; Oct 17; 5 (11):ofy259. doi: 10.1093/ofid/ofy259.

**191. Franco-Paredes C**, Rodriguez-Morales AJ, Luis A. Marcos, Henao-Martinez AF, Villamil-Gomez WE, Gotuzzo E, Bonifaz A. Cutaneous Mycobacterial Diseases. *Clin Microb Rev* 2018; 14; 32(1). pii: e00069-18. doi: 10.1128/CMR.00069-18.

**192.** Henao-Martínes AF, Pinto N, Henao San Martin V,  **Franco-Paredes C**, Gharamati A. Successful Treatment of Gonococcal Osteomyelitis with One Week of Intravenous Antibiotic Therapy. *Int J STDs HIV* 2019;

**193.** Reno E, Foster G, **Franco-Paredes C**, Henao-Martinez AF. Fatal fulminant hepatitis A in a US traveler returning from Peru. *J Trav Med* 2019.

**194.** Canfield G, C, Mann S, Zimmer S, Franco-Paredes C. A 31-Year-Old Micronesian Man with Shoulder Fungating Mass. *Clin Infect Dis* 2019;

**195.** Parra-Henao G, Oliveros H, Hotez PJ, Motoa G, **Franco-Paredes C**, Henao-Martínez AF. In Search of Congenital Chagas Disease in the Sierra Nevada de Santa Marta, Colombia. *Am J Trop Med Hyg*. 2019;101(3):482-483. doi: 10.4269/ajtmh.19-0110. PMID: 31264558.

**196.** Bonilla-Aldana DK, Suárez JA, **Franco-Paredes C**, Vilcarromero S, Mattar S, Gómez-Marín JE, Villamil-Gómez WE, Ruíz-Sáenz J, Cardona-Ospina JA, Idarraga-Bedoya SE, García-Bustos JJ, Jimenez-Posada EV, Rodríguez-Morales AJ. Brazil burning! What is the potential impact of the Amazon wildfires on vector-borne and zoonotic emerging diseases? - A statement from an international experts meeting. *Travel Med Infect Dis*. 2019:101474. doi: 10.1016/j.tmaid.2019.101474.

**197.** Henao-Martinez AF, Archuleta S, Vargas D, **Franco-Paredes C**. A Latin American patient with a left ventricular pseudoaneurysm presenting with progressive dyspnea and palpitations. *Am J Med* 2019; doi: 10.1016/j.amjmed.2019.10.006

**198.** Canfield GS, Henao-Martinez AF, **Franco-Paredes C**, Zhelnin K, Wyles D, Gardner EM. Corticosteroids for post-transplant Immune reconstitution syndrome in *Cryptococcus gattii* Meningoencephalitis: Case report and literature review. *Open Forum Infect Dis* 2019; 6(11): ofz460. Doi: 10.1093/ofid/ofz460. PMID: 31737740.

**199.** Kon S, Hawkins K, **Franco-Paredes C**. Intramedullary Spinal Cord Lesions in an Immunocompromised Host due to *Mycobacterium Haemophilum*. *ID Cases* 2019;

**200. Franco-Paredes C**, Rodriguez-Morales AJ, Henao-Rodriguez AJ, Carrasco P, Santos-Preciado JI. Vaccination Strategies to prevent paralytic poliomielitis due to cVDPV2. *Lancet Infect Dis* 2019;

**201**. Motoa G, Pate A, **Franco-Paredes C**, Chastain D, Henao-Martinez Aj, Hojat L. Use of procalcitonin to guide discontinuation of antimicrobial therapy in patients with persistent intra-abdominal collections: A case series. *Case Rep Infect Dis* 2019;

**202**. Murillo-Garcia D, Galindo J, Pinto N, Motoa G Benamu E, **Franco-Paredes C**, Chastain D, Henao-Martinez AF. Anaerobic bacteremias in left ventricular assist devices and advanced heart failure. *Case Rep Infect Dis* 2019;

**204**. **Franco-Paredes, C**, Villamil-Gómez Wilmer E., Schultz, J, Henao-Martínez AF, Parra-Henao, G, Rassi Jr. A, Rodriguez-Morales AJ, Suarez JA. A Deadly Feast: Elucidating the Burden of Orally Acquired Acute Chagas Disease in Latin America - Public Health and Travel Medicine Importance. *Trav Med Infect Dis* 2020;

**205**. Reno E, Quan N, **Franco-Paredes C**, Chastain DB, Chauhan L, Rodriguez-Morales AJ, Henao-Martinez A. Prevention of Yellow Fever in Travelers: An Update. *Lancet Infect Dis* 2020;

**206. Franco-Paredes C**, Griselda Montes de Oca Sanchez, Cassandra White. Global Leprosy Status 2020: Still Losing Touch. *Ann Acad Med Singapore* 2020;

**207.** Basco SA, Steele GM, Henao-Martinez AF, **Franco-Paredes C**, Chastain DB. Unexpected etiology of a pleural empyema in a patient with chronic lymphocytic leukemia (CLLL): *Capnocytophaga ochracea*. *ID Cases* 2020: Mar 20;20:e00747. doi: 10.1016/j.idcr.2020.e00747. eCollection 2020.

**208.** Rodriguez-Morales AJ, Gallego V, Escalera-Antezana JP, Mendez CA, Zambrano LI, **Franco-Paredes C**, Suarez JA, Rodriguez-Enciso HD, Balbin-Ramon GH, Savio-Larriera E, Risquez A, Cimerman S. COVID-19 in Latin America: The implications of the first confirmed case in Brazil. *Travel Med Infect Dis* 2020; doi: 10.1016/j.tmaid.2020.101613.

**209.** Rodríguez-Morales AJ, Cardona-Ospina JA, Gutiérrez-Ocampo E, Villamizar-Peña R, Holguin-Rivera Y, Escalera-Antezana JP, Alvarado-Arnez LE, Bonilla-Aldana DK, **Franco-Paredes C**, Henao-Martinez AF, Paniz-Mondolfi A, Lagos-Grisales GJ, Ramírez-Vallejo E, Suárez JA, Zambrano LI, Villamil-Gómez WE, Balbin-Ramon GJ, Rabaan AA, Harapan H, Dhama K, Nishiura H, Kataoka H, Ahmad T, Sah R, On behalf of the Latin American Network of Coronavirus Disease 2019-COVID-19 Research (LANCOVID-19) (www.lancovid.org).

Clinical, Laboratory and Imaging Features of COVID-19: A systematic review and meta-analysis. *Travel Med Infect Dis* 2020;

**210.** Meyer J, **Franco-Paredes C**, Yaizal F, Gartland M, Parmar P. COVID-19 and the Coming Plague in U.S. Immigration Detention Centers. *Lancet Infect Dis* 2020;

**211. Franco-Paredes C**. Albert Camus' 'The COVID-19 Plague" Revisited. *Clin Infect Dis* 2020 Apr 17. pii: ciaa454. doi: 10.1093/cid/ciaa454

**212.** Pritchett MA, Oberg CL, Belanger A, De Cardenas J, Cheng G, Cumbo Nacheli G, **Franco-Paredes C**, Singh J, Toth J, Zgoda M, Folch E. Society for Advanced Bronchoscopy Consensus Statement and Guidelines for bronchoscopy and airway management aid the COVID-19 pandemic. *J Thorac Dis* 2020 | http://dx.doi.org/10.21037/jtd.2020.04.32.

**BOOK CHAPTERS:**

**Franco-Paredes C,** Albrecht H. Anisakiasis (2007). In: Antimicrobial Therapy and Vaccines; Volume I: Microbes (www.antimicrobe.org), Yu VL, et al. (Ed). ESun Technologies, Pittsburgh, PA. 2007.

**Franco-Paredes C,** Albrecht H. Visceral Larva Migrans (2007). In: Antimicrobial Therapy and Vaccines; Volume I: Microbes (www.antimicrobe.org), Yu VL, et al. (Ed). ESun Technologies, Pittsburgh, PA. 2007.

**Franco-Paredes C**. American Trypanosomiasis. Chagas'Disease. In: Eds: Kozarsky P, Arguin P, Reed C. Yellow Book: Health Information for Travelers 2007-2008, Centers for Disease Control and Prevention, Elsevier Ltd.

**Franco-Paredes C**. The Post-travel Period. In: Eds: Kozarsky P, Arguin P, Reed C. Yellow Book: Health Information for Travelers 2007-2008, Centers for Disease Control and Prevention, Elsevier Ltd.

Hidron A, **Franco-Paredes C**. American Trypanosomiasis. Chagas'Disease. In: Eds: Brunnete GW, Kozarksy P, Magill A, Shlim D. Yellow Book: Health Information for Travelers 2009-2010, Centers for Disease Control and Prevention, Elsevier Ltd, 2009. ISBN: 978-0-7020-3481-7.

**Franco-Paredes C**. General Approach to the Returned Traveler. In: Eds: Brunnete GW, Kozarksy P, Magill A, Shlim D. Yellow Book: Health Information for Travelers 2009-2010, Centers for Disease Control and Prevention, Elsevier Ltd, 2009. ISBN: 978-0-7020-3481-7.

**Franco-Paredes C**. Asymptomatic Screening of the Returned Traveler. In: Eds: Brunnete GW, Kozarksy P, Magill A, Shlim D. Yellow Book: Health Information for Travelers 2009-2010, Centers for Disease Control and Prevention, Elsevier Ltd, 2009. ISBN: 978-0-7020-3481-7.

**Franco-Paredes C**, Santos-Preciado JI.  Introduction of Antimicrobial Agents in Poor-Resource Countries: Impact on the Emergence of Resistance. In: Antimicrobial Resistance in Developing Countries. Ed. Byarugaba DK, Sosa A. Springer Science & Business Media, 2010.

Hidron A, **Franco-Paredes C**.  American Trypanosomiasis. Chagas'Disease. In: Eds: Kozarksy P, Magill A, Shlim D. Yellow Book: Health Information for Travelers 2011-2012. Centers for Disease Control and Prevention, Elsevier Ltd, 2011. ISBN: 978-0-7020-3481-7.

**Franco-Paredes C,** Hochberg N.  General Approach to the Returned Traveler. In: Eds: Kozarksy P, Magill A, Shlim D. Yellow Book: Health Information for Travelers 2011-2012, Centers for Disease Control and Prevention, Elsevier Ltd, 2011. ISBN: 978-0-7020-3481-7.

**Franco-Paredes C**.  Asymptomatic Screening of the Returned Traveler. In: Eds: Kozarksy P, Magill A, Shlim D. Yellow Book: Health Information for Travelers 2011-2012, Centers for Disease Control and Prevention, Elsevier Ltd, 2009. ISBN: 978-0-7020-3481-7.

Hochberg N, **Franco-Paredes C**. Emerging Infections in Mobile Populations. In: Emerging Infections 9. Ed. Scheld WM, Grayson ML, Hughes JM. American Society of Microbiology Press 2010. ISBN. 978-1-55581-525-7.

**Franco-Paredes C**, Chagas Disease (American Trypanosomiasis). In:  Farrar J, Hotez P, Junghanss T, Kang G, Lalloo D, White NJ. Manson's Tropical Medicine 23rd Edition, Elsevier, London, U.K., 2014.

**Franco-Paredes C, Keystone J.** Fever in the Returned Traveler**.** In: Empiric, Antimicrobial Therapy and Vaccines (www.antimicrobe.org). Yu VL, et al (Ed). ESun Technologies, Pittsburgh, PA, 2014.

**Franco-Paredes C**. *Mycobacterium leprae* (Leprosy). In: Antimicrobial Therapy and Vaccines (www.antimicrobe.org). Yu VL, et al (Ed).  ESun Technologies, Pittsburgh, PA, 2015

**Franco-Paredes C**, Albrecht H. Anisikasis In: Antimicrobial Therapy and Vaccines   (www.antimicrobe.org). Yu VL, et al (Ed).  ESun Technologies, Pittsburgh, PA, 2015.

**Franco-Paredes C.** Illness and Death in the Universe. In: Narrative Medicine Anthology.  Ed: Tom Janisse. The Permanente Press, Oakland, California, Portland Oregon, 2016, pp. 23-25. ISBN: 978-0-9770463-4-8.

Villamil-Gomez W, Reyes-Escalante M, **Franco-Paredes C.** Severe and

complicated malaria due to *Plasmodium vivax*. In: Current Topics in Malaria. Ed: Rodriguez-Morales AJ. ISBN 978-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-1, Print ISBN 978-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-5. InTechOpen 2016.

**Franco-Paredes C.** Mycobacterial Infections of the Central Nervous System. In: The Microbiology of the Central Nervous System Infections. Ed. Kon K, Rai M. Elsevier 2018. ISBN 978-0-12-813806-9

**Franco-Paredes C**.  Leprosy. In: Neglected Tropical Diseases. Drug Discovery and Development. Ed: Swinney D, Pollastri. Wiley-VCH Verlag GmbH & Co. KGaA, 2019.

**Franco-Paredes C,** Henao-Martinez AJ. Legal Perspectives in Travel Medicine. In: Eds: Kozarksy P, Weinberg M. Yellow Book: Health Information for Travelers 2019-2020, Centers for Disease Control and Prevention, Elsevier Ltd, 2011. ISBN: 978-0-7020-3481-7.

**Franco-Paredes C.** Prevención de la transmisión. **In:** Guerrero MI, Hernández CA y Rodríguez G Editores La lepra: una enfermedad vigente. Centro Dermatológico Federico Lleras Acosta Bogotá DC, Colombia. Panamericana Formas e Impresos. 2019. **p. 309-322.**

**Published Abstracts in Peer-Reviewed Journals:**

Kleinschmidt-DeMasters B, Hawkins K, **Franco-Paredes C**. Non-tubercular mycobacterial spinal cord abscesses in an HIV plus male due *M. haemophilum*. J *Neuropathol Experim Neurol* 2018; 77(6): 532.

Pate A, **Franco-Paredes C**, Henao-Martinez A. Cryptococcal meningitis: A comparison of clinical features and outcomes by HIV Status. *Open Forum Infect Dis* 2019; Oct 6 (Suppl 2): S629-S630. PMC6809090.


## FORMAL TEACHING

**Medical Student Teaching**

2001 - 2002 Clinical Methods, Emory University School of Medicine

**I.**      2001 - 2002 Clinical Instructor Harvey Cardiology Course, Emory University School of Medicine

2001 - 2002 Problem-Based Learning for Second year Medical Students, EUSM

2005-2011   Clinical Methods Preceptor, ECLH

2006-2008           Medical Spanish - Instructor for M2, EUSM

2006-2007   Directed Study on Social Determinants of Infectious Diseases for M2 students (Lindsay Margolis and Jean Bendik), EUSM

| | |
|---|---|
| 2007-2011 | Instructor - Global Health for M2 Students, EUSM |
| 2007-2008 | Presentation-Case Discussion – Social Determinants of Diseases – Coordinated by Dr. Bill Eley –  Emory School of Medicine New Curriculum. |
| 2018- | Small Group: Parasitic Diseases, Microbiology Course for First Year Medical Students, University of Colorado, Anschutz Medical Center. |
| 2019- | MS-2 Small group discussion Microbiology, University of Colorado, Anschutz Medical Center: Parasitic Diseases, CNS Infections, Septic Arthritis-Cat Bite |
| 2019- | Class Global Health and Underserved Populations of the New SOM CU Curriculum. Course Co-Director. Pilot Class (Jan 6-Jan 17, 2020). |
| 2020- | MS-2 Small group discussion Microbiology, University of Colorado, Anschutz Medical Center: Parasitic Diseases, CNS Infections, Septic Arthritis-Cat Bite |

**Graduate Program**

**Training programs**

| | |
|---|---|
| 2006-2011 | Professor - GH511 (Global Health 511) International Infectious Diseases Prevention and Control, Rollins School of Public Health |
| 2009-2011 | Professor – GH500 D – Key Issues in Global Health, Career MPH Program |
| 2006-2011 | Thesis Advisor to students Global Health Track – Hubert Department of Global Health, Rollins School of Public Health of Emory University |
| 2008-2011 | Coordinator International Exchange between Rollins School of Public Health and National Institute of Public Health, Cuernavaca, Mexico – Supported by the Global Health Institute of Emory University |

**Residency and Fellowship Program:**

| | |
|---|---|
| 2004-2011 | Resident Report – Noon Conferences Emory Crawford Long Hospital and Grady Memorial Hospital |
| 2004-2011 | Didactic Lectures on Parasitic Diseases and Non-tuberculous mycobacterial diseases for Internal Medicine Residents and Infectious Disease Fellows |

| | |
|---|---|
| 2005-2008 | Coordinator Journal Club Infectious Disease Division |
| 2005-2011 | Travel Medicine Elective, Internal Medicine Residents (2 internal residents per month) |
| 2005 | Grand Rounds – EUH - Department of Medicine: "Travel Medicine" |
| 2006 | Grand Rounds – ECLH – Department of Medicine: "Malaria" |
| 2008 | Grand Rounds - ECLH – Department of Medicine: "Leprosy" |
| 2008-2011 | Journal Club Coordinator, Internal Medicine Residency Program – ECLH |
| 2009 | Grand Rounds - EUH – Department of Medicine: "Leprosy a Modern Perspective of an Ancient Disease" |
| 2009 | Grand Rounds – Pulmonary and Critical Care Division – Neglected Tropical Diseases of the Respiratory Tract, June 16, 2009 |
| 2017 | Grand Rounds – Leprosy, University of Colorado, Anschutz Medical Center, Division of Infectious Diseases, December 2017 |
| 2017 | Grand Rounds – Infections associated with Secondary Antiphospholid Syndrome, University of Colorado, Anschutz Medical Center, Division of Rheumatology, |
| 2018 | Didactic Session – Travel Medicine (Pretravel and Postravel) Infectious Diseases Fellowship Anschutz Medical Center, Division of Infectious Diseases |
| 2017- | Infectious Diseases Fellows Clinic, University of Colorado, Anschutz Medical Center, IDPG. |
| 2019 | Invited Speaker: Travel Medicine, Pretravel/Postravel Care, Physician Assistant Program, September 12, 2019, University of Colorado, Anschutz Medical Center |

**Other categories:**

| | |
|---|---|
| 2000-2002 | Physician Assistant Supervision during Fellowship/Junior Faculty, Emory University |
| 2004-2007 | Mentoring of four College Students to enter into Medical School (Emory, Southern University, and Dartmouth): |
| | Lindsay Margolis 2004-Emory University |

Michael Woodworth 2005 – Emory University

Peter Manyang 2007 – Southern University

Padraic Chisholm 2007 – Southern University/Emory University

| | |
|---|---|
| 2009-2011 | Project Leader. Partnership – Emory Global Health Institute – University-wide - Emory Travel Well Clinic and is titled Hansen's disease in the state of Georgia: A Modern Reassessment of an Ancient Disease".  http://www.globalhealth.emory.edu/fundingOpportunities/projectideas.php. Students: 5 MPH students (RN/MPH, MD/MPH) |
| 2017- | Infectious Diseases Fellowship Program, University of Colorado, Anschutz Medical Center.  Teaching activities Inpatient and outpatient (ID Fellows Weekly Clinic) |
| 2019- | Infectious Diseases Fellowship Program Director University of Colorado, Aurora Colorado |