UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMAAL CAMERON, RICHARD BRIGGS,
RAJ LEE, MICHAEL CAMERON, and
MATTHEW SAUNDERS, individually and
on behalf of all others similarly situated,

        Plaintiffs,                Civil Case No. 20-10949
                                         Honorable Linda V. Parker

v.

MICHAEL BOUCHARD, CURTIS D. CHILDS,
and OAKLAND COUNTY,

        Defendants.
_____/

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER

On April 17, 2020 this Court entered a temporary restraining order, requiring Defendants to utilize specific measures to improve hygiene and safety at the Oakland County Jail in response to the novel coronavirus ("COVID-19). A hearing is scheduled on Plaintiffs' request for a preliminary injunction on Monday May 4, 2020. While the Court hoped to hold the hearing and rule on the motion before the TRO expires, the virus has prohibited the scheduling of the hearing before that time. Specifically, the circumstances have made it more difficult for the parties, particularly Plaintiffs, to meet with and prepare their witnesses and for the Court to secure the resources to conduct the hearing via videoconferencing.

The Court therefore finds good cause to extend the April 17, 2020 TRO for an additional fourteen (14) days.

**IT IS SO ORDERED**.

                                                      s/ Linda V. Parker
                                                      LINDA V. PARKER
                                                      U.S. DISTRICT JUDGE

Dated: May 1, 2020 at 5:33 p.m.