Case 2:20-cv-10949-LVP-PTM   ECF No. 57, PageID.1585   Filed 05/08/20   Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

JAMAAL CAMERON; RICHARD
BRIGGS; RAJ LEE; MICHAEL
CAMERON; MATTHEW
SAUNDERS, individually and on
behalf of all others similarly situated,

    Plaintiffs,

Case 2:20-cv-10949-LVP-MJH

v.

MICHAEL BOUCHARD, in his
official capacity as Sheriff of Oakland
County; CURTIS D. CHILDS, in his
official capacity as Commander of
Corrective Services; OAKLAND
COUNTY, MICHIGAN,

    Defendants.

## DEFENDANTS' EXHIBIT LIST

NOW COME Defendants, MICHAEL BOUCHARD, CURTIS D. CHILDS and OAKLAND COUNTY, by and through their attorneys, POTTER DeAGOSTINO O'DEA & CLARK, hereby lists the following exhibits that may be used at the time of trial in this matter:

1

A. Time-line/PowerPoint of actions taken by Oakland County Jail in response to COVID-19

B. Chart depicting total population reduction by day and daily swabs per day, including underlying back up data

C. Housing List Occupancy for May 1st 2020 divided by cell, including underlying back up data

D. Court documents for *People v. Michael Doyle,* Oakland County Circuit Court Case No. 2019-272793-FH regarding request for early release

E. Court documents for *People v. James Webb,* 52-3 District Court Case No. 15-001821-ST regarding request for early release

F. Court documents for *People v. Jamaal Cameron,* Oakland County Circuit Court Case No. 19-272469-FH regarding request for early release

G. Pictures of Oakland County Jail Diagrams, including close-up colorized pictures

H. Email from Captain Childs to Vicki Warren regarding creation of additional medical priority list for potential prisoner release request dtd 04/8/20

I. Quotation for 5,000 cotton masks requested by OCJ

J. Memo created by Captain Childs that was posted in OCJ with COVID-19 information

K. Course Complete History for Oakland County Sheriff's Office/Oakland County Jail personnel regarding COVID-19 testing and illness guidance

L. Pictures taken during Dr. Paredes' inspection of OCJ

M. Jamaal Cameron's Medical Prescreening

N. Email from Captain Childs to Jennifer Brantley dtd 03/26/20

O. Email from Captain Childs to Dale Miller dtd 03/27/20

P. Jamaal Cameron's original Medical Prescreening

Q. Inmate refusal letters for COVID-19 swab

R. Audio recordings from Dr. Paredes' inspection (not admitted during trial, marked for Appellate Record)

Dated: May 8, 2020

POTTER, DeAGOSTINO, O'DEA & CLARK
/s/ STEVEN M. POTTER (P33344)
Attorneys for Defendants
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
(248) 377-1700
spotter@potterlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all participating attorneys.

/s/ STEVEN M. POTTER (P33344)
Attorney for Defendants
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
(248) 377-1700
spotter@potterlaw.com