# EXHIBIT C

| Housing List Occupancy May 1st 2020 | | | | |
|---|---|---|---|---|
| **Housing Location** | **# of Inmates** | **CAPACITY** | | |
| | | | | |
| EAST ANNEX EAST | 37 | 266 | | |
| EAST ANNEX WEST | 26 | 132 | | |
| | | | | |
| TOTAL | 63 | 398 | | |

| Housing List Occupancy May 1st 2020 | | | | |
|---|---|---|---|---|
| **Housing Location** | **# of Inmates** | **CAPACITY** | | |
| | | | | |
| **ANNEX 1E** | | | | |
| 1 | 1 | 1 | | |
| 2 | 1 | 1 | | |
| 3 | 1 | 1 | | |
| 4 | 1 | 1 | | |
| 5 | | 1 | | |
| 6 | 1 | 2 | | |
| 7 | 1 | 2 | | |
| 8 | 1 | 2 | | |
| 9 | | 2 | | |
| 10 | | 2 | | |
| 11 | | 2 | | |
| 12 | | 2 | | |
| 13 | | 2 | | |
| 14 | | 2 | | |
| 15 | 1 | 2 | | |
| 16 | 1 | 2 | | |
| 17 | 2 | 2 | | |
| 18 | | 2 | | |
| 19 | 1 | 2 | | |
| 20 | 1 | 2 | | |
| 21 | 2 | 2 | | |
| 22 | | 2 | | |
| 23 | | 2 | | |
| 24 | | 2 | | |
| 25 | | 2 | | |
| 26 | | 2 | | |
| 27 | | 2 | | |
| 28 | | 2 | | |
| | | | | |
| **TOTAL** | **15** | **51** | | |

| Housing List Occupancy May 1st 2020 | | | | |
|---|---|---|---|---|
| **Housing Location** | **# of Inmates** | **CAPACITY** | | |
| | | | | |
| **ANNEX 1F** | | | | |
| 1 | 1 | 2 | | |
| 2 | | 2 | | |
| 3 | 2 | 2 | | |
| 4 | 1 | 2 | | |
| 5 | | 2 | | |
| 6 | 2 | 2 | | |
| 7 | 1 | 2 | | |
| 8 | 2 | 2 | | |
| 9 | | 2 | | |
| 10 | | 2 | | |
| 11 | 1 | 2 | | |
| 12 | 2 | 2 | | |
| 13 | | 2 | | |
| 14 | 1 | 2 | | |
| 15 | 1 | 2 | | |
| 16 | 2 | 2 | | |
| 17 | | 2 | | |
| 18 | 1 | 2 | | |
| 19 | 1 | 2 | | |
| 20 | 2 | 2 | | |
| 21 | 1 | 2 | | |
| 22 | 2 | 2 | | |
| 23 | 1 | 2 | | |
| 24 | | 2 | | |
| 25 | 1 | 2 | | |
| 26 | | 2 | | |
| 27 | 2 | 2 | | |
| 28 | 2 | 2 | | |
| 29 | 2 | 2 | | |
| 30 | | 2 | | |
| 31 | 1 | 2 | | |
| 32 | | 2 | | |
| | | | | |
| **TOTAL** | **32** | **64** | | |

| Housing List Occupancy May 1st 2020 | | | | |
|---|---|---|---|---|
| **Housing Location** | **# of Inmates** | **CAPACITY** | | |
| | | | | |
| **ANNEX 1G** | | | | |
| 1 | 1 | 2 | | |
| 2 | 1 | 2 | | |
| 3 | 1 | 2 | | |
| 4 | | 2 | | |
| 5 | 1 | 2 | | |
| 6 | 1 | 2 | | |
| 7 | | 2 | | |
| 8 | | 2 | | |
| 9 | | 2 | | |
| 10 | 1 | 2 | | |
| 11 | 1 | 2 | | |
| 12 | | 2 | | |
| 13 | | 2 | | |
| 14 | 1 | 2 | | |
| 15 | | 2 | | |
| 16 | | 2 | | |
| 17 | | 2 | | |
| 18 | | 2 | | |
| 19 | | 2 | | |
| 20 | | 2 | | |
| 21 | | 2 | | |
| 22 | | 2 | | |
| 23 | | 2 | | |
| 24 | | 2 | | |
| 25 | 1 | 2 | | |
| 26 | 1 | 2 | | |
| 27 | 2 | 2 | | |
| 28 | 2 | 2 | | |
| 29 | 1 | 2 | | |
| 30 | 2 | 2 | | |
| 31 | 2 | 2 | | |
| 32 | 2 | 2 | | |
| **TOTAL** | **21** | **64** | | |

| Housing List Occupancy May 1st 2020 | | | | |
|---|---|---|---|---|
| **Housing Location** | **# of Inmates** | **CAPACITY** | | |
| | | | | |
| **ANNEX 1H** | | | | |
| 1 | 2 | 2 | | |
| 2 | 1 | 2 | | |
| 3 | 2 | 2 | | |
| 4 | 1 | 2 | | |
| 5 | 1 | 2 | | |
| 6 | 2 | 2 | | |
| 7 | 1 | 2 | | |
| 8 | | 2 | | |
| 9 | | 2 | | |
| 10 | 1 | 2 | | |
| 11 | 1 | 2 | | |
| 12 | 1 | 2 | | |
| 13 | 1 | 2 | | |
| 14 | 2 | 2 | | |
| 15 | 2 | 2 | | |
| 16 | 2 | 2 | | |
| 17 | 2 | 2 | | |
| 18 | 1 | 2 | | |
| 19 | 2 | 2 | | |
| 20 | 1 | 2 | | |
| 21 | 1 | 2 | | |
| 22 | 2 | 2 | | |
| 23 | 1 | 2 | | |
| 24 | 1 | 2 | | |
| 25 | 1 | 2 | | |
| 26 | 1 | 2 | | |
| 27 | 2 | 2 | | |
| 28 | 2 | 2 | | |
| 29 | 1 | 2 | | |
| 30 | 1 | 2 | | |
| 31 | 1 | 2 | | |
| 32 | 2 | 2 | | |
| | | | | |
| **TOTAL** | **40** | **64** | | |

| Housing List Occupancy May 1st 2020 | | | | |
|---|---|---|---|---|
| **Housing Location** | **# of Inmates** | **CAPACITY** | | |
| | | | | |
| **ANNEX 2E** | | | | |
| 1 | 2 | 2 | | |
| 2 | 1 | 2 | | |
| 3 | 2 | 2 | | |
| 4 | 0 | 2 | | |
| 5 | 1 | 2 | | |
| 6 | 0 | 2 | | |
| 7 | 0 | 2 | | |
| 8 | 0 | 2 | | |
| 9 | 1 | 2 | | |
| 10 | 1 | 2 | | |
| 11 | 2 | 2 | | |
| 12 | 0 | 2 | | |
| 13 | 0 | 2 | | |
| 14 | 0 | 2 | | |
| 15 | 0 | 2 | | |
| 16 | 0 | 2 | | |
| 17 | 0 | 2 | | |
| 18 | 1 | 2 | | |
| 19 | 0 | 2 | | |
| 20 | 0 | 2 | | |
| 21 | 0 | 2 | | |
| 22 | 0 | 2 | | |
| 23 | 1 | 2 | | |
| 24 | 1 | 2 | | |
| | | | | |
| **TOTAL** | 13 | 48 | | |

| Housing List Occupancy May 1st 2020 | | | | |
|---|---|---|---|---|
| **Housing Location** | **# of Inmates** | **CAPACITY** | | |
| | | | | |
| **ANNEX 2F** | | | | |
| 1 | 1 | 2 | | |
| 2 | 2 | 2 | | |
| 3 | 1 | 2 | | |
| 4 | 2 | 2 | | |
| 5 | 1 | 2 | | |
| 6 | 2 | 2 | | |
| 7 | 2 | 2 | | |
| 8 | 2 | 2 | | |
| 9 | 1 | 2 | | |
| 10 | 1 | 2 | | |
| 11 | 1 | 2 | | |
| 12 | 2 | 2 | | |
| 13 | 1 | 2 | | |
| 14 | 1 | 2 | | |
| 15 | 1 | 2 | | |
| 16 | 1 | 2 | | |
| 17 | 2 | 2 | | |
| 18 | 2 | 2 | | |
| 19 | 2 | 2 | | |
| 20 | 0 | 2 | | |
| 21 | 2 | 2 | | |
| 22 | 2 | 2 | | |
| 23 | 1 | 2 | | |
| 24 | 2 | 2 | | |
| 25 | 1 | 2 | | |
| 26 | 2 | 2 | | |
| 27 | 1 | 2 | | |
| 28 | 2 | 2 | | |
| 29 | 2 | 2 | | |
| 30 | 1 | 2 | | |
| 31 | 1 | 2 | | |
| 32 | 1 | 2 | | |
| | | | | |
| **TOTAL** | 46 | 64 | | |

| Housing List Occupancy May 1st 2020 | | | | |
|---|---|---|---|---|
| **Housing Location** | **# of Inmates** | **CAPACITY** | | |
| | | | | |
| **ANNEX 2G** | | | | |
| 1 | 0 | 2 | | |
| 2 | 0 | 2 | | |
| 3 | 0 | 2 | | |
| 4 | 0 | 2 | | |
| 5 | 0 | 2 | | |
| 6 | 0 | 2 | | |
| 7 | 0 | 2 | | |
| 8 | 0 | 2 | | |
| 9 | 1 | 2 | | |
| 10 | 0 | 2 | | |
| 11 | 0 | 2 | | |
| 12 | 1 | 2 | | |
| 13 | 0 | 2 | | |
| 14 | 1 | 2 | | |
| 15 | 0 | 2 | | |
| 16 | 1 | 2 | | |
| 17 | 0 | 2 | | |
| 18 | 0 | 2 | | |
| 19 | 0 | 2 | | |
| 20 | 0 | 2 | | |
| 21 | 0 | 2 | | |
| 22 | 0 | 2 | | |
| 23 | 0 | 2 | | |
| 24 | 0 | 2 | | |
| 25 | 0 | 2 | | |
| 26 | 0 | 2 | | |
| 27 | 0 | 2 | | |
| 28 | 0 | 2 | | |
| 29 | 0 | 2 | | |
| 30 | 0 | 2 | | |
| 31 | 0 | 2 | | |
| 32 | 0 | 2 | | |
| | | | | |
| **TOTAL** | 4 | 64 | | |

| Housing List Occupancy May 1st 2020 | | | | |
|---|---|---|---|---|
| **Housing Location** | **# of Inmates** | | | |
| **ANNEX 2H** | TOTAL 0 | CAPACITY | | |
| 1 | | 2 | | |
| 2 | | 2 | | |
| 3 | | 2 | | |
| 4 | | 2 | | |
| 5 | | 2 | | |
| 6 | | 2 | | |
| 7 | | 2 | | |
| 8 | | 2 | | |
| 9 | | 2 | | |
| 10 | | 2 | | |
| 11 | | 2 | | |
| 12 | | 2 | | |
| 13 | | 2 | | |
| 14 | | 2 | | |
| 15 | | 2 | | |
| 16 | | 2 | | |
| 17 | | 2 | | |
| 18 | | 2 | | |
| 19 | | 2 | | |
| 20 | | 2 | | |
| 21 | | 2 | | |
| 22 | | 2 | | |
| 23 | | 2 | | |
| 24 | | 2 | | |
| 25 | | 2 | | |
| 26 | | 2 | | |
| 27 | | 2 | | |
| 28 | | 2 | | |
| 29 | | 2 | | |
| 30 | | 2 | | |
| 31 | | 2 | | |
| 32 | | 2 | | |
| **TOTAL** | 0 | 64 | | |

POD is currently closed.  Saving to use as overflow of new
arrests in 1F to continue 14 day quarantine and separation
of inmates into pairs of two

| Housing List Occupancy May 1st 2020 | | | | |
|---|---|---|---|---|
| **Housing Location** | **# of Inmates** | **CAPACITY** | | |
| **HOLDING TANKS** | | | | |
| R1 | 7 | 15 | | |
| R2 | 3 | 15 | | |
| R3 | 4 | 13 | | |
| R4 | 3 | 13 | | |
| R5 | 3 | 13 | | |
| R9 | 6 | 37 | | |
| | | | | |
| **I BLOCK** | | | | |
| I-10 | 0 | 8 | | |
| IL2 | 7 | 10 | | |
| IL3 | 6 | 10 | | |
| IL4 | 7 | 10 | | |
| | | | | |
| IC1 | 1 | 1 | single cell | |
| IC2 | 1 | 1 | single cell | |
| IC3 | 1 | 1 | single cell | |
| IC4 | 0 | 1 | single cell | |
| IC5 | 0 | 1 | single cell | |
| IC6 | 1 | 1 | single cell | |
| IC7 | 1 | 1 | single cell | |
| IC8 | 0 | 1 | single cell | |
| | | | | |
| IR2 | 8 | 8 | | |
| IR3 | 4 | 10 | | |
| IR4 | 6 | 10 | | |
| | | | | |
| **CLINIC** | | | | |
| J1 | 0 | 1 | single cell | |
| J2 | 1 | 1 | single cell | |
| J3 | 1 | 1 | single cell | |
| J4 | 0 | 1 | single cell | |
| J5 | 0 | 1 | single cell | |
| J10 | 1 | 1 | single cell | |
| J11 | 1 | 1 | single cell | |
| J12 | 0 | 1 | single cell | |
| | | | | |
| **N DORM** | | | | |
| N1 | 10 | 28 | | |
| N2 | 10 | 32 | | |
| | | | | |
| **TOTALS** | 93 | 248 | | |
| | | | | |

| Housing List Occupancy May 1st 2020 | | | | |
|---|---|---|---|---|
| **Housing Location** | **# of Inmates** | **CAPACITY** | | |
| **Inmate Worker Dorm** | | | | |
| E1 | 6 | 10 | | |
| E2 | 3 | 10 | | |
| E3 | 3 | 10 | | |
| W1 | 4 | 10 | | |
| W2 | 3 | 10 | | |
| W3 | 3 | 10 | | |
| | | | | |
| **TOTAL** | **22** | **60** | | |

| Housing List Occupancy May 1st 2020 | | | | |
|---|---|---|---|---|
| **Housing Location** | **# of Inmates** | **CAPACITY** | | |
| Inmate Worker Dorm | | | | |
| | | | | |
| A BLOCK | | | | |
| A1A | 7 | 10 | | |
| A1B | 8 | 10 | | |
| A1C | 8 | 10 | | |
| A202 | 0 | 1 | | |
| A203 | 0 | 1 | | |
| A204 | 1 | 1 | | |
| A205 | 1 | 1 | | |
| A206 | 1 | 1 | | |
| A207 | 1 | 1 | | |
| A208 | 1 | 1 | | |
| A209 | 1 | 1 | | |
| A210 | 1 | 1 | | |
| A302 | 1 | 1 | | |
| A303 | 1 | 1 | | |
| A304 | 1 | 1 | | |
| A305 | 1 | 1 | | |
| A306 | 1 | 1 | | |
| A308 | 0 | 1 | | |
| A309 | 1 | 1 | | |
| A310 | 1 | 1 | | |
| A4A | 4 | 10 | | |
| A4B | 6 | 10 | | |
| A4C | 3 | 10 | | |
| A5A | 8 | 10 | | |
| A5B | 2 | 10 | | |
| A5C | 7 | 10 | | |
| | | | | |
| TOTAL | 67 | 110 | | |

| Housing List Occupancy May 1st 2020 | | | | |
|---|---|---|---|---|
| **Housing Location** | **# of Inmates** | **CAPACITY** | | |
| | | | | |
| **B BLOCK** | | | | |
| B1A | 7 | 10 | | |
| B1B | 10 | 10 | | |
| B1C | 9 | 10 | | |
| B202 | 1 | 1 | | |
| B203 | 1 | 1 | | |
| B204 | 1 | 1 | | |
| B205 | 1 | 1 | | |
| B206 | 1 | 1 | | |
| B207 | 0 | 1 | | |
| B208 | 1 | 1 | | |
| B209 | 1 | 1 | | |
| B210 | 1 | 1 | | |
| B302 | 1 | 1 | | |
| B303 | 1 | 1 | | |
| B304 | 1 | 1 | | |
| B305 | 1 | 1 | | |
| B310 | 1 | 1 | | |
| B4A | 2 | 10 | | |
| B4B | 3 | 10 | | |
| B4C | 3 | 10 | | |
| B5A | 6 | 10 | | |
| B5B | 5 | 10 | | |
| B5C | 8 | 10 | | |
| | | | | |
| **TOTAL** | 66 | 110 | | |

| Housing List Occupancy May 1st 2020 | | | | |
|---|---|---|---|---|
| **Housing Location** | **# of Inmates** | **CAPACITY** | | |
| | | | | |
| **C BLOCK** | | | | |
| C1A | 8 | 10 | | |
| C1B | 9 | 10 | | |
| C1C | 6 | 10 | | |
| C202 | 1 | 1 | | |
| C203 | 1 | 1 | | |
| C204 | 1 | 1 | | |
| C205 | 1 | 1 | | |
| C206 | 1 | 1 | | |
| C207 | 1 | 1 | | |
| C208 | 1 | 1 | | |
| C209 | 1 | 1 | | |
| C210 | 1 | 1 | | |
| C303 | 1 | 1 | | |
| C304 | 1 | 1 | | |
| C305 | 1 | 1 | | |
| C307 | 1 | 1 | | |
| C308 | 1 | 1 | | |
| C309 | 1 | 1 | | |
| C310 | 1 | 1 | | |
| C4A | 7 | 10 | | |
| C4B | 6 | 10 | | |
| C4C | 6 | 10 | | |
| C5A | 5 | 10 | | |
| C5B | 7 | 10 | | |
| C5C | 9 | 10 | | |
| | | | | |
| **TOTAL** | 79 | 110 | | |

| Housing List Occupancy May 1st 2020 | | | | |
|---|---|---|---|---|
| **Housing Location** | **# of Inmates** | **CAPACITY** | | |
| | | | | |
| **D BLOCK** | | | | |
| D1A | 6 | 10 | | |
| D1B | 7 | 10 | | |
| D1C | 7 | 10 | | |
| D202 | 1 | 1 | | |
| D203 | 1 | 1 | | |
| D204 | 1 | 1 | | |
| D205 | 1 | 1 | | |
| D206 | 1 | 1 | | |
| D207 | 1 | 1 | | |
| D208 | 1 | 1 | | |
| D209 | 1 | 1 | | |
| D210 | 1 | 1 | | |
| D302 | 1 | 1 | | |
| D303 | 1 | 1 | | |
| D304 | 1 | 1 | | |
| D305 | 1 | 1 | | |
| D306 | 1 | 1 | | |
| D307 | 1 | 1 | | |
| D308 | 1 | 1 | | |
| D309 | 1 | 1 | | |
| D310 | 1 | 1 | | |
| D4A | 7 | 10 | | |
| D4B | 10 | 10 | | |
| D4C | 7 | 10 | | |
| D5A | 3 | 10 | | |
| D5B | 4 | 10 | | |
| D5C | 0 | 10 | | |
| | | | | |
| **TOTAL** | 69 | 110 | | |

| Housing List Occupancy May 1st 2020 | | | | |
|---|---|---|---|---|
| **Housing Location** | **# of Inmates** | **CAPACITY** | | |
| | | | | |
| **K BLOCK** | | | | |
| 1 | 0 | | | |
| 2 | 1 | | | |
| 3 | 1 | | | |
| 4 | 1 | | | |
| 5 | 1 | | | |
| 6 | 1 | | | |
| 7 | 1 | | | |
| 8 | 1 | | | |
| 9 | 1 | | | |
| 10 | 0 | | | |
| 11 | 1 | | | |
| 12 | 0 | | | |
| 13 | 1 | | | |
| 14 | 1 | | | |
| 15 | 1 | | | |
| 16 | 1 | | | |
| 17 | 1 | | | |
| 18 | 1 | | | |
| 19 | 1 | | | |
| 20 | 1 | | | |
| 21 | 1 | | | |
| 22 | 1 | | | |
| 23 | 1 | | | |
| 24 | 1 | | | |
| 25 | 1 | | | |
| | | | | |
| **TOTAL** | **22** | **25** | | |

**ALL SINGLE CELLS**




## Daily Inmate Population Report for
## Thursday 5/7/2020

### Summary

| Main Jail | Capacity | Inmates |
|---|---|---|
| * 1G EAST | 32 | 7 |
| * HOLDING FOR RIDE-OUTS | 0 | 0 |
| * I-BLOCK HOLDING | 15 | 0 |
| * INTAKE | 109 | 14 |
| * PRE-BOOKING | 0 | 0 |
| * TEMP OVERFLOW HOLDING | 0 | 0 |
| Non-General Pop Subtotal | 156 | 21 |
| Main Jail | Capacity | Inmates |
| CLINIC | 7 | 4 |
| K-BLOCK | 25 | 24 |
| OCJL-ANNEX | 440 | 189 |
| OCJL-GENERAL POPULATION | 638 | 375 |
| General Population Subtotal | 1,110 | 592 |
| Satellites | Capacity | Inmates |
| EAST ANNEX | 398 | 53 |
| Satellites Subtotal | 398 | 53 |
| 95% of General Population | 1,433 | 645 |
| Total of General Population | 1,508 | 645 |
| In Custody Total | 1,664 | 666 |

### Main Jail

| Cell Block | Capacity | Inmates |
|---|---|---|
| A | 110 | 78 |
| B | 110 | 69 |
| C | 110 | 80 |
| D | 110 | 68 |
| EAST BLOCK | 36 | 9 |
| WEST BLOCK | 36 | 12 |
| I | 66 | 37 |
| N1 | 28 | 10 |
| N2 | 32 | 12 |
| General Population Main Jail Subtotal | 638 | 375 |

### Annex

| Cell Block | Capacity | Inmates |
|---|---|---|
| 1E WEST | 16 | 15 |
| 1G WEST | 32 | 16 |
| H1 | 64 | 36 |
| Female Subtotal | 112 | 67 |
| E2 | 48 | 13 |
| F1 | 64 | 55 |
| F2 | 64 | 45 |
| G2 | 64 | 4 |
| H2 | 64 | 5 |
| Male Subtotal | 304 | 122 |
| General Population Annex Subtotal | 440 | 189 |

* NOTE: These inmates not included in the Total of General Population.

Report Last Refreshed: 05/07/2020 04:04:22 AM

Data Last Refreshed: 05/07/2020 03:58:00 AM



## Daily Inmate Population Report for
## Friday 5/1/2020



### Summary

| Main Jail | Capacity | Inmates |
|---|---|---|
| * 1G EAST | 32 | 5 |
| * HOLDING FOR RIDE-OUTS | 0 | 0 |
| * I-BLOCK HOLDING | 15 | 0 |
| * INTAKE | 109 | 28 |
| * PRE-BOOKING | 0 | 0 |
| * TEMP OVERFLOW HOLDING | 0 | 0 |
| **Non-General Pop Subtotal** | **156** | **33** |

| Main Jail | Capacity | Inmates |
|---|---|---|
| CLINIC | 7 | 3 |
| K-BLOCK | 25 | 23 |
| OCJL-ANNEX | 440 | 175 |
| OCJL-GENERAL POPULATION | 638 | 367 |
| **General Population Subtotal** | **1,110** | **568** |

| Satellites | Capacity | Inmates |
|---|---|---|
| EAST ANNEX | 398 | 63 |
| **Satellites Subtotal** | **398** | **63** |
| **95% of General Population** | **1,433** | **631** |
| **Total of General Population** | **1,508** | **631** |
| **In Custody Total** | **1,664** | **664** |

### Main Jail

| Cell Block | Capacity | Inmates |
|---|---|---|
| A | 110 | 68 |
| B | 110 | 68 |
| C | 110 | 84 |
| D | 110 | 69 |
| EAST BLOCK | 36 | 6 |
| WEST BLOCK | 36 | 16 |
| I | 66 | 36 |
| N1 | 28 | 10 |
| N2 | 32 | 10 |
| **General Population Main Jail Subtotal** | **638** | **367** |

### Annex

| Cell Block | Capacity | Inmates |
|---|---|---|
| 1E WEST | 16 | 15 |
| 1G WEST | 32 | 17 |
| H1 | 64 | 42 |
| **Female Subtotal** | **112** | **74** |
| E2 | 48 | 13 |
| F1 | 64 | 36 |
| F2 | 64 | 48 |
| G2 | 64 | 4 |
| **Male Subtotal** | **240** | **101** |
| **General Population Annex Subtotal** | **440** | **175** |

* NOTE: These inmates not included in the Total of General Population.

 **Oakland County Sheriff's Office**

## CURRENT INMATE COUNTS PER CELL

*Counts in cells: Black/White (Total) // Counts in title: (Max Count) // (0) or -- means cell is empty*



### *A - BLOCK (110)

| | A | B | C |
|---|---|---|---|
| A1 | 4 / 2 (6) | 4 / 4 (8) | 5 / 3 (8) |
| A2 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| A3 | 2 | 3 | 4 | 5 | 6 | 7 | -- | 9 | 10 |
| A4 | 5 / 0 (5) | 3 / 4 (7) | 3 / 3 (6) |
| A5 | 9 / 0 (9) | 2 / 1 (3) | 4 / 4 (8) |

### *B - BLOCK (110)

| | A | B | C |
|---|---|---|---|
| B1 | 4 / 3 (7) | 10 / 0 (10) | 5 / 5 (10) |
| B2 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| B3 | 2 | 3 | -- | 5 | -- | 7 | -- | -- | 10 |
| B4 | 1 / 0 (1) | 2 / 1 (3) | 2 / 1 (3) |
| B5 | 1 / 5 (6) | 6 / 0 (6) | 3 / 5 (8) |

### *C - BLOCK (110)

| | A | B | C |
|---|---|---|---|
| C1 | 3 / 4 (7) | 4 / 5 (9) | 3 / 3 (6) |
| C2 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| C3 | 2 | 3 | 4 | 5 | 6 | -- | 8 | -- | 10 |
| C4 | 6 / 0 (6) | 6 / 0 (6) | 5 / 4 (9) |
| C5 | 2 / 3 (5) | 3 / 4 (7) | 5 / 4 (9) |

### *D - BLOCK (110)

| | A | B | C |
|---|---|---|---|
| D1 | 3 / 3 (6) | 3 / 4 (7) | 7 / 0 (7) |
| D2 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| D3 | 2 | -- | 4 | 5 | 6 | 7 | -- | 9 | 10 |
| D4 | 4 / 4 (8) | 4 / 5 (9) | 7 / 0 (7) |
| D5 | 1 / 2 (3) | 0 / 2 (3) | 1 / 1 (2) |

### I - BLOCK (66 + 110)

| | 2 | 3 | 4 |
|---|---|---|---|
| *IL | 2 / 5 (7) | 2 / 3 (5) | 2 / 5 (7) |
| *IC | -- | 2 | 3 | 4 | -- | 6 | 7 | -- |
| *IR | 2 / 1 (3/8) | 1 / 3 (4) | 2 / 4 (6) |
| 10 | 0 / 0 (0) | | |

### CLINIC (11)

| 2 | 3 | 4 | 5 |
|---|---|---|---|
| J2 | -- | -- | J5 |
| 6 | 7 | 8 | 9 |
| -- | -- | -- | -- |
| 10 | 11 | 12 | |
| J10 | J11 | -- | |

### TRUSTY DORM (12 PER CELL/72)

| *E | 1 / 2 (3) | 2 / 1 (3) | 2 / 1 (3) |
|---|---|---|---|
| *W | 3 / 3 (6) | 2 / 1 (3) | 1 / 2 (3) |

### *N DORM (28/32)

| N1 | 1 / 8 (9) | N2 | 3 / 9 (12) |
|---|---|---|---|

### RECEIVING (106)

| R1 | R2 | |
|---|---|---|
| 2 / 0 (2) | 1 / 0 (1) | |
| R3 | R4 | R5 |
| 2 / 0 (2) | 4 / 1 (5) | 3 / 1 (4) |
| R6 | R7 | R8 |
| R6 | -- | -- |
| R9 | | TOTAL |
| 0 / 0 (0) | | 15 |

### *K - BLOCK (25)

09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17
08 | 18
07 | 19
-- | 20
05 | 21
04 | 22
03 | 23
02 | 24
01 | 25

### GYMNASIUM

| 0 / 0 (0) |
|---|

### SOUTH ANNEX (64 PER POD/192)

| | *2F | *2E | *2H |
|---|---|---|---|
| ANEX | 19 / 26 (45) | 8 / 5 (13) | 3 / 1 (5) |

### EAST ANNEX (E266/W132)

| | 1FLR | 2FLR | TRUS |
|---|---|---|---|
| EAST | 17 / 12 (29/128) | 0 / 0 (0/128) | 1 / 4 (5/10) |
| WEST | 6 / 7 (13/64) | 1 / 3 (4/64) | 2 / 0 (2/4) |

### NOTES

*Single Occpancy cells will show Cell Number if occupied or -- if empty (available)*

*Multiple Occupancy cells will show B/W counts and (Total) count*

*ANEX/ENEX just show counts, not individ. cells*

*\*DblClick to add empty cells to your MOVEMENT form!*













Upper Bunk=Odd
Lower Bunk=Even

48 Max
2 Per Cell

1=Lower Bunk
2=Upper Bunk

Exit













BLUE EAST   193/256
Max = 64

3 · M3 · E

Exit

N →

N →

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E2 249 | E2 241 | E2 233 | E2 225 | E2 217 | E2 209 | E2 201 | E2 193 |
| E2 250 | E2 242 | E2 234 | E2 226 | E2 218 | E2 210 | E2 202 | E2 194 |
| E2 251 | E2 243 | E2 235 | E2 227 | E2 219 | E2 211 | E2 203 | E2 195 |
| E2 252 | E2 244 | E2 236 | E2 228 | E2 220 | E2 212 | E2 204 | E2 196 |
| E2 253 | E2 245 | E2 237 | E2 229 | E2 221 | E2 213 | E2 205 | E2 197 |
| E2 254 | E2 246 | E2 238 | E2 230 | E2 222 | E2 214 | E2 206 | E2 198 |
| E2 255 | E2 247 | E2 239 | E2 231 | E2 223 | E2 215 | E2 207 | E2 199 |
| E2 256 | E2 248 | E2 240 | E2 232 | E2 224 | E2 216 | E2 208 | E2 200 |





















N-Dorm

## Section N1

## Section N2

N1 =31   N2 =31   Exit











