# EXHIBIT H

## Steven Potter

| | |
|---|---|
| **From:** | Childs, Curtis D <childsc@oakgov.com> |
| **Sent:** | Monday, May 04, 2020 6:18 PM |
| **To:** | Steven Potter; Thomas DeAgostino |
| **Cc:** | Vicki-Lyn Warren |
| **Subject:** | FW: Legitimate medical issues? |
| **Attachments:** | Cameron Motion for Sheriff Tether.pdf |
| | |
| **Importance:** | High |

Found one!!! From 04/08



**Captain Curtis Childs**
Corrective Services Division

1201 N. Telegraph Rd. | Pontiac, MI 48341
Cell: 248-431-2471 | Office: 248-452-9977
Email: childsc@oakgov.com
Web: www.oaklandsheriff.com

## Oakland County Sheriff's Office

OFFICIAL SECURITY NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sec. 2510-2521, is confidential and may be official, proprietary or legally privileged. The information is solely for the use of the addressee named above. If you are not the intended recipient, any disclosure, copying, distribution, or other use of the contents of this information is strictly prohibited. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. If you have received this E-mail in error, please notify us by return E-mail and delete this message. Thank you.

**From:** Childs, Curtis D
**Sent:** Wednesday, April 8, 2020 8:43 AM
**To:** Vicki-Lyn Warren <vwarren@Wellpath.us>
**Cc:** McClellan, Melissa A <mcclellanm@oakgov.com>
**Subject:** Legitimate medical issues?
**Importance:** High

Vicki,

1 – how are you feeling?

2 – Does this inmate have any serious medical issues that would relate to COVID

3 – Do you have time to review for another medical priority list?  Not sure there would be that many since our new arrests are down but there could have been some brought in with somewhat serious charges but more serious healthcare issues.  Sheriff has not requested this yet since there are still some on the previous list but just wondered if you wanted to take a look at any SERIOUS medical issues preemptively.





## Captain Curtis Childs
Corrective Services Division

1201 N. Telegraph Rd. | Pontiac, MI 48341
Cell: 248-431-2471 | Office: 248-452-9977
Email: childsc@oakgov.com
Web: www.oaklandsheriff.com

# Oakland County Sheriff's Office

OFFICIAL SECURITY NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sec. 2510-2521, is confidential and may be official, proprietary or legally privileged. The information is solely for the use of the addressee named above. If you are not the intended recipient, any disclosure, copying, distribution, or other use of the contents of this information is strictly prohibited. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. If you have received this E-mail in error, please notify us by return E-mail and delete this message. Thank you.