# EXHIBIT B

Oakland County Jail Operations

GR-2020177

# INMATE GRIEVANCE FORM

Inmate Name: ▓▓▓▓▓▓▓▓▓▓ #360084 Cell: 2H¹⁶ Date: 3-31-20

Received By: THICK # 1229 Date: 03/31/2020 Time: 1418
Staff Print Your Name and Badge Number

**Nature of Grievance:**

- Category II Jail Infraction • A failure to keep one's person and quarters in a neat orderly and sanitary condition.
- B. Failure to shower or maintain proper hygiene.
- No Linen exchange.
- How do I go from showering daily to Tuesday, Thursday and Saturday when others have the right to shower on the 15-20 minutes when we come out.

**Inmate Effort to Resolve with Staff (Explain):**

(Attach Additional Sheets if Necessary)

Inmate Signature: ▓▓▓▓▓▓▓▓ Date: _____ Supv. Initial / Date: MM 156 3/31/20
Reviewed/Processed

**Grievance Response**

Referral To: _____ Date: _____

Answer: Not grievable. No appeal requested. TOT Grievance Coordinator.

Responder's Signature: MM156 Date: 3/31/20

Lieutenant's Signature: _____ Date: _____

Grievance Coordinator's Signature: _____ Date: _____

Inmate Signature: _____ Date: _____

( ) Appeal to Captain or Designee Date: _____

Response to Appeal: _____

By: _____ Date: _____

Inmate Signature: _____ Date: _____

(Revised 07/02/13)

## Oakland County Sheriff's Office
## Oakland County Jail Operations
### INMATE GRIEVANCE RESPONSE

To Inmate Name: _____  Inmate #: 360082  Cell: 2H-16

Date of Grievance: 3/31/2020

Response:

You submitted a grievance addressing two concerns:
1) You did not receive linen exchange.
2) You were unhappy with only being able to shower on Tuesday, Thursday, and Saturday for 15-20 minutes.

First and foremost, you are only allowed to address one topic per grievance, not two.

I was informed that linen exchange was not conducted on Monday, 3/30/2020. The housing pod, 2H, was placed in to lockdown due to the current COVID-19 pandemic that is taking place around the world. Your pod will be taken out of lockdown later this week. Once that happens, the linen exchange will take place.

Also, after speaking to the jail clinic, due to the pod being locked down, you are being afforded the opportunity to shower in the jail clinic shower on Tuesdays, Thursdays, and Saturdays, ending 4/3/20. This is being done to limit movement out of 2H and to limit exposure while in the jail clinic. Your rights of being able to shower are still being accommodated in a handicap accessible shower.

I find your grievance to be non-grievable.

FILE COPY

If addtional space is needed for response please continute to page #2. If response continues on page #2 please check box: ☐

Responders Name (print): Supv Hall

Responders Signature: _____ Badge: 1786  Date: 3/31/2020

Reviewing Lieutenant's Signature: _____ Badge: _____ Date: _____

Grievance Coordinator's Signature: _____ Badge: 424  Date: 04/01/20

Inmate's Signature: _____  Date: 3/31/2020

Appeal Requested (Circle One):  Yes  (No)

GR-2020176

COVID 19 will enter OCJ! when? Idk But it will. If you think not you are inverted in reality!

## Oakland County Jail Operations
### INMATE GRIEVANCE FORM

**Inmate Name:** [redacted]   #327925   **Cell:** D306   **Date:** 3-29-20

**Received By:** Buyck #19
*Staff Print Your Name and Badge Number*   **Date:** 3-30-2020   **Time:** 1:30 pm

**Nature of Grievance:**
Cleaning supplies are not being given out during the day, D3 has not been regularly cleaned properly in the last week and a half. The shower hasn't had to be cleaned by an inmate on the rock. There is never a mop or sweeper available. UV? is not given throughout out. No UV light has been used on the rock. Cells are not cleaned major at either — when writing is put in it, I have complained to days. I have written a grievance because the corona virus out break and the unsanitary conditions put forced to live in. The level of dust in the jail is also a serious risk as Covid 19 can survive up to 3 days on particles.

**Inmate Effort to Resolve with Staff (Explain):**
Spoken with staff. I explained to many staff that Covid 19 is a deadly virus, it can survive outside the body up to 3 days on plastic, metal and then in dust particals. This is not a game or story

*(Attach Additional Sheets if Necessary)*

**Inmate Signature:** [redacted]   **Date:** 3-29-20   **Supv.Initial / Date:** SM #177
**Reviewed/Processed** 3/30/2020

### Grievance Response

**Referral To:** McPherson 177

**Answer:** SEE ATTACHED MEMO.   **Date:** 3/31/2020

FILE COPY

**Responder's Signature:** A McPherson 177   **Date:** 3/31/2020
**Lieutenant's Signature:** [signature]   **Date:**
**Grievance Coordinator's Signature:** C. Vid   **Date:** 04/01/20
**Inmate Signature:** [redacted]   **Date:** 3/31/20

( ) Appeal to Captain or Designee   **Date:** _____

**Response to Appeal:** Upheld. We will be reiterating to all staff the specific directive pertaining to thorough cleaning on all shifts.

**By:** Cpt C. [signature]   **Date:** 3-31-2020
**Inmate Signature:** Refused #014   **Date:** 4/1/2020

(Revised 07/02/13)

Oakland County Sheriff's Office
Oakland County Jail Operations
INMATE GRIEVANCE RESPONSE

To Inmate Name: ▓▓▓▓▓▓▓▓▓▓ Inmate #: 327925 Cell: D306
Date of Grievance: 3/30/2020
Response:

I appreciate you bringing up the issues regarding the cleanup procedures, currently going on throughout the jail. Your concerns have been forwarded and will be handled administratively. Thank you bringing this to our attention.

FILE COPY

*If addtional space is needed for response please continute to page #2. If response continues on page #2 please check box* ☐

Responders Name (print): STEVEN McPHERSON #177
Responders Signature: Steve McPherson  Badge: 177  Date: 3/31/2020
Reviewing Lieutenant's Signature: _____  Badge: _____  Date: _____
Grievance Coordinator's Signature: C. Vix  Badge: 444  Date: 03/31/20
Inmate's Signature: ▓▓▓▓▓▓▓▓▓▓  Date: 3-31-20
Appeal Requested (Circle One): (Yes)  No

Oakland County Sheriff's Office
Oakland County Jail Operations

INMATE GRIEVANCE RESPONSE

To Inmate Name: _____   Inmate #: 357968   Cell: A204
Date of Grievance: 3/26/2020
Response:

_____ i find your grievance not valid for the following reasons:

DMQ is concentrated with water to its specifications.
Oakland County Jail is not stretching supplies. Our Health and safety is in mind for staff and inmates alike. Captain Child's has posted a letter for informational purposes to reiterate the fact that the inmates in the housing areas has access to cleaning supplies on a regular basis at their request. This applies after each meal.
Regarding your statement we are not false advertising.
In regards to your statement of things (working out better) for inmates please know that we have your best interests in mind. This applies for inmates as well as our staff.

FILE COPY

If addtional space is needed for response please continute to page #2. If response continues on page #2 please check box ☐

Responders Name (print): Supv Rushing
Responders Signature: Supv Rushing    Badge: 0090    Date: 3/27/2020
Reviewing Lieutenant's Signature: _____    Badge: ____    Date: ____
Grievance Coordinator's Signature: G. V.    Badge: 421    Date: 03/30/20
Inmate's Signature: _____    Date: 3/27/2020

Appeal Requested (Circle One):    Yes    (No)

GR-2020-174

**Oakland County Jail Operations**

**INMATE GRIEVANCE FORM**

Inmate Name: ███████████████████ #357968  Cell: A-204  Date: 03/27/20

Received By: Dranos 2407
Staff Print Your Name and Badge Number   Date: 3-26-20   Time: 1408

**Nature of Grievance:**
Singleman cell's have had longterm issues with getting fresh or sanitized cleaning supplies for a while. The DNQ is watered down its not strong enough to kill germs. I understand Oakland County Jail like to stretch their supplies but its safety first over saving and stretching cleaning supplies. Inmate's matter just like employee's we are all human. Its not acceptable to post letters throewout this facility yet inmates are not truly getting cleaning matterials they need to disinfect there housing area. That's kinda like false advertising. We need stronger cleaning supplies or stranger DNQ!

**Inmate Effort to Resolve with Staff (Explain):**
On the back of this grievance i added a statement that could make things workout better for inmate's aswell as staff members going forward. Please give this matter your undivided attention

(Attach Additional Sheets if Necessary)

Inmate Signature: ███████  Date: 03/27/20  Supv.Initial / Date: ER/3-27-20
Reviewed/Processed

**Grievance Response**

Referral To: Grievance Coord
Answer: Refer to inmate Grievance response (Supv. Rushinb 03/27/20)  Date: 3-27-2020

FILE COPY

Responder's Signature: _____ Date: _____
Lieutenant's Signature: _____ Date: _____
Grievance Coordinator's Signature: _____ Date: _____
Inmate Signature: _____ Date: _____

( ) Appeal to Captain or Designee  Date: _____
Response to Appeal: _____

By: _____ Date: _____
Inmate Signature: _____ Date: _____

(Revised 07/02/13)

The purpose of this grievance is to make upper management here at Oakland County Jail aware of the dirty cleaning supplies we are recieving such as Brooms, push Brooms dirty swifter's and dirty mop heads.
Also we have been recieving watered down DNQ for quite a while some months to be exact.
IM only going by my experience's in a singleman cell where I have been housed seventeen outta my eighteen months incarserated here at OCJ (Oakland County Jail)
I understand that mops and swifter's get dirty and there may not always be fresh one's available, due to inmate's cleaning there ten man cells first but, singleman cells still deserve fresh cleaning supplies aswell.
I think it would be wise for trustee's to rinse swifter's off in the utility closet until dirt and lent is off the swifter's aswell as rinse the mops out in hot water and bleach before bringing to inmates in singleman cells to clean.
Also brooms and push brooms should be cleaned in the utility closet they are very nasty dirty etc, always having dust and 4. dirt on them, Keeping cleaning products sanitized should be a dailly job for trustee's so that all inmates are able to clean there cell's and housing area appropreiately.
Please take into consideration the purpose of this letter inmate's are still human there son's and daughter's fathers and Mother Husbands and Wife's, Safety should always come first.
Thank you in advance,

GR-2200172

## Oakland County Jail Operations
## INMATE GRIEVANCE FORM

Inmate Name: [redacted]

Received By: Terry 2722 # 196718 Cell: C-3-7 Date: 3-25-2020
Staff Print Your Name and Badge Number Date: 3-25-20 Time: 1725

Nature of Grievance: Humane Treatment Living Condiction And Sanitation
Since I have been at OCJ the Cleaning Process for this Covid-19 virus has been nothing or nowhere near up to par. We are in constant contact with the staff and although they're being tested the inmates are not. Plus we need face, bleech, and hand sanitizer which we're not getting. Our food is being handled by deputies and trusties without proper (PPE). The (DMO) being used is so watered down we may as well be using nothing at all. The constantly being feed lunchmeat for dinner is inhumane for it has no nutritional value! high in sodium which causes high blood-presure. This explains the headaches I've been experiencing with (5) cookies this should be changed A.S.A.P. Plus we have

Inmate Effort to Resolve with Staff (Explain): No way to get fresh air or excerise.

Inmate Signature: [redacted] Date: 3-25-2020 Supv.Initial / Date: [sig] 3-25-2020
Reviewed/Processed

### Grievance Response

Answer: Referral To: _____ Date: _____

FILE COPY

Responder's Signature: _____
Lieutenant's Signature: _____ Date: _____
Grievance Coordinator's Signature: _____ Date: _____
Inmate Signature: _____ Date: _____
Date: _____

( ) Appeal to Captain or Designee Date: _____
Response to Appeal: DENIED. THE ANSWERS TO YOUR GRIEVANCE BY SUPV. ROOT ARE CORRECT. WE ARE TAKING GREAT STEPS TO KEEP THE FACILITY CLEAN AND SANITIZED.

By: Cpt C Childs

Inmate Signature: _____ Date: 3-26-2020

(Revised 07/02/13) Date: _____

#177
A. Morhusen Inmate JOT MDOC on 3/27

## Oakland County Sheriff's Office
## Oakland County Jail Operations
### INMATE GRIEVANCE RESPONSE

To Inmate Name: ███████████  Inmate #: 196718  Cell: C307

Date of Grievance: 3/25/2020

**Response:**

You submitted a grievance on 03/25/2020 stating that you feel the health and sanitation standards are not to your liking. You also stated that you are submitting a grievance because you are not being supplied hand sanitizer and/or bleach.

This is a non grievable issue for the following reasons.

We do not supply bleach at Oakland County Jail, nor do we supply hand sanitizer to inmates. You have access to soap at your request.

Your housing location is being cleaned after every meal, three times a day, and you can request a rag with DMQ at those times to ensure you have a clean living area.

With your concern about being tested for the COVID-19 virus, if you are experiencing symptoms, notify your deputy immediately so further medical evaluation can be determined at that time.

All trusties that are handling food are equipped with hair nets and gloves for every meal, which is the proper PPE.

**FILE COPY**

If addtional space is needed for response please continute to page #2. If response continues on page #2 please check box ☐

Responders Name (print): Supv. Root

Responders Signature: _____ 2204 _____  Badge: 2204  Date: 3/25/2020

Reviewing Lieutenant's Signature: _____  Badge: _____  Date: _____

Grievance Coordinator's Signature: _____  Badge: 4&f  Date: 03/26/20

Inmate's Signature: ███████████  Date: 3/25/2020

Appeal Requested (Circle One):  **Yes**  No

GR-2200193

## Oakland County Jail Operations

### INMATE GRIEVANCE FORM

Inmate Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ #349285 Cell: A1C Date: 4-8-2020

Received By: ▓▓ #116    Date: 4/8/20   Time: 1356
Staff Print Your Name and Badge Number

**Nature of Grievance:**
I am being deprived of my mandatory Hygiene products governed by MDOC's P.D.'s furthermore my 8th Amendment right to be free of cruel & unusual punishment is also being violated. I am indigent and rely on OCJ order once a week to maintain vital communication via three envelopes which is causing major discomfort because of the Corona virus/Covid 19 im not able to communicate to my high risk family. Nonetheless brush my teeth or apply deodorant which is causing me to be humiliated by my peers due to lack of hygiene maintenance. The last time indigent pack (whole) passed out was 3/27/2020 with no replacements in sight.

**Inmate Effort to Resolve with Staff (Explain):**
Reported this issue several times grievance provided

(Attach Additional Sheets if Necessary)

Inmate Signature: ▓▓▓▓▓▓  Date: _____   Supv. Initial / Date: SM 177
                                           Reviewed/Processed  4-9-20

### Grievance Response

Referral To: McPherson 177    Date: 4-9-2020
Answer:

FILE COPY

Responder's Signature: _____ Date: _____
Lieutenant's Signature: _____ Date: _____
Grievance Coordinator's Signature: _____ Date: _____
Inmate Signature: _____ Date: _____

( ) Appeal to Captain or Designee  Date: _____

Response to Appeal: _____

By: _____ Date: _____
Inmate Signature: _____ Date: _____

(Revised 07/02/13)

## Oakland County Sheriff's Office
## Oakland County Jail Operations
## INMATE GRIEVANCE RESPONSE

To Inmate Name: _____   Inmate #: __349285__   Cell: __A1C__

Date of Grievance: __4/9/2020__

Response:

Currently, Oakland County Jail staff are continuously being briefed daily on MDOC and CDC guidlines for isolation and keeping inmates safe. You must understand that the situation is fluid and constantly changing. Everything possible is being done for your safety while you are incarcerated. Safety precautions are being adhered to and commissary is currently restricted. we are going above and beyond to do the best we can to make sure you are safe in a very difficult situation. It is our plans to allow for commissary purchases of hygiene items and materials for writing starting on April 14. Again things are changing daily, hopefully this will happen as scheduled.

FILE COPY

FILE COPY

*If addtional space is needed for response please continute to page #2. If response continues on page #2 please check box* ☐

Responders Name (print): __STEVE MCPHERSON__

Responders Signature: __Steve McPherson__   Badge: __177__   Date: __4-9-2020__

Reviewing Lieutenant's Signature: _____   Badge: _____   Date: _____

Grievance Coordinator's Signature: __C. Via__   Badge: __4gr1__   Date: __04/13/20__

Inmate's Signature: ███████████████   Date: __4/13/20__

Appeal Requested (Circle One):   Yes   (No)

!!Emergency!! !!Emergency!!

## Oakland County Jail Operations
### INMATE GRIEVANCE FORM

GR-2200187

Inmate Name: [redacted] #0422676 Cell: 6 flex Date: 4-5-20

Received By: Nedo 2593
Staff Print Your Name and Badge Number
Date: 4-5-20 Time: [redacted]

6.75

Nature of Grievance: I am requesting to be released on a Home tether to live with my Mother Immediately because the Jail conditions are not safe to prevent the corona virus. I cant maintain 6 feet ~~social~~ distance from other Inmates and other conditions at the jail make the spread of corona virus unreasonable. I have a documented medical ~~_____~~ condition of asthma and bronchitis that put me at a high risk. This needs to be acted on within 24 hours.

Inmate Effort to Resolve with Staff (Explain):

(Attach Additional Sheets if Necessary)

Inmate Signature: [redacted] Date: 4-5-20  Supv.Initial / Date: 4-5-20
Reviewed/Processed #659

### Grievance Response

Answer: Referral To: Sgt. John Jacobson Date: 04/05/20
SEE attached Grievance Response

FILE COPY

Responder's Signature: [illegible] JSS Date: 4-5-20
Lieutenant's Signature: _____ Date: _____
Grievance Coordinator's Signature: _____ Date: _____
Inmate Signature: _____ Date: _____

( ) Appeal to Captain or Designee Date: _____

Response to Appeal: _____

By: _____ Date: _____
Inmate Signature: _____ Date: _____

(Revised 07/02/13)

Oakland County Sheriff's Office
Oakland County Jail Operations
## INMATE GRIEVANCE RESPONSE

To Inmate Name: _____ Inmate #: 422676 Cell: ENEX 1E-118
Date of Grievance: 4/5/2020
Response:

Mr. _____

I read your grievance RE: a request to be released on tether because the conditions in the jail are, "not safe to prevent the Corona Virus."

Per our conversation on 04/05/2020 at 19:15 hours, I explained if there was to be an alternate sentencing, that must come from your Judge. You explained to me that your attorney advised you to file the grievance and I advised you to have your attorney petition the court to have your sentencing amended. The Sheriff's Office does not control that aspect of your criminal case.

You also raise the concern(s) of documented medical issues. Your medical screen does not reflect any of the medical conditions you cited in your grievance. The only option I have is to have you re-classified to the main jail where there is 24 hour access to medical staff. You stated you would rather stay at the East Annex and I advised you to alert any of our staff if you experience any medical issues.

This matter is CLOSED with advising you to contact your attorney for judicial relief for an alternative sentencing.

Sgt. John Jacobson

FILE COPY

*If additional space is needed for response please continue to page #2. If response continues on page #2 please check box* ☐

Responders Name (print): Sergeant John Jacobson
Responders Signature: _____ Badge: 855 Date: 4/5/2020
Reviewing Lieutenant's Signature: _____ Badge: 893 Date: 04/09/20
Grievance Coordinator's Signature: _____ Badge: 424 Date: 04/07/20
Inmate's Signature: _____ Date: 4/5/2020

Appeal Requested (Circle One): Yes (No)

## Oakland County Jail Operations


GR-2020 0192

### INMATE GRIEVANCE FORM

Inmate Name: ▮▮▮▮▮▮▮▮▮▮   #432307   Cell: 1F-5   Date: 04/01/20

Received By: ▮▮▮▮▮ #v7   Date: 4-1-2020   Time: 1300
Staff Print Your Name and Badge Number

**Nature of Grievance:**
I want to start by acknowledging my empathy in how chaotic this may be. I'm concerned in the ethical matter being carried out in holding professional standards. Have they been lowered for the cause? In all honesty where is the root to the issue? Aramark seems to have been the greedy bone that has exploited us all and may continue to damage the system or cause death. I am not alone in all of this. This Safe Serv class was to my understanding an oppurtunity to better our existence, not jeopardize our lives. The irony, our first class was to further our education on preventing the spread of bacteria. John Maria must have had symptoms and withheld this from the system. Our class was on 03/26/20. We continued to expose ourselves to the rest of N-Dorm til action was taken on 03/30/20. Nevertheless All of the Aramarks staff has been in close proximity with John.M. The continue to work with out qurintine

**Inmate Effort to Resolve with Staff (Explain):**
We asked The Aramarks staff for masks. We asked what protacol they had to go through to continue work.

(Attach Additional Sheets if Necessary)

Inmate Signature: ▮▮▮▮▮   Date: 04/01/20   Supv.Initial / Date: ▮▮▮
Reviewed/Processed

### Grievance Response

Referral To: Lt. Serwis   Date: 04/02/20

Answer: John M. was seen by a doctor on 3/24 and was Medically Cleared to return to work. As John's symptoms did not improve through the week John returned to the doctor on 3/28 and was tested. Aramarks policy is to follow Doctor's orders and guidlines for Returning to work

FILE COPY

Responder's Signature: ▮▮▮▮▮   Date: 4/16/2020
Lieutenant's Signature: LT. D Smith   Date: 4-16-20
Grievance Coordinator's Signature: ▮▮▮▮   Date: 04/16/20
Inmate Signature: ▮▮▮▮▮   Date: 4/16/2020

( ) Appeal to Captain or Designee   Date: _____

**Response to Appeal:** _____

By: _____   Date: _____

Inmate Signature: _____   Date: _____

(Revised 07/02/13)

*Attention Grievance Coordinator///*

GL-2020 0186

## Oakland County Jail Operations

## INMATE GRIEVANCE FORM

**Inmate Name:** ▇▇▇▇▇▇▇   **#** 290687   **Cell:** Clinic Holding   **Date:** 4-6-20

**Received By:** Dep. Buyck #129   **Date:** 4.6.2020   **Time:** 14:20
Staff Print Your Name and Badge Number

**Nature of Grievance:**
Life Endangerment, Staff Corruption, Medical Mal Practice... The general manager of Aramark along with one of his staff members both tested positive for the Corrona Virus. Instead of quarantining and closing down the kitchen, I was threaten and forced to work in the kitchen thats contaminated. And now I'm showing symptoms of the virus and placed in a holding cell with several other inmates all showing signs of the virus.

**Inmate Effort to Resolve with Staff (Explain):**
I tried to quit the kitchen and was threaten by staff for lost of good time / Trusty Days and placed in R 9 my remaining stay. And was told if I filed a grievance I would lose my trusty days as well!

*(Attach Additional Sheets if Necessary)*

**Inmate Signature:** ▇▇▇▇▇▇▇   **Date:** 4-6-20   **Supv. Initial / Date:** _____

Reviewed/Processed 4/07/20

### Grievance Response

**Referral To:** Lt. Servis   **Date:** _____

**Answer:** John M. was seen by a Doctor on Brianna Bushing 3/24 and was medically cleared to return to work. As John's symptoms did not improve throughout the week John returned to the doctor on 3/28 and was tested and quarantined. Aramarks policy is to follow Doctor's orders and guidelines for returning to work.

**Responder's Signature:** _____   **Date:** 4/16/2020
**Lieutenant's Signature:** L.D. Servis   **Date:** 4-16-20
**Grievance Coordinator's Signature:** G. Viz   **Date:** 04/16/20
**Inmate Signature:** ▇▇▇▇▇▇▇   **Date:** 4-16-20

( ) Appeal to Captain or Designee   Date: _____

**Response to Appeal:** _____

**By:** _____   **Date:** _____

**Inmate Signature:** _____   **Date:** _____

(Revised 07/02/13)