UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JAMAAL CAMERON, et al

Plaintiff(s),

Case No. 20-10949

v.

Judge Linda V. Parker

MICHAEL BOUCHARD, et al

Magistrate Judge

Defendant(s).
_____/

## NOTICE OF APPEAL

Notice is hereby given that OAKLAND COUNTY appeals to the United States Court of Appeals for the Sixth Circuit from the: ☐ Judgment ☑ Order

☐ Other: Order (R. 94); Order (R.38); Oral Evidentiary Order (Pl Trans Vol 3B pp. 210-216)

entered in this action on May 21, 2020.

Date: May 21, 2020

Counsel is: RETAINED

Steven M. Potter

P33344
Potter DeAgostino O'Dea & Clark
2701 Cambridge Court, Ste. 223
Auburn Hills MI 48326
248 377 1700
spotter@potterlaw.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.