UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jamaal Cameron, et al.,

               Plaintiff(s),

v.

Oakland County, Michigan, et al.,

               Defendant(s).

Case No. 2:20−cv−10949−LVP−MJH
Hon. Linda V. Parker

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH  45202−3988

and all interested parties, by electronic means or first class U.S. mail, on May 21, 2020.

DAVID J. WEAVER, CLERK OF COURT

By: s/ N Ahmed
     Deputy Clerk

Dated:  May 21, 2020