UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMAAL CAMERON, RICHARD BRIGGS,
RAJ LEE, MICHAEL CAMERON, and
MATTHEW SAUNDERS, individually and
on behalf of all others similarly situated,

        Plaintiffs,                    Civil Case No. 20-10949
                                                   Honorable Linda V. Parker

v.

MICHAEL BOUCHARD, CURTIS D. CHILDS,
and OAKLAND COUNTY,

        Defendants.
_____/

## OPINION AND ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION

This matter is before the Court on Plaintiffs' Motion for Reconsideration with respect to the dismissal of Oakland County Sheriff Michael Bouchard ("Sheriff Bouchard") in its May 21, 2020 decision granting Plaintiffs' Motion for Preliminary Injunction. Pursuant to Eastern District of Michigan Local Rule 7.1(h)(2), responses to motions for reconsideration generally are not allowed. Because Sheriff Bouchard is custodian of the Jail Class, he in fact is the proper respondent to their petition pursuant to 28 U.S.C. § 2241. *See Gilmore v. Ebbert*, 895 F.3d 834, 837 (6th Cir. 2018) (*Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004)). Additionally, for the reasons stated in Plaintiffs' motion, he may be a proper

defendant with respect to their claim under 42 U.S.C. § 1983, an issue that has not been fully litigated at this early stage of the proceedings.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion for Reconsideration is **GRANTED** and Oakland County Sheriff Michael Bouchard **IS REINSTATED** as a Defendant/Respondent to this action.

**IT IS SO ORDERED**.

                                                                        s/ Linda V. Parker  
                                                                       LINDA V. PARKER  
                                                                       U.S. DISTRICT JUDGE

Dated: May 22, 2020