# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

JAMAAL CAMERON; RICHARD
BRIGGS; RAJ LEE; MICHAEL
CAMERON; MATTHEW
SAUNDERS, individually and on
behalf of all others similarly situated,

       Plaintiffs,

       v.

MICHAEL BOUCHARD, in his
official capacity as Sheriff of Oakland
County; CURTIS D. CHILDS, in his
official capacity as Commander of
Corrective Services; OAKLAND
COUNTY, MICHIGAN,

       Defendants.

Case No. 20-cv-10949

Hon. Linda V. Parker

---

## STIPULATED ORDER REGARDING
## DISCIPLINARY TRANSFERS AT THE OAKLAND COUNTY JAIL
## DURING THE PENDENCY OF THE INSTANT LITIGATION

The Court has reviewed and considered Plaintiffs' Motion to Enforce the

Stipulated Agreement ("Stipulation") entered on April 22, 2020 (ECF 28).  The

Court instructed the parties to work together to develop a proposed solution to the

issues raised in Plaintiffs' motion, and the parties have done so and submitted the

following proposed stipulated order to the Court.  Upon Stipulation of the parties,

the Court **ORDERS** as follows:

1. Under no circumstances will Defendants or any jail personnel effect (or threaten to effect) a transfer, for disciplinary reasons, of any inmate into a quarantined area as defined below.

2. Inmates will only be moved from the East Annex to the main jail building for disciplinary reasons in one of two circumstances:

   a. If they commit a violent act of any type; or

   b. If they commit lesser infractions on five separate occasions and have first been subjected to each of the following progressive disciplines in any order deemed appropriate by the jail : bunk restriction, extra work detail, suspension of visitation (other than attorney visits, which will not be curtailed) and suspension of commissary. Each progressive escalation of the disciplinary process will be documented by Defendants

3. During the course of this litigation, class counsel will be notified within 24 hours after a transfer of an inmate from the East Annex to the main jail, pursuant to paragraph 2a. above.  Class counsel will be notified 24 hours before any transfer of an inmate from the East Annex to the main jail pursuant to paragraph 2b. above.  Supporting documentation will be provided to class counsel.

4. Any disciplinary movement of an inmate in the Main Jail/Annex will be to a "non-quarantined area" defined as movement to an entire cell block in which no cell is under quarantine at the time of transfer. However, if two or more cell blocks contain quarantined cells, then "non-quarantined area" is defined as movement to a row of cells in a cell block in which no cell in the row is under quarantine at the time of transfer. Upon request of class counsel, if a move has been noticed, a list of quarantined cells will be provided to verify compliance with this step.

5. Inmates can also be moved for reasons of documented medical necessity, pursuant to the same process.

6. Defendants will provide class counsel with a weekly list, submitted via email at the end of each week, detailing transfers within the Main Jail/ Annex building including the following: 1) the name of the inmate; 2) the inmate number; 3) the inmate's pre-transfer housing assignment; and 4) the inmate's post-transfer housing assignment.

7. This stipulated order will remain in effect only during the pendency of the

instant litigation.

**IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: May 29, 2020

**The Parties stipulate to the above order.**

Respectfully submitted,

/s/ Krithika Santhanam
Krithika Santhanam (DC Bar No. 1632807)
Thomas B. Harvey (MBE #61734MO)
Advancement Project National Office
1220 L Street, N.W., Suite 850
Washington, DC 20005
Tel: (202) 728-9557
Ksanthanam@advancementproject.org
Tharvey@advancementproject.org

/s/ Philip Mayor
Philip Mayor (P81691)
Daniel S. Korobkin (P72842)
American Civil Liberties Union
   Fund of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6803
pmayor@aclumich.org
dkorobkin@aclumich.org

/s/ Cary S. McGehee
Cary S. McGehee (P42318)
Kevin M. Carlson (P67704)
Pitt, McGehee, Palmer,
Bonanni & Rivers, PC
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067
(248) 398-9800
cmcgehee@pittlawpc.com
kcarlson@pittlawpc.com

/s/ Allison L. Kriger
Allison L. Kriger (P76364)
LaRene & Kriger, PLC
645 Griswold, Suite 1717
Detroit, MI 48226
(313) 967-0100
Allison.kriger@gmail.com

/s/  Alexandria Twinem
Alexandria Twinem
  (D.C. Bar No. 1644851)
Civil Rights Corps
1601 Connecticut Ave NW, Suite 800
Washington, DC 20009
(202) 894-6126
alexandria@civilrightscorps.org

Attorneys for Plaintiffs/Petitioners



s/STEVEN M. POTTER (P33344)
POTTER, DeAGOSTINO, O'DEA & CLARK
Attorneys for Defendants
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
(248) 377-1700
spotter@potterlaw.com