UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMAAL CAMERON, RICHARD BRIGGS,
RAJ LEE, MICHAEL CAMERON, and
MATTHEW SAUNDERS, individually and
on behalf of all others similarly situated,

        Plaintiffs,                 Civil Case No. 20-10949
                                            Honorable Linda V. Parker

v.

MICHAEL BOUCHARD, CURTIS D. CHILDS,
and OAKLAND COUNTY,

        Defendants.
_____/

**BAIL APPLICATION RESPONSE**

1.     Name of Applicant:

2.     Do you consent to the Applicant's release on bail?

3.     If this is an individual for whom you have sent a letter to the state court seeking early release, what is the status of that request?

4.     Comments, if any, regarding medical condition(s) that put Applicant at risk:

5.     Explain why you believe, if you do, that releasing the Applicant on home confinement during the COVID-19 pandemic poses a risk to the safety of the community and/or a particular individual (please identify the person(s)):

6.     Explain why you believe, if you do, that the Applicant is not likely to return to the Oakland County Jail if ordered to do so:

7.     Identify any conditions of release, in addition to the standard conditions set forth for all applicants released, which you believe are necessary to ensure the safety of any individual and/or the community if the Applicant is

released:

8. Comments, if any, regarding proposed custodian and/or residence:

9. Other information relevant to determination:

10. Name and description of attachments, if any[1]:

Date:                                                                                         Submitted by,

---

[1] Attaching documents is not required. Please attach relevant documents only if they are readily available. In addition, attaching documents is not a substitute for answering the above questions.