## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JAMAAL CAMERON; RICHARD
BRIGGS; RAJ LEE; MICHAEL
CAMERON; MATTHEW
SAUNDERS, individually and on
behalf of all others similarly situated,

    Plaintiffs,

        v.

MICHAEL BOUCHARD, in his
official capacity as Sheriff of Oakland
County; CURTIS D. CHILDS, in his
official capacity as Commander of
Corrective Services; OAKLAND
COUNTY, MICHIGAN,

    Defendants.

Case No. 20-cv-10949

Hon. Linda V. Parker

## NOTICE OF WITHDRAWAL OF ATTORNEY FOR PLAINTIFFS

PLEASE TAKE NOTICE that Krithika Santhanam, formerly of
Advancement Project, hereby withdraws from the above-referenced matter as
counsel for Plaintiffs. Thomas Harvey of Advancement Project, Philip Mayor and
Daniel S. Korobkin of the ACLU of Michigan, Alexandria Twinem of Civil Rights
Corps, Cary S. McGehee and Kevin M. Carlson of Pitt, McGehee, Palmer, Bonanni
& Rivers, PC, and Allison L. Kriger of LaRene & Kriger, PLC will continue to serve
as counsel for Plaintiffs in this action.

Dated:  November 18, 2020                     Respectfully submitted,

/s/ *Krithika Santhanam*
Krithika Santhanam
Advancement Project National Office
1220 L Street, N.W., Suite 850
Washington, DC 20005
Tel: (202) 728-9557
Ksanthanam@advancementproject.org

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

JAMAAL CAMERON; RICHARD
BRIGGS; RAJ LEE; MICHAEL
CAMERON; MATTHEW
SAUNDERS, individually and on
behalf of all others similarly situated,

      Plaintiffs,

      v.

MICHAEL BOUCHARD, in his
official capacity as Sheriff of Oakland
County; CURTIS D. CHILDS, in his
official capacity as Commander of
Corrective Services; OAKLAND
COUNTY, MICHIGAN,

      Defendants.

Case No. 20-cv-10949

Hon. Linda V. Parker

## <u>ORDER OF WITHDRAWAL OF ATTORNEY FOR PLAINTIFFS</u>

Upon reading the filing of the Notice of Withdrawal of Attorney for Plaintiffs, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Krithika Santhanam, formerly of Advancement Project, is hereby withdrawn from the above-referenced matter as counsels for Plaintiffs.

Thomas Harvey, Philip Mayor, Daniel S. Korobkin, Alexandria Twinem, Cary S. McGehee, Kevin M. Carlson, and Allison L. Kriger will continue to serve

3

as counsel for Plaintiffs in this action.

IT IS SO ORDERED.

s/ Linda V. Parker
LINDA  V. PARKER
U.S. DISTRICT JUDGE


Dated: November 18, 2020