**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| JAMAAL CAMERON; RICHARD BRIGGS; RAJ LEE; MICHAEL CAMERON; MATTHEW SAUNDERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BOUCHARD, in his official capacity as Sheriff of Oakland County; CURTIS D. CHILDS, in his official capacity as Commander of Corrective Services; OAKLAND COUNTY, MICHIGAN,<br><br>Defendants. | Case No. 20-cv-10949<br><br>Hon. Linda V. Parker |

**NOTICE OF WITHDRAWAL OF ATTORNEY FOR PLAINTIFFS**

PLEASE TAKE NOTICE that Krithika Santhanam, formerly of Advancement Project, hereby withdraws from the above-referenced matter as counsel for Plaintiffs. Thomas Harvey of Advancement Project, Philip Mayor and Daniel S. Korobkin of the ACLU of Michigan, Alexandria Twinem of Civil Rights Corps, Cary S. McGehee and Kevin M. Carlson of Pitt, McGehee, Palmer, Bonanni & Rivers, PC, and Allison L. Kriger of LaRene & Kriger, PLC will continue to serve as counsel for Plaintiffs in this action.

Dated: November 19, 2020

Respectfully submitted,

/s/ *Krithika Santhanam*
Krithika Santhanam
Advancement Project National Office
1220 L Street, N.W., Suite 850
Washington, DC 20005
Tel: (202) 728-9557
Ksanthanam@advancementproject.org

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 19, 2020, a copy of the foregoing *Notice of Withdrawal of Attorney* was served via the Court's electronic filing system which will send notification to all attorney(s) of record for Defendant.

/s/ *Krithika Santhanam*
Krithika Santhanam

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JAMAAL CAMERON; RICHARD BRIGGS; RAJ LEE; MICHAEL CAMERON; MATTHEW SAUNDERS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MICHAEL BOUCHARD, in his official capacity as Sheriff of Oakland County; CURTIS D. CHILDS, in his official capacity as Commander of Corrective Services; OAKLAND COUNTY, MICHIGAN,

Defendants.

Case No. 20-cv-10949

Hon. Linda V. Parker

**ORDER OF WITHDRAWAL OF ATTORNEY FOR PLAINTIFFS**

Upon reading the filing of the Notice of Withdrawal of Attorney for Plaintiffs, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Krithika Santhanam, formerly of Advancement Project, is hereby withdrawn from the above-referenced matter as counsels for Plaintiffs.

Thomas Harvey, Philip Mayor, Daniel S. Korobkin, Alexandria Twinem, Cary S. McGehee, Kevin M. Carlson, and Allison L. Kriger will continue to serve as counsel for Plaintiffs in this action.

SO ORDERED.

November 18, 2020
Detroit, Michigan

______________________
LINDA V. PARKER
United States District Judge