# **<u>Exhibit 2</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMAAL CAMERON; RICHARD BRIGGS; RAJ LEE; MICHAEL CAMERON; MATTHEW SAUNDERS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL BOUCHARD, in his official capacity as Sheriff of Oakland County; CURTIS D. CHILDS, in his official capacity as Commander of Corrective Services; OAKLAND COUNTY, MICHIGAN,<br><br>    Defendants. | Case No. 20-cv-10949 |

## **DECLARATION OF MARIO CABALKA**

I, Mario Cabalka, declare:

I make this declaration based upon my own personal knowledge, and if called to testify, I could and would do so competently.

1. I am currently detained in the Oakland County Jail and have been detained here since around October 20, 2020.

2. I am highly medically vulnerable. I am a below-the-knee amputee, and I have an open wound on my leg and if it becomes infected, I could have to suffer another amputation above the knee. I also suffer from asthma, diabetes, PTSD.

3. I am currently serving as a trustee and am housed in cell IR-2. They made me and four other guys trustees last Friday and told us that we were needed as

trustees because all of the other trustees were on lockdown after a COVID-19 outbreak that began in the kitchen where the trustees worked. This morning around 9:30 a.m., Deputy Thompson informed me that there are 27 confirmed COVID cases (out of 37 trustees) in the N-pod where those trustees are housed.

4. As trustees, one of our jobs is to clean other cells and common areas. But they don't give us enough supplies to actually do that, and now that we are on lockdown we don't have the ability to clean other people's cells anyhow. As a result, the cells in the jail are getting really dirty. Sometimes we get called upon to clean up disgusting messes. For example, on November 15, I was woken up by a guard at 3:30 a.m. and told to come clean up vomit in another cell. I was not given any gloves or a clean mask or a hairnet and was exposed to whatever germs (including possibly COVID) was in that vomit. When we hand out food to other inmates we are not given gloves, hairnets, or clean masks. I am still wearing the same mask I received a month ago when I came to the jail.

5. With respect to our own cells, all we have to clean with is DMQ, but they don't give us supplies like rags and brushes to actually clean the cell. Instead, we have to use our sheets and our towels. We are not given washrags either. My own cell has mold on the shower and ceiling that there is no way to clean it. The toilets have green residue and we have no way to clean it either.

6. When I first came to the jail, I was held in a quarantine cell on the F-block. Supposedly the purpose was to quarantine new arrivals so that when we entered general population we wouldn't bring the virus with us. But the way they did it doesn't work because they keep bringing new guys who are fresh off the streets into your cell throughout the supposed quarantine. This seems to me to defeat the whole point of quarantining us. I was in quarantine for 16 days and on the 15th day they brought a brand new guy into my cell. That guy was coughing and showing symptoms of COVID-19 (and refusing to wear a mask too). Later that day, he was pulled out of the cell on suspicion of COVID-19, but they did not test all of us in the pod as a result of our exposure. Personally, I was tested in order to be removed from quarantine, but the other guys in the pod were not, and given that I had just been newly exposed to this guy, I don't think my test would have been accurate anyhow. I have not been tested since then.

7. About a third of the deputies in here never wear masks, and most of the nurses do not as well.

8. When I was moved into my current cell, IR-2, they moved a bunch of guys out of the cell right before we were brought in. They did not clean the cell before moving us in. There was trash all over the cell when we arrived, there was unflushed excrement in the toilet, and the table was covered in gunk and dirt. The bedmats obviously had not been sprayed or disinfected in any way. It seems obvious to me that if you are trying to prevent the spread of a virus, the least that should happen is that a cell should be cleaned when new people are brought in.

9. This cell is supposed to be a 4-man cell, but they have eight of us in here. It's completely impossible to be socially distant in my cell.

10. We only get two tiny bars of soap at a time and they run out really fast. And they only give us one roll of toilet paper at a time too for all the guys in my cell. If we ask for more, they tell us to write a kite. But they take days to respond to the kites. It is currently Friday and we requested new toilet paper on Tuesday and it still hasn't come. We are still without toilet paper. Similarly, we often go for days at a time without soap, despite requesting it.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

November 20, 2020                           /s/Mario Cabalka
                                            Mario Cabalka

                                *consent for signing given telephonically


Due to the COVID-19 crisis, it was not possible to obtain a written signature on the above declaration. I am an attorney admitted to the Eastern District of Michigan. On November 20, 2020, I personally spoke with Mario Cabalka and read this declaration to him. Mr. Cabalka told me that the information in the above declaration is true, and gave me verbal consent to sign on his behalf.

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct.

                                                                      /s/Philip Mayor  
                                                                      Philip Mayor