# **<u>Exhibit 4</u>**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JAMAAL CAMERON; RICHARD BRIGGS; RAJ LEE; MICHAEL CAMERON; MATTHEW SAUNDERS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL BOUCHARD, in his official capacity as Sheriff of Oakland County; CURTIS D. CHILDS, in his official capacity as Commander of Corrective Services; OAKLAND COUNTY, MICHIGAN,<br><br>    Defendants. | Case No. 20-cv-10949 |

## **DECLARATION OF RODNEY HICKS**

I, Rodney Hicks, declare:

I make this declaration based upon my own personal knowledge, and if called to testify, I could and would do so competently.

1. I am currently detained in the Oakland County Jail and have been detained here since August.

2. I am currently housed in cell IR-4. It's supposed to be a six-man cell, but there are ten guys in here. They've crammed in two extra bunks, and two guys are literally sleeping on the floor. Obviously, we are right on top of each other and can't come close to keeping 6 feet apart.

3. Around two or three weeks ago, we received word that there was a COVID-19 outbreak in the jail that had infected several inmates and that it had started

with the Jail dentist who brought the virus in.  We heard this rumor both from trustees and from guards.  Shortly after these rumors circulated, my bunkmate at the time, who was scheduled for a dental operation, had his operation canceled.  I have since met two other inmates whose dental operation were canceled too.  Around this time, I also heard a guard on the radio to a guard in another part of the Jail saying, "we're gonna send a COVID guy your way, you send a non-COVID guy my way."

4. All the trustees who used to service our part of the Jail have been locked down because of the COVID outbreak.  We know this because the guards told us that over 20 trustees have COVID, and that's why they aren't coming by.  Just this morning, when the nurses came by, they told me there were 2 new cases today alone.

5. Meanwhile, with the trustees not coming by, our cell turned disgusting fast.  Without trustees, the guards are responsible for doing things like emptying our trash and bringing us new toilet paper, but they often don't do it.  Recently, my cell went over two days without any toilet paper or without our trash being emptied.  The trash overflowed the trash can, which meant that there was old chewed up bread and disgusting bologna accumulating on the floor—the same floor where other guys have to sleep.  Fruit flies started gathering all over the cell as a result.

6. During the same time, we also went two day without any soap.  They bring us two bars of soap each at the beginning of the week but it doesn't last a full week.  If you ask for more, they'll bring more if they feel like it, but sometimes they don't.  For example, we've been without soap in my cell for four days and no one will bring us more.  They say they will bring us more "if they can find some."  When the guards are stressed about having to do other chores without the trustees they just are not interested in making sure we have enough soap and hygiene supplies.

7. Some of the guards and nurses wear masks, but many don't.  For example, this morning two, guards came by to check on us, and one of them did not have a mask on.  And yesterday, a guy in my cell had a seizure.  The guards who came to deal with his seizure had no masks on even though they were right in the middle of all of us in this tiny, crowded cell.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

November 23, 2020    /s/Rodney Hicks
　　　　　　　　　　　 Rodney Hicks

　　　　　　　　　　　 *consent for signing given telephonically

Due to the COVID-19 crisis, it was not possible to obtain a written signature on the above declaration. I am an attorney admitted to the Eastern District of Michigan. On November 23, 2020, I personally spoke with Rodney Hicks and read this declaration to him. Mr. Hicks told me that the information in the above declaration is true, and gave me verbal consent to sign on his behalf.

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct.

　　　　　　　　　　　 /s/Philip Mayor
　　　　　　　　　　　 Philip Mayor