

# EXHIBIT C

lactamase) (CDC 1000527), *Listeria monocytogenes, Pseudomonas aeruginosa, Salmonella enterica, Salmonella schottmuelleri, Salmonella typhi, Shigella dysenteriae, Staphylococcus aureus, Staphylococcus aureus* (CA MRSA) Community Associated Methicillin Resistant, *Staphylococcus aureus* Methicillin Resistant (MRSA), *Staphylococcus aureus* (VISA) Vancomycin Intermediate Resistant, *Streptococcus salivarius*

**VIRUCIDAL* PERFORMANCE:** This product kills the following viruses in 10 minutes at 2 oz. per gallon of water (700 ppm active) and 5% soil on hard, non-porous surfaces: Avian Influenza A Virus (H5N1), Avian Influenza A H9N2/Turkey/Wisconsin Virus, Hepatitis B Virus (HBV), Hepatitis C Virus (HCV), Herpes Simplex Type 1 Virus, Human Coronavirus, HIV-1‡ (AIDS Virus), Influenza A2/Japan Virus, Influenza A (H1N1) Virus, Norovirus (Norwalk-like Virus)

‡ Indicates a 2 minute contact time is required for this claim.

**ANIMAL PREMISE VIRUCIDAL* PERFORMANCE:** This product kills the following viruses in 10 minutes at 8 oz. per gallon of water and 5% soil on hard, non-porous surfaces: Canine Parvovirus*** (CPV), Minute Virus of Mice*** (Parvovirus), Porcine Parvovirus***

*** Indicates that a dilution of 8 oz. per gallon of water is required for this claim.

**FUNGICIDAL PERFORMANCE:** This product kills the following fungi in 10 minutes at 2 oz. per gallon of water (700 ppm active) and on hard, non-porous surfaces: *Trichophyton mentagrophytes*

**NON-FOOD CONTACT SANITIZING PERFORMANCE:** This product is an effective one-step sanitizer in 1 minute at 2 oz. per gallon of water (700 ppm active) and 5% soil on hard, non-porous surfaces: *Staphylococcus aureus, Klebsiella pneumoniae*

**MILDEWSTATIC PERFORMANCE:** This product controls the following mold in 10 minutes at 2 oz. per gallon of water (700 ppm active) and 5% soil on hard, non-porous surfaces: *Aspergillus niger*

SCC 8/16

# HALT

## ECTIONS FOR USE

a violation of Federal law to use this product in a anner inconsistent with its labeling.

efore using this product, food products and packaging materials must be removed from the room or carefully protected.

This product is not for use on medical device surfaces.

### FOR USE AS A ONE-STEP, GENERAL, HOSPITAL DISINFECTANT, FUNGICIDE, VIRUCIDE*:

1. Pre-clean heavily soiled areas.
2. Apply use solution of 2 oz. of this product per gal. of water (or equivalent use dilution) to disinfect hard, non-porous surfaces with a sponge, brush, cloth, mop, by immersion, auto scrubber, mechanical spray device, coarse pump or trigger spray device. For spray applications, spray 6-8 inches from surface. Do not breathe spray.
3. Treated surfaces must remain wet for 10 minutes.
4. Allow to air dry. Rinsing of floors is not necessary unless they are to be waxed or polished.
5. Prepare a fresh solution daily or when visibly dirty.

*KILLS HIV, HBV AND HCV ON PRE-CLEANED HARD, NON-POROUS SURFACES/OBJECTS PREVIOUSLY SOILED WITH BLOOD/BODY FLUIDS in health care settings or other settings in which there is an expected likelihood of soiling of hard, non-porous surfaces/objects with blood or body fluids and in which the surfaces/objects likely to be soiled with blood or body fluids can be associated with the potential for transmission of Human Immunodeficiency Virus Type 1 (HIV-1) (associated with AIDS), Hepatitis B Virus (HBV) and Hepatitis C Virus (HCV).

**SPECIAL INSTRUCTIONS FOR CLEANING AND DECONTAMINATION AGAINST HIV-1, HBV and HCV OF SURFACES/OBJECTS SOILED WITH BLOOD/BODY FLUIDS**

Personal Protection: Specific barrier protection items to be worn when handling items soiled with blood or body fluids are disposable latex gloves, gowns, masks and eye protection.