# EXHIBIT Q

| Date | Diagnosed @ OCJ | Arrived + @ OCJ | Total Cases | Daily Swabs Tests | Total SwabTests | IgG Tests | Total IgG Tests | ALL Total Tests | Refusals |
|---|---|---|---|---|---|---|---|---|---|
| 3/27/2020 | null | null | null | 1 | 1 | | | 1 | |
| 3/28/2020 | 1 | 0 | 1 | 0 | 1 | | | 1 | |
| 3/29/2020 | 0 | 0 | 1 | 0 | 1 | | | 1 | |
| 3/30/2020 | 0 | 0 | 1 | 2 | 3 | | | 3 | |
| 3/31/2020 | 2 | 0 | 3 | 2 | 5 | | | 5 | |
| 4/1/2020 | 2 | 0 | 5 | 1 | 6 | | | 6 | |
| 4/2/2020 | 1 | 0 | 6 | 0 | 6 | | | 6 | |
| 4/3/2020 | 0 | 0 | 6 | 3 | 9 | | | 9 | |
| 4/4/2020 | 2 | 0 | 8 | 0 | 9 | | | 9 | |
| 4/5/2020 | 0 | 0 | 8 | 0 | 9 | | | 9 | |
| 4/6/2020 | 0 | 0 | 8 | 6 | 15 | | | 15 | |
| 4/7/2020 | 3 | 0 | 11 | 10 | 25 | | | 25 | |
| 4/8/2020 | 9 | 0 | 20 | 3 | 28 | | | 28 | |
| 4/9/2020 | 2 | 0 | 22 | 66 | 94 | | | 94 | |
| 4/10/2020 | 5 | 0 | 27 | 8 | 102 | | | 102 | |
| 4/11/2020 | 2 | 0 | 29 | 0 | 102 | | | 102 | |
| 4/12/2020 | 0 | 0 | 29 | 0 | 102 | | | 102 | |
| 4/13/2020 | 0 | 0 | 29 | 68 | 170 | | | 170 | |
| 4/14/2020 | 4 | 0 | 33 | 9 | 179 | | | 179 | |
| 4/15/2020 | 1 | 0 | 34 | 19 | 198 | | | 198 | |
| 4/16/2020 | 2 | 0 | 36 | 15 | 213 | | | 213 | |
| 4/17/2020 | 0 | 0 | 36 | 19 | 232 | | | 232 | |
| 4/18/2020 | 4 | 0 | 40 | 0 | 232 | | | 232 | |
| 4/19/2020 | 0 | 0 | 40 | 0 | 232 | null | 0 | 232 | |
| 4/20/2020 | 0 | 0 | 40 | 4 | 236 | 2 | 2 | 238 | |
| 4/21/2020 | 0 | 0 | 40 | 0 | 236 | 2 | 4 | 240 | |
| 4/22/2020 | 0 | 0 | 40 | 1 | 237 | 0 | 4 | 241 | |
| 4/23/2020 | 0 | 0 | 40 | 4 | 241 | 1 | 5 | 246 | |
| 4/24/2020 | 0 | 0 | 40 | 9 | 250 | 9 | 14 | 264 | |
| 4/25/2020 | 0 | 0 | 40 | 0 | 250 | 0 | 14 | 264 | |

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4/26/2020 | 264 | 14 | 0 | 250 | 0 | 40 | 0 | 0 |
| 4/27/2020 | 277 | 14 | 0 | 263 | 13 | 40 | 0 | 0 |
| 4/28/2020 | 283 | 17 | 3 | 266 | 3 | 45 | 0 | 5 |
| 4/29/2020 | 293 | 25 | 8 | 268 | 2 | 45 | 0 | 0 |
| 4/30/2020 | 309 | 34 | 9 | 275 | 7 | 45 | 0 | 0 |
| 5/1/2020 | 432 | 37 | 3 | 395 | 120 | 45 | 0 | 0 |
| 5/2/2020 | 432 | 37 | 0 | 395 | 0 | 46 | 0 | 1 |
| 5/3/2020 | 432 | 37 | 0 | 395 | 0 | 46 | 0 | 0 |
| 5/4/2020 | 539 | 37 | 0 | 502 | 107 | 46 | 0 | 0 |
| 5/5/2020 | 542 | 37 | 0 | 505 | 3 | 46 | 0 | 0 |
| 5/6/2020 | 671 | 37 | 0 | 634 | 129 | 46 | 0 | 1 |
| 5/7/2020 | 748 | 37 | 0 | 711 | 77 | 47 | 0 | 0 |
| 5/8/2020 | 766 | 41 | 4 | 725 | 14 | 47 | 0 | 1 |
| 5/9/2020 | 766 | 41 | 0 | 725 | 0 | 48 | 0 | 0 |
| 5/10/2020 | 766 | 41 | 0 | 725 | 0 | 48 | 0 | 1 |
| 5/11/2020 | 776 | 41 | 0 | 735 | 10 | 48 | 0 | 0 |
| 5/12/2020 | 784 | 41 | 0 | 743 | 8 | 49 | 0 | 0 |
| 5/13/2020 | 787 | 41 | 0 | 746 | 3 | 49 | 0 | 0 |
| 5/14/2020 | 793 | 41 | 0 | 752 | 6 | 49 | 0 | 0 |
| 5/15/2020 | 811 | 41 | 0 | 770 | 18 | 49 | 0 | 0 |
| 5/16/2020 | 811 | 41 | 0 | 770 | 0 | 49 | 0 | 0 |
| 5/17/2020 | 811 | 41 | 0 | 770 | 0 | 50 | 1 | 0 |
| 5/18/2020 | 812 | 41 | 0 | 771 | 1 | 50 | 0 | 0 |
| 5/19/2020 | 821 | 41 | 0 | 780 | 9 | 50 | 0 | 0 |
| 5/20/2020 | 823 | 41 | 0 | 782 | 2 | 50 | 0 | 0 |
| 5/21/2020 | 829 | 41 | 0 | 788 | 6 | 50 | 0 | 0 |
| 5/22/2020 | 843 | 41 | 0 | 802 | 14 | 50 | 0 | 0 |
| 5/23/2020 | 843 | 41 | 0 | 802 | 0 | 50 | 0 | 0 |
| 5/24/2020 | 843 | 41 | 0 | 802 | 0 | 50 | 0 | 0 |
| 5/25/2020 | 843 | 41 | 0 | 802 | 0 | 50 | 0 | 0 |
| 5/26/2020 | 848 | 41 | 0 | 807 | 5 | 50 | 0 | 0 |
| 5/27/2020 | 859 | 41 | 0 | 818 | 11 | 50 | 0 | 0 |
| 5/28/2020 | 860 | 41 | 0 | 819 | 1 | 50 | 0 | 0 |

| Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5/29/2020 | 0 | 0 | 50 | 8 | 827 | | | | |
| 5/30/2020 | 0 | 0 | 50 | 0 | 827 | 0 | 41 | 868 | |
| 5/31/2020 | 0 | 0 | 50 | 0 | 827 | 0 | 41 | 868 | |
| 6/1/2020 | 0 | 0 | 50 | 7 | 834 | 0 | 41 | 868 | |
| 6/2/2020 | 0 | 0 | 50 | 2 | 836 | 0 | 41 | 875 | 0 |
| 6/3/2020 | 0 | 0 | 50 | 16 | 852 | 1 | 41 | 877 | 0 |
| 6/4/2020 | 0 | 0 | 50 | 3 | 855 | 0 | 42 | 894 | 0 |
| 6/5/2020 | 0 | 0 | 50 | 7 | 862 | 0 | 42 | 897 | 1 |
| 6/6/2020 | 0 | 0 | 50 | 0 | 862 | 0 | 42 | 904 | 0 |
| 6/7/2020 | 0 | 0 | 50 | 0 | 862 | 0 | 42 | 904 | 0 |
| 6/8/2020 | 0 | 0 | 50 | 1 | 863 | 0 | 42 | 904 | 1 |
| 6/9/2020 | 0 | 0 | 50 | 10 | 873 | 0 | 42 | 905 | 1 |
| 6/10/2020 | 0 | 0 | 50 | 1 | 874 | 0 | 42 | 915 | 0 |
| 6/11/2020 | 0 | 0 | 50 | 24 | 898 | 0 | 42 | 916 | 0 |
| 6/12/2020 | 0 | 0 | 50 | 21 | 919 | 0 | 42 | 940 | 19 |
| 6/13/2020 | 0 | 0 | 50 | 0 | 919 | 0 | 42 | 961 | 87 |
| 6/14/2020 | 0 | 0 | 50 | 0 | 919 | 0 | 42 | 961 | 1 |
| 6/15/2020 | 0 | 0 | 50 | 43 | 962 | 1 | 42 | 961 | 15 |
| 6/16/2020 | 0 | 0 | 50 | 107 | 1069 | 0 | 43 | 1005 | 0 |
| 6/17/2020 | 0 | 0 | 50 | 39 | 1108 | 0 | 43 | 1112 | 0 |
| 6/18/2020 | 0 | 0 | 50 | 41 | 1149 | 0 | 43 | 1151 | 0 |
| 6/19/2020 | 0 | 0 | 50 | 3 | 1152 | 0 | 43 | 1192 | 2 |
| 6/20/2020 | 0 | 0 | 50 | 0 | 1152 | 0 | 43 | 1195 | 1 |
| 6/21/2020 | 0 | 0 | 50 | 0 | 1152 | 0 | 43 | 1195 | 1 |
| 6/22/2020 | 0 | 0 | 50 | 30 | 1182 | 0 | 43 | 1225 | 0 |
| 6/23/2020 | 0 | 0 | 50 | 38 | 1220 | 0 | 43 | 1263 | 0 |
| 6/24/2020 | 0 | 0 | 50 | 19 | 1239 | 0 | 43 | 1282 | 0 |
| 6/25/2020 | 0 | 0 | 50 | 1 | 1240 | 0 | 43 | 1283 | 0 |
| 6/26/2020 | 0 | 0 | 50 | 1 | 1241 | 0 | 43 | 1284 | 0 |
| 6/27/2020 | 0 | 0 | 50 | 0 | 1241 | 0 | 43 | 1284 | 0 |
| 6/28/2020 | 0 | 0 | 50 | 0 | 1241 | 0 | 43 | 1284 | 0 |
| 6/29/2020 | 0 | 0 | 50 | 25 | 1266 | 0 | 43 | 1309 | 0 |
| 6/30/2020 | 0 | 0 | 50 | 2 | 1268 | 0 | 43 | 1311 | 1 |

| Date | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 |
|---|---|---|---|---|---|---|---|---|---|
| 7/1/2020 | 0 | 1320 | 43 | 0 |  |  | 50 | 0 | 0 |
| 7/2/2020 | 1 | 1334 | 43 | 0 | 1277 | 9 | 50 | 0 | 0 |
| 7/3/2020 | 0 | 1334 | 43 | 0 | 1291 | 14 | 50 | 0 | 0 |
| 7/4/2020 | 0 | 1334 | 43 | 0 | 1291 | 0 | 50 | 0 | 0 |
| 7/5/2020 | 0 | 1334 | 43 | 0 | 1291 | 0 | 50 | 0 | 0 |
| 7/6/2020 | 7 | 1361 | 43 | 0 | 1318 | 27 | 50 | 0 | 0 |
| 7/7/2020 | 13 | 1389 | 43 | 0 | 1346 | 28 | 50 | 0 | 0 |
| 7/8/2020 | 4 | 1415 | 43 | 0 | 1372 | 26 | 50 | 0 | 0 |
| 7/9/2020 | 13 | 1441 | 43 | 0 | 1398 | 26 | 50 | 0 | 0 |
| 7/10/2020 | 0 | 1450 | 43 | 0 | 1407 | 9 | 50 | 0 | 0 |
| 7/11/2020 | 0 | 1450 | 43 | 0 | 1407 | 0 | 50 | 0 | 0 |
| 7/12/2020 | 0 | 1450 | 43 | 0 | 1407 | 0 | 50 | 0 | 0 |
| 7/13/2020 | 1 | 1486 | 43 | 0 | 1443 | 36 | 50 | 0 | 0 |
| 7/14/2020 | 14 | 1517 | 43 | 0 | 1474 | 31 | 50 | 0 | 0 |
| 7/15/2020 | 8 | 1549 | 43 | 0 | 1506 | 32 | 50 | 0 | 0 |
| 7/16/2020 | 6 | 1568 | 43 | 0 | 1525 | 19 | 50 | 0 | 0 |
| 7/17/2020 | 0 | 1578 | 43 | 0 | 1535 | 10 | 50 | 0 | 0 |
| 7/18/2020 | 0 | 1578 | 43 | 0 | 1535 | 0 | 50 | 0 | 0 |
| 7/19/2020 | 0 | 1578 | 43 | 0 | 1535 | 0 | 50 | 0 | 0 |
| 7/20/2020 | 0 | 1584 | 43 | 0 | 1541 | 6 | 50 | 0 | 0 |
| 7/21/2020 | 1 | 1605 | 43 | 0 | 1562 | 21 | 50 | 0 | 0 |
| 7/22/2020 | 0 | 1698 | 43 | 0 | 1655 | 93 | 50 | 0 | 0 |
| 7/23/2020 | 0 | 1708 | 43 | 0 | 1665 | 10 | 50 | 0 | 0 |
| 7/24/2020 | 0 | 1710 | 43 | 0 | 1667 | 2 | 50 | 0 | 0 |
| 7/25/2020 | 0 | 1710 | 43 | 0 | 1667 | 0 | 50 | 0 | 0 |
| 7/26/2020 | 0 | 1710 | 43 | 0 | 1667 | 0 | 50 | 0 | 0 |
| 7/27/2020 | 0 | 1725 | 43 | 0 | 1682 | 15 | 50 | 0 | 0 |
| 7/28/2020 | 0 | 1756 | 43 | 0 | 1713 | 31 | 50 | 0 | 0 |
| 7/29/2020 | 6 | 1796 | 43 | 0 | 1753 | 40 | 50 | 0 | 0 |
| 7/30/2020 | 8 | 1822 | 43 | 0 | 1779 | 26 | 50 | 0 | 0 |
| 7/31/2020 | 2 | 1843 | 43 | 0 | 1800 | 21 | 50 | 0 | 0 |
| 8/1/2020 | 0 | 1843 | 43 | 0 | 1800 | 0 | 50 | 0 | 0 |
| 8/2/2020 | 0 | 1843 | 43 | 0 | 1800 | 0 | 50 | 0 | 0 |

| Date | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 |
|---|---|---|---|---|---|---|---|---|---|
| 8/3/2020 | 1 | 1856 | 43 | 0 | 1813 | 13 | 50 | 0 | 0 |
| 8/4/2020 | 0 | 1862 | 43 | 0 | 1819 | 6 | 50 | 0 | 0 |
| 8/5/2020 | 0 | 1872 | 43 | 0 | 1829 | 10 | 50 | 0 | 0 |
| 8/6/2020 | 0 | 1874 | 43 | 0 | 1831 | 2 | 50 | 0 | 0 |
| 8/7/2020 | 0 | 1884 | 43 | 0 | 1841 | 10 | 50 | 0 | 0 |
| 8/8/2020 | 0 | 1884 | 43 | 0 | 1841 | 0 | 50 | 0 | 0 |
| 8/9/2020 | 0 | 1884 | 43 | 0 | 1841 | 0 | 50 | 0 | 0 |
| 8/10/2020 | 11 | 1937 | 43 | 0 | 1894 | 53 | 50 | 0 | 0 |
| 8/11/2020 | 15 | 1954 | 43 | 0 | 1911 | 17 | 50 | 0 | 0 |
| 8/12/2020 | 9 | 2008 | 43 | 0 | 1965 | 54 | 50 | 0 | 0 |
| 8/13/2020 | 0 | 2037 | 43 | 0 | 1994 | 29 | 51 | 1 | 0 |
| 8/14/2020 | 0 | 2052 | 43 | 0 | 2009 | 15 | 51 | 0 | 0 |
| 8/15/2020 | 0 | 2052 | 43 | 0 | 2009 | 0 | 51 | 0 | 0 |
| 8/16/2020 | 0 | 2052 | 43 | 0 | 2009 | 0 | 51 | 0 | 0 |
| 8/17/2020 | 8 | 2066 | 43 | 0 | 2023 | 14 | 51 | 0 | 0 |
| 8/18/2020 | 1 | 2088 | 43 | 0 | 2045 | 22 | 51 | 0 | 0 |
| 8/19/2020 | 6 | 2110 | 43 | 0 | 2067 | 22 | 51 | 0 | 0 |
| 8/20/2020 | 0 | 2110 | 43 | 0 | 2067 | 0 | 51 | 0 | 0 |
| 8/21/2020 | 8 | 2133 | 43 | 0 | 2090 | 23 | 51 | 0 | 0 |
| 8/22/2020 | 0 | 2133 | 43 | 0 | 2090 | 0 | 51 | 0 | 0 |
| 8/23/2020 | 0 | 2134 | 43 | 0 | 2091 | 1 | 51 | 0 | 1 |
| 8/24/2020 | 1 | 2156 | 43 | 0 | 2113 | 22 | 51 | 0 | 0 |
| 8/25/2020 | 3 | 2191 | 43 | 0 | 2148 | 35 | 51 | 0 | 0 |
| 8/26/2020 | 0 | 2231 | 43 | 0 | 2188 | 40 | 52 | 0 | 0 |
| 8/27/2020 | 0 | 2256 | 43 | 0 | 2213 | 25 | 52 | 0 | 0 |
| 8/28/2020 | 0 | 2275 | 43 | 0 | 2232 | 19 | 52 | 0 | 0 |
| 8/29/2020 | 0 | 2275 | 43 | 0 | 2232 | 0 | 52 | 0 | 0 |
| 8/30/2020 | 3 | 2275 | 43 | 0 | 2232 | 0 | 52 | 0 | 0 |
| 8/31/2020 | 4 | 2315 | 43 | 0 | 2272 | 40 | 52 | 0 | 0 |
| 9/1/2020 | 8 | 2367 | 43 | 0 | 2324 | 52 | 52 | 0 | 0 |
| 9/2/2020 | 0 | 2397 | 43 | 0 | 2354 | 30 | 52 | 0 | 0 |
| 9/3/2020 | 1 | 2402 | 43 | 0 | 2359 | 5 | 52 | 0 | 0 |
| 9/4/2020 |  | 2425 | 43 | 0 | 2382 | 23 | 52 | 0 | 0 |

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9/5/2020 | 0 | 0 | 52 |  | 2382 | 0 | 43 | 2425 | 0 |
| 9/6/2020 | 0 | 0 | 52 | 0 | 2383 | 0 | 43 | 2426 | 0 |
| 9/7/2020 | 0 | 0 | 52 | 1 | 2383 | 0 | 43 | 2426 | 0 |
| 9/8/2020 | 0 | 1 | 52 | 0 | 2396 | 0 | 43 | 2439 | 0 |
| 9/9/2020 | 1 | 0 | 53 | 13 | 2436 | 0 | 43 | 2479 | 10 |
| 9/10/2020 | 0 | 0 | 53 | 40 | 2467 | 0 | 43 | 2510 | 3 |
| 9/11/2020 | 0 | 0 | 53 | 31 | 2485 | 0 | 43 | 2528 | 13 |
| 9/12/2020 | 0 | 0 | 53 | 18 | 2485 | 0 | 43 | 2528 | 0 |
| 9/13/2020 | 0 | 0 | 53 | 0 | 2485 | 0 | 43 | 2528 | 0 |
| 9/14/2020 | 0 | 0 | 53 | 0 | 2505 | 0 | 43 | 2548 | 10 |
| 9/15/2020 | 0 | 0 | 53 | 20 | 2537 | 0 | 43 | 2580 | 1 |
| 9/16/2020 | 0 | 0 | 53 | 32 | 2577 | 0 | 43 | 2620 | 6 |
| 9/17/2020 | 0 | 0 | 53 | 40 | 2622 | 0 | 43 | 2665 | 16 |
| 9/18/2020 | 0 | 0 | 53 | 45 | 2646 | 0 | 43 | 2689 | 28 |
| 9/19/2020 | 0 | 0 | 53 | 24 | 2655 | 0 | 43 | 2698 | 24 |
| 9/20/2020 | 0 | 0 | 53 | 9 | 2660 | 0 | 43 | 2703 | 13 |
| 9/21/2020 | 0 | 0 | 53 | 5 | 2704 | 0 | 43 | 2747 | 18 |
| 9/22/2020 | 0 | 0 | 53 | 44 | 2760 | 0 | 43 | 2803 | 14 |
| 9/23/2020 | 0 | 0 | 53 | 56 | 2791 | 0 | 43 | 2834 | 16 |
| 9/24/2020 | 0 | 0 | 53 | 31 | 2841 | 0 | 43 | 2884 | 4 |
| 9/25/2020 | 1 | 0 | 53 | 50 | 2883 | 0 | 43 | 2926 | 7 |
| 9/26/2020 | 0 | 0 | 54 | 42 | 2890 | 0 | 43 | 2933 | 18 |
| 9/27/2020 | 0 | 0 | 54 | 7 | 2893 | 0 | 43 | 2936 | 10 |
| 9/28/2020 | 0 | 0 | 54 | 3 | 2936 | 0 | 43 | 2979 | 17 |
| 9/29/2020 | 0 | 0 | 54 | 43 | 2987 | 0 | 43 | 3030 | 18 |
| 9/30/2020 | 0 | 0 | 54 | 51 | 3024 | 0 | 43 | 3067 | 9 |
| 10/1/2020 | 0 | 0 | 54 | 37 | 3083 | 0 | 43 | 3126 | 8 |
| 10/2/2020 | 0 | 0 | 54 | 59 | 3123 | 0 | 43 | 3166 | 5 |
| 10/3/2020 | 0 | 0 | 54 | 40 | 3128 | 0 | 43 | 3171 | 10 |
| 10/4/2020 | 0 | 0 | 54 | 5 | 3132 | 0 | 43 | 3175 | 15 |
| 10/5/2020 | 0 | 0 | 54 | 4 | 3180 | 0 | 43 | 3223 | 22 |
| 10/6/2020 | 0 | 0 | 54 | 48 | 3252 | 0 | 43 | 3295 | 14 |
| 10/7/2020 | 0 | 0 | 54 | 72 | 3320 | 0 | 43 | 3363 | 8 |

| Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/8/2020 | 0 | 0 | 54 | 42 | 3362 | 0 | 43 | 3405 | 8 |
| 10/9/2020 | 0 | 0 | 54 | 39 | 3401 | 0 | 43 | 3444 | 11 |
| 10/10/2020 | 0 | 0 | 54 | 4 | 3405 | 0 | 43 | 3448 | 12 |
| 10/11/2020 | 0 | 0 | 54 | 2 | 3407 | 0 | 43 | 3450 | 6 |
| 10/12/2020 | 0 | 0 | 54 | 11 | 3418 | 0 | 43 | 3461 | 13 |
| 10/13/2020 | 0 | 0 | 54 | 26 | 3444 | 0 | 43 | 3487 | 14 |
| 10/14/2020 | 0 | 0 | 54 | 67 | 3511 | 0 | 43 | 3554 | 13 |
| 10/15/2020 | 0 | 0 | 54 | 21 | 3532 | 0 | 43 | 3575 | 21 |
| 10/16/2020 | 0 | 0 | 54 | 34 | 3566 | 0 | 43 | 3609 | 7 |
| 10/17/2020 | 0 | 0 | 54 | 2 | 3568 | 0 | 43 | 3611 | 7 |
| 10/18/2020 | 0 | 0 | 54 | 2 | 3570 | 0 | 43 | 3613 | 7 |
| 10/19/2020 | 0 | 0 | 54 | 41 | 3611 | 0 | 43 | 3654 | 16 |
| 10/20/2020 | 0 | 0 | 54 | 52 | 3663 | 0 | 43 | 3706 | 9 |
| 10/21/2020 | 0 | 0 | 54 | 71 | 3734 | 0 | 43 | 3777 | 11 |
| 10/22/2020 | 0 | 0 | 54 | 74 | 3808 | 0 | 43 | 3851 | 16 |
| 10/23/2020 | 0 | 0 | 54 | 12 | 3820 | 0 | 43 | 3863 | 10 |
| 10/24/2020 | 0 | 0 | 54 | 5 | 3825 | 0 | 43 | 3868 | 7 |
| 10/25/2020 | 0 | 0 | 54 | 2 | 3827 | 0 | 43 | 3870 | 10 |
| 10/26/2020 | 0 | 0 | 54 | 73 | 3900 | 0 | 43 | 3943 | 24 |
| 10/27/2020 | 1 | 0 | 55 | 157 | 4057 | 0 | 43 | 4100 | 17 |
| 10/28/2020 | 0 | 0 | 55 | 76 | 4133 | 0 | 43 | 4176 | 19 |
| 10/29/2020 | 0 | 0 | 55 | 60 | 4193 | 0 | 43 | 4236 | 17 |
| 10/30/2020 | 1 | 0 | 56 | 44 | 4237 | 0 | 43 | 4280 | 32 |
| 10/31/2020 | 0 | 0 | 56 | 2 | 4239 | 0 | 43 | 4282 | 14 |
| 11/1/2020 | 0 | 0 | 56 | 4 | 4243 | 0 | 43 | 4286 | 3 |
| 11/2/2020 | 1 | 0 | 57 | 40 | 4283 | 0 | 43 | 4326 | 13 |
| 11/3/2020 | 0 | 0 | 57 | 11 | 4294 | 0 | 43 | 4337 | 15 |
| 11/4/2020 | 0 | 0 | 57 | 18 | 4312 | 0 | 43 | 4355 | 18 |
| 11/5/2020 | 0 | 0 | 57 | 27 | 4339 | 0 | 43 | 4382 | 29 |
| 11/6/2020 | 1 | 0 | 58 | 35 | 4374 | 0 | 43 | 4417 | 28 |
| 11/7/2020 | 0 | 0 | 58 | 3 | 4377 | 0 | 43 | 4420 | 13 |
| 11/8/2020 | 0 | 0 | 58 | 29 | 4406 | 0 | 43 | 4449 | 13 |
| 11/9/2020 | 2 | 0 | 60 | 48 | 4454 | 0 | 43 | 4497 | 31 |

| Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/10/2020 | 0 | 0 | 60 | 57 | 4511 | 0 | 43 | 4554 | 17 |
| 11/11/2020 | 0 | 0 | 60 | 71 | 4582 | 0 | 43 | 4625 | 19 |
| 11/12/2020 | 3 | 0 | 63 | 46 | 4628 | 0 | 43 | 4671 | 16 |
| 11/13/2020 | 0 | 0 | 63 | 37 | 4665 | 0 | 43 | 4708 | 20 |
| 11/14/2020 | 0 | 0 | 63 | 8 | 4673 | 0 | 43 | 4716 | 22 |
| 11/15/2020 | 0 | 0 | 63 | 5 | 4678 | 0 | 43 | 4721 | 6 |
| 11/16/2020 | 0 | 0 | 63 | 37 | 4715 | 0 | 43 | 4758 | 19 |
| 11/17/2020 | 4 | 0 | 67 | 66 | 4781 | 0 | 43 | 4824 | 16 |
| 11/18/2020 | 0 | 0 | 67 | 61 | 4842 | 0 | 43 | 4885 | 16 |
| 11/19/2020 | 27 | 0 | 94 | 43 | 4885 | 0 | 43 | 4928 | 12 |
| 11/20/2020 | 0 | 0 | 94 | 28 | 4913 | 0 | 43 | 4956 | 22 |
| 11/21/2020 | 0 | 0 | 94 | 5 | 4918 | 0 | 43 | 4961 | 10 |
| 11/22/2020 | 0 | 0 | 94 | 3 | 4921 | 0 | 43 | 4964 | 15 |
| 11/23/2020 | 1 | 0 | 95 | 37 | 4958 | 0 | 43 | 5001 | 31 |
| 11/24/2020 | 1 | 0 | 96 | 67 | 5025 | 0 | 43 | 5068 | 16 |
| 11/25/2020 | 11 | 0 | 107 | 116 | 5141 | 0 | 43 | 5184 | 0 |
| 11/26/2020 | 0 | 0 | 107 | 0 | 5141 | 0 | 43 | 5184 | 0 |
| 11/27/2020 | 0 | 0 | 107 | 0 | 5141 | 0 | 43 | 5184 | 0 |
| 11/28/2020 | 0 | 0 | 107 | 5 | 5146 | 0 | 43 | 5189 | 0 |
| 11/29/2020 | 0 | 0 | 107 | 0 | 5146 | 0 | 43 | 5189 | 0 |
| 11/30/2020 | 2 | 0 | 109 | 77 | 5223 | 0 | 43 | 5266 | 1 |
| 12/1/2020 | 0 | 2 | 109 | 15 | 5238 | 0 | 43 | 5281 | 0 |
| Total | 107 | 2 | 109 | | 5238 | 0 | 43 | 5281 | 1372 |