UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMAAL CAMERON, et al,

    Plaintiffs,

                              Case No. 20-10949

v.                               Honorable Linda V. Parker

MICHAEL BOUCHARD, et al,

    Defendants.

_____/

## AMENDED SCHEDULING ORDER (PHASE I)

| YOU WILL RECEIVE NO FURTHER NOTICE OF THESE DATES | |
|---|---|
| Rule 26(a)(1) Initial Disclosure Exchanged By: | January 29, 2021 |
| Lay and Expert Witness Lists Filed By: | April 6, 2021 |
| Rule 26(a)(2) Expert Disclosures Exchanged By: | Plaintiffs – June 4, 2021<br>Defendants – July 6, 2021 |
| Deadline to Request Case Evaluation:[1] | August 5, 2021 |
| Discovery Cut-off: | August 6, 2021 |
| Settlement Conference: | Referred to Magistrate Judge<br>Patricia T. Morris |
| Dispositive Motion Cut-off Filed By: | September 20, 2021 |
| Jury Trial: Yes ■ No ☐ | |

---

[1] The parties may submit the case to facilitation in lieu of case evaluation. A proposed stipulated order referring the case to facilitation shall be submitted to the Court via the utilities function on CM/ECF no later than this deadline. The proposed order must identify the facilitator and the date set for facilitation. Facilitation must occur no later than **September 3, 2021.**

**REFER TO THE COURT'S PRACTICE GUIDELINES FOR INFORMATION RELEVANT TO THE DATES AND ACTIVITIES SET FORTH ABOVE**

    **IT IS SO ORDERED**.

Dated: December 30, 2020

                              s/ Linda V. Parker
                              LINDA V. PARKER
                              U.S. DISTRICT JUDGE