UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMAAL CAMERON, RICHARD BRIGGS,
RAJ LEE, MICHAEL CAMERON, and
MATTHEW SAUNDERS, individually and
on behalf of all others similarly situated,

        Plaintiffs,        Civil Case No. 20-10949
                                                         Honorable Linda V. Parker

v.

MICHAEL BOUCHARD, CURTIS D. CHILDS,
and OAKLAND COUNTY,

        Defendants.
_____/

## AMENDED JUDGMENT

On July 22, 2021, the Court entered an Opinion and Order granting final approval of the Class Settlement reached by the parties in this case.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this matter is **DISMISSED WITH PREJUDICE** and without costs, fees, or attorney's fees to any party, except as otherwise authorized in the Class Settlement.

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction to enforce the terms and conditions of the settlement agreement until October 31, 2021.

**IT IS SO ORDERED.**

                                                      s/ Linda V. Parker
                                                      LINDA V. PARKER
                                                      U.S. DISTRICT JUDGE

Dated: July 27, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 27, 2021, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan<br>Case Manager