UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMAAL CAMERON, et al.,

        Plaintiffs,                Civil Case No. 20-10949
                                            Honorable Linda V. Parker

v.

MICHAEL BOUCHARD, et al.,

        Defendants.
_____/

# OPINION AND ORDER DENYING SCOTT A. WITZKE'S MOTION FOR RECONSIDERATION

      Scott Witzke has filed numerous motions in this action, challenging the settlement agreement reached between the parties and Defendants' execution of the agreement's terms. This Court has denied Mr. Witzke's motions, including on July 27, 2022, his motion for relief from judgment. Mr. Witzke has appealed the Court's decisions and filed an application for leave to appeal without prepaying fees or costs, which the Court denied on September 16, finding that any appeal could not be taken in good faith. Now before the Court is Mr. Witzke's motion seeking reconsideration of the denial of his application.

      The Court continues to believe that an appeal could not be taken in good faith and therefore finds no reason to reconsider its decision. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS ORDERED** that Scott A. Witzke's motion for reconsideration is **DENIED**.

                                              s/ Linda V. Parker  
                                              LINDA V. PARKER  
                                              U.S. DISTRICT JUDGE

Dated: December 8, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 8, 2022, by electronic and/or U.S. First Class mail.

                                              s/Aaron Flanigan  
                                              Case Manager